1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,          : 17-CR-434 (ARR)
                                   :
          Plaintiff,               :
                                   :
       -against-                   :
                                   :
JOSÉ MIGUEL MELENDEZ-ROJAS,        :
also known as "Gueramex,"          :
"Gueracasa," and "José             :
Melendez Perez"; JOSÉ              : United States Courthouse
OSVALDO MELENDEZ-ROJAS,            : Brooklyn, New York
ROSALIO MELENDEZ-ROJAS, also       :
known as "Leonel," "Wacho,"        :
and "El Guacho"; FRANCISCO         :
MELENDEZ-PEREZ, also known         :
as "Paco," and "el Mojarra";       :
and ABEL ROMERO-MELENDEZ,          :
also known as "La Borrega"         :
and "Borrego"                      :
                                   : Monday, March 2, 2020
          Defendants.              : 9:30 a.m.
- - - - - - - - - - - - - - - -X


TRANSCRIPT OF CRIMINAL CAUSE FOR JURY SELECTION
BEFORE THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT SENIOR JUDGE



A P P E A R A N C E S :

For the Government:       RICHARD P. DONOGHUE, ESQ.
                          United States Attorney
                          Eastern District of New York
                          271 Cadman Plaza East
                          Brooklyn, New York 11201
                          BY:  ERIN ARGO, ESQ.
                               TANYA H. HAJJAR, ESQ.
                               GILLIAN KASSNER, ESQ.
                               Assistant United States Attorneys

2

1          A  P  P  E  A  R  A  N  C  E  S    (CONTINUED)

2   For the Defendant        SUSAN G. KELLMAN, ESQ.
    José Miguel              25 Eighth Avenue
3   Melendez-Rojas:          Brooklyn, New York 11217

4
    For the Defendant        M. GOLUB PLLC
5   José Osvaldo             225 Broadway
    Melendez-Rojas:          Suite 1515
6                            New York, New York 10007
                             BY:  MITCHELL A. GOLUB, ESQ.
7

8   For the Defendant        THOMAS F.X. DUNN, ESQ.
    Rosalio                  225 Broadway
9   Melendez-Rojas:          Suite 1515
                             New York, New York 10007
10

11  For the Defendant        MICHAEL H. GOLD, ESQ.
    Francisco                350 Fifth Avenue
12  Melendez-Perez:          Suite 6800
                             New York, New York 10118
13

14  For the Defendant        MICHAEL HUESTON, ESQ.
    Abel                     16 Court Street
15  Romero-Melendez:         Suite 1800
                             Brooklyn, New York 11241
16
                                       AND
17
                             LAW OFFICES OF JACQUELINE E. CISTARO
18                           11 Broadway
                             Suite 615
19                           New York, New York 10004
                             BY:  JACQUELINE E. CISTARO, ESQ.
20

21  Court Reporter:          DAVID R. ROY, RPR
                             225 Cadman Plaza East
22                           Brooklyn, New York 11201
                             (718) 613-2609
23                           drroyofcr@gmail.com

24
    Proceedings recorded by Stenographic machine shorthand,
25  transcript produced by Computer-Assisted Transcription.

1          P R O C E E D I N G S

2                  --ooOoo--

3

4          (In open court.)

5          THE COURTROOM DEPUTY:  This is the United States

6   of America against Francisco Melendez-Perez, et al.,

7   Docket Number 2017-CR-434.

8              Counsel, would you please state your name for the

9   record.

10         MS. ARGO:  Good morning, Your Honor.  Erin Argo,

11  Tanya Hajjar, and Gillian Kassner for the United States.

12         THE COURT:  Good morning.

13         MS. HAJJAR:  Good morning.

14         MS. KELLMAN:  Good morning, Your Honor.  Susan

15  Kellman for José Miguel Melendez-Rojas.  Good morning,

16  Judge.  My client is present in court, Judge.

17         THE COURT:  Yes.

18         MR. HUESTON:  Good morning, Your Honor.  Michael

19  Hueston and Jacqueline Cistaro for Abel Melendez-Perez.

20         THE COURT:  Good morning.

21         MR. DUNN:  Good morning, Your Honor.  For Rosalio

22  Melendez-Rojas, Thomas Dunn.

23         THE COURT:  Good morning.

24         MR. GOLD:  For Francisco Melendez-Perez, Michael

25  Gold.  Good morning.

```
                          Jury Selection                    4
```

1              THE COURT:  Good morning.

2              MR. GOLUB:  And for José Osvaldo Melendez-Rojas,

3    Mitchell Golub.  Good morning, Your Honor.

4              THE COURT:  Good morning.

5              THE COURTROOM DEPUTY:  Can the interpreters please

6    raise your right hand?

7              (The interpreters are sworn.)

8              THE COURTROOM DEPUTY:  Please state your name for

9    the record.

10             INTERPRETER TESTINO-BURKE:  Rossana Testino-Burke.

11             THE COURTROOM DEPUTY:  Thank you.

12             INTERPRETER RHODES:  Yes, I do.  Nathan Rhodes.

13   Good morning.

14             THE COURTROOM DEPUTY:  Thank you.

15             INTERPRETER VERASTEGUI:  Maristela Verastegui.

16             THE COURTROOM DEPUTY:  Thank you.

17             THE COURT:  Okay.  We're going to get the jury.

18             (Pause in proceedings.)

19             (Prospective jurors enter the courtroom.)

20             THE COURT:  Just make yourselves comfortable.  It

21   will be a few minutes before everyone gets in here.

22             (Pause in proceedings.)

23             THE COURT:  You can sit in the next row towards

24   the front, if you want.  That one right there.  And both

25   sides of the courtroom also are available for seating.

1           There will be plenty of seats.  The whole other

2    side of the courtroom is available, too.

3           This whole area of seating is available if

4    anybody's feeling crunched.  Just come around the front

5    and -- yeah.

6           Yes, please just go -- if you don't see seats

7    there or in the back row, just go there around to the other

8    side.  There should be ample room.

9           And if everyone could just move down a little bit

10   to make more room for everyone to get in, thank you.  I

11   guess that -- either side.

12          Can anybody squeeze in a little bit more?  I mean

13   if someone ends up standing it won't be for very long.  But

14   there really should be enough room.

15          Thank you very much.  We do have to get everyone

16   into the courtroom.  So if you can't squeeze any more, just

17   step forward.  And some of you can stand on the other side,

18   also.  In a very few minutes everyone will be seated because

19   we will be using these rows.  But we need everyone to get

20   into the courtroom, though.  That's essential.  Would anyone

21   be willing to stand on the other side to make sure everybody

22   gets in?

23          Thank you.  Actually, I think it will be all right

24   if you-all stay there.  Would you just -- whoever is

25   standing in that row, if you would just go back.  We thought

Jury Selection                                 6

1   there would be more room here.  We just need to get

2   everybody in the room, but not in those first two rows.

3   That's fine.  I can tell there's still people out there.

4          I can tell there's more people out there.  You're

5   just going to have to come forward.  Everybody has to come

6   into the courtroom.

7          Is there anyone who is not in?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  You have to get into the courtroom.  I

10  know it's just going to mean a little bit of a scrunch, but

11  it will only be for a few minutes.

12         MR. GOLD:  Judge, maybe they can come and stand in

13  front of the Government table.

14         THE COURT:  Would you please just try to come in

15  and maybe a few of you go over there, if you really can't do

16  it.

17         Can everybody get into the courtroom, please?

18         Is there anyone who is not in the courtroom --

19  yes, there is.

20         Why don't some of you come around and just stand

21  to the side over there.  Come forward.

22         You can come forward and just stand to the side.

23  Okay.  I fear because there's an open door that we have the

24  same problem on that side.

25         Is everybody in?

```
                          Jury Selection                    7
```

1              PROSPECTIVE JUROR:  Yes.

2              THE COURT:  Okay.  Thank you.

3              Okay.  Just make sure that the last person enters

4     the courtroom.  That's all I care about.  Okay.  We'll make

5     you comfortable in a minute, I promise.

6              Good morning, ladies and gentlemen.

7              PROSPECTIVE JUROR:  Good morning.

8              THE COURT:  Is everybody on that side in?

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  Can everyone hear me?  It's important

11    that everyone can hear me.

12             Can everyone hear me?

13             Is there anyone in the back who can't hear?

14             MR. GOLUB:  People are still outside.

15             THE COURT:  There's some still outside?

16             MR. GOLUB:  Yes.

17             THE COURTROOM DEPUTY:  Do you want them to start

18    sitting up there?

19             THE COURT:  Yes, why don't we -- yes, might as

20    well.

21             Is there anyone still outside?

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Okay.  We're going to fill the jury

24    box.

25             Is everybody on this side in?  Can everyone hear

1    me?

2              I see a dark haired lady in the back, can you hear

3    me?

4              UNIDENTIFIED FEMALE SPEAKER:  Yes.

5              THE COURT:  Okay.  Can everybody else out there

6    hear me?

7              Is everyone in?

8              THE COURTROOM DEPUTY:  Everyone's in.

9              THE COURT:  Great.

10             All right.  Good morning, ladies and gentlemen.  I

11   am Judge Allyne Ross, and as you know, we're here this

12   morning to select a jury.  This will be a jury in a criminal

13   case that will commence immediately after jury selection.

14             We expected it would last longer and that's why

15   there are so many of you, but now we expect it will last

16   approximately two weeks, but to be safe it could spill into

17   the third week, so it's important that you know that.

18             We will sit every weekday from 9:30 to 5:30 or

19   6:00.  Each day we will have a break for lunch of about an

20   hour.  You will have 10- to 15-minute breaks in the morning

21   and in the afternoon.  And if somebody wants to get up and

22   stretch, they can get up and stretch during the course of

23   the trial.  That's not a problem.

24             In addition to a jury of 12 persons, we're also

25   going to select six alternate jurors.  Alternate jurors

1    basically have the same duties and responsibilities as

2    regular jurors, but if they were not called to replace a

3    regular juror prior to time that the jury retires to

4    deliberate, they will not sit and deliberate with the jury.

5              Initially, I would like to introduce my Courtroom

6    Deputy, Dennis LaSalle.  Mr. LaSalle is going to administer

7    an oath to all of you, because the questions that I will ask

8    must be answered under oath.  He will then call 40 of you to

9    sit in the box and by "in the box," I mean those two, three

10   rows in front with tape in the middle.  And then, I will

11   explain how we'll proceed from there.

12             THE COURTROOM DEPUTY:  Can everyone stand and

13   please raise your right hand?

14             (The prospective jurors are sworn.)

15             THE COURTROOM DEPUTY:  Please be seated.

16             Juror Number 1, Michael Miller.

17             THE COURT:  Mr. Miller, yes.

18             THE COURTROOM DEPUTY:  You can have the first

19   seat.

20             THE COURT:  Okay.  These are going to be called

21   Rows 1, the first ten of you up until the white tape, and

22   then Row 2 is the next 12, and then Row 3, and 4.

23             THE COURTROOM DEPUTY:  Juror Number 2, David Fox.

24             Juror Number 3, Belayte Hossain?

25             PROSPECTIVE JUROR:  Hossain?

```
                          Jury Selection                    10
```

1           THE COURTROOM DEPUTY:  Yes.

2           Juror Number 4, Jennifer Caselli.

3           THE COURT:  Ms. Caselli?

4           PROSPECTIVE JUROR:  Yes, ma'am.

5           THE COURT:  Oh, okay.  You just can't get by.

6           THE COURTROOM DEPUTY:  Juror Number 5 Dana Ochia.

7           Juror Number 6, Nicole Kouskalis.

8           Juror Number 7 Richard Scarponi.

9           Juror Number 8 Raisul Islam.

10          Juror Number 9 Tracy Arbour.

11          THE COURT:  Could you just move over because we

12    need to get ten of you before the white line.

13          Thank you.

14          THE COURTROOM DEPUTY:  Juror Number 10,

15    Christopher Pondish.

16          Juror Number 11, Kevin Chen.

17          THE COURT:  Could you try to move over so I can

18    tell where that line is?

19          Could anybody move over a little bit more.  I'm

20    sorry.  It's just going to make a difference.

21          THE COURTROOM DEPUTY:  Juror Number 13, David

22    Carsin-Larosa -- Mr. Chen Juror Number 12 --

23          THE COURT:  Juror Number 12.

24          THE COURTROOM DEPUTY:  I'm sorry.  Juror Number 12

25    is Richard Rendell.  I'm sorry.

1           THE COURT:  Mr. Rendell?

2           Mr. Rendell is going to come before you and then

3    you'll sit.

4           THE COURTROOM DEPUTY:  I'm sorry.

5           THE COURT:  Okay.

6           THE COURTROOM DEPUTY:  Juror Number 14, Soilana Ma

7    or May.

8           Juror Number, 15 Emily Bowes.

9           Juror Number 16, Claudia E-U-L-A-U.

10          Juror Number 17 Joycelin, Samuel.  Samuel.

11          THE COURT:  Mr. Samuel?

12          THE COURTROOM DEPUTY:  Ms.

13          THE COURT:  Oh, I'm sorry.  Ms. Samuel.  I

14   apologize.

15          THE COURTROOM DEPUTY:  Juror Number, 18 Linda

16   Galbreth.

17          Juror Number 19, Jason Navallo.

18          THE COURT:  We have to make room for one more

19   person in that front row.  I'm sorry.

20          THE COURTROOM DEPUTY:  Juror Number 20, Rosa

21   Flores.

22          Juror Number 21, Deborah Sturkey-Watson.

23          Juror Number 22, Yanina Dubrovskay,

24   D-U-B-R-O-S-K-A-Y-A.

25          Juror Number 23, Kimberly Powell.

1          Juror Number 24, Edward Gibson.

2          THE COURT:  Gibbons.

3          THE COURTROOM DEPUTY:  Gibbons, I'm sorry.

4          Juror Number 25, S-M-L-I-N-E, Menard.

5          Juror Number 26, Edwin Ortiz.

6          Juror Number 27, Gregory Hulse.

7          Juror Number 28, Alexander Morano.

8          Juror Number 29, Bogdan Grabowski.

9          Juror Number 30, Jeffrey Lo.

10         Juror Number 31, A-N-H, last name, G-I-A-N-G.

11         Juror Number 32, Brandon Sangster.

12         Juror Number 33, Lisa Anne Sheridan.

13         THE COURT:  Ms. Sheridan?

14         PROSPECTIVE JUROR:  Yes.

15         THE COURT:  Okay.

16         THE COURTROOM DEPUTY:  Juror Number 34, first name

17  K-A-R-A-M-C-H-A-N-D, last name, D-H-A-N-R-A-J.

18         Juror Number, 35 Susan Steinman Kelleher.

19         Juror Number, 36 Melanie Cambria.

20         Juror Number 37, Rajan Abraham.

21         Juror Number 38, Victor Weiss.

22         THE COURT:  If you could move over a little bit

23  because we need to fit 20 more people into that room?

24         THE COURTROOM DEPUTY:  Juror 39, Douglas Sinetar.

25         And Juror Number 40, Jeffrey Goldberg.

Jury Selection                              13

1         THE COURT:  Can we make that happen, if everybody
2    scrunches a little bit more that way?
3         THE COURTROOM DEPUTY:  If everyone could just fill
4    in seats, please, if possible.
5         THE COURT:  Yes, please.  Fill in all the empty
6    seats and then we're going to get some of you seated by
7    sitting you in the jury box over there.
8         THE COURTROOM DEPUTY:  Judge --
9         THE COURT:  Oh, they won't be able to see the
10   screen.
11        THE COURTROOM DEPUTY:  Yeah.
12        THE COURT:  Well, I'm sorry about this.  At least
13   everybody's in the courtroom.
14        We'll see how quickly we can do it. ^ To here
15        The way I am going to proceed is that I'm going
16   ask a number of general questions of the jurors in the box.
17   And by "the jurors in box," I mean the 40 of you who we've
18   just called and I'll call you by row but I'm splitting the
19   rows in half so it will be 1, 2, 3, 4.
20        If your answer to my question is yes, just raise
21   your hand.  If you do not raise your hand, we will all
22   assume that your answer to the question is no.
23        Now, obviously, all the parties to this suit, both
24   the Government and the defendants, have the right to have
25   this case tried by a fair and a qualified and impartial

1    jury.  Obviously that's a jury that's responsible and

2    capable, but it's also a jury that without any fear or favor

3    or bias or prejudice or sympathy of any form whatsoever will

4    objectively hear and decide the issues in this case, and

5    render a judgment based solely on the evidence as it's

6    presented to you during the trial and on the law as I

7    instruct it to you at the close of the trial.

8            Not surprisingly, a juror's qualifications can't

9    simply be assumed, so in order to determine a juror's

10   qualifications we conduct an inquiry.  The inquiry is called

11   the voir dire.  It's really a very time-honored process, and

12   its purpose is simply to develop the truth about a juror's

13   frame of mind, about a juror's ability to do his or her duty

14   in accordance with the oath that each of you have just

15   taken.

16           Now, you might well ask, will some of these

17   questions invade my privacy.  I suppose in some way the

18   obvious answer to that is yes.  By the same token, I think

19   that all of us can appreciate that there may be certain

20   experiences that are so important or potent or emotional for

21   us that it might be very difficult for us to render a

22   judgment without being affected by those potent experiences.

23           So you can see that the answers that you give to

24   the questions that I ask are going to be very important.

25   They will enable me to determine whether to excuse a juror

1  for cause and they will also enable counsel to make

2  intelligent use of their peremptory challenges.

3          Peremptory challenges are challenges that the law

4  gives to both sides, to exercise without assigning any

5  reason whatsoever.

6          So it is essential that your answers be complete

7  and be truthful.  Each of you has been sworn.  Each of you

8  is under an affirmative obligation to listen very carefully

9  to the questions that I ask and to honestly and

10 conscientiously try to answer the real implications of those

11 questions.

12         Now, obviously none of us wishes to cause anyone

13 any undue embarrassment.  I don't anticipate that I would do

14 that.  But you're the best judges of what you would prefer

15 to discuss in private.  So should that happen, just indicate

16 it to me and we'll over -- we'll come over here to sidebar

17 with counsel and we will discuss it privately there.

18         With respect to the exercise of peremptory

19 challenges I just want to remind you of something I'm sure

20 you already know, which is, if you are excused in no way is

21 this kind of a personal reflection on you.  It simply means

22 that the lawyers in the case, based on their knowledge of

23 the facts of this case and the responses of the other jurors

24 to the voir dire questions, would prefer that another juror

25 sit in your place.  But in no way is it a personal

1   reflection.

2          The way I'm going to now proceed is I will ask my

3   general questions of the jurors in the box.  But I would

4   like to ask those of you in the back, please listen very

5   carefully to the questions that I ask.  When I ask them,

6   answer them to yourselves, and if your answer to the

7   question is "yes," remember the question, and remember the

8   answer because chances are very good that one of the jurors

9   in the box will be excused and you will be called to replace

10  that juror.  And when that happens I'm not going to go back

11  and ask all the questions again.  I'm simply going to ask

12  whether they were any questions to which you had an

13  affirmative response.  If so, what was the question, what

14  was answer.

15         So please pay very close attention to all of the

16  questions and remember those questions to which you had a

17  yes response.

18         First I would like to introduce something about

19  the case and the people involved in the case.  Seated to

20  counsel table toward my left are defendants.  When I call

21  your name, would you please stand.

22         José Miguel Melendez-Rojas, would you please

23  stand.

24         Do any of you know Mr. Melendez-Rojas?

25         Thank you, you may be seated.

1              José Osvaldo Melendez-Rojas.  Do any of you know

2     Mr. José Osvaldo Melendez-Rojas?

3              Okay.  Please be seated.

4              Rosalio Melendez-Rojas.  Do any of you know this

5     individual?

6              Thank you.  You may be seated.

7              Francisco Melendez-Rojas.

8              MR. GOLD:  Melendez-Perez, Your Honor.

9              THE COURT:  Oh, I'm sorry, Melendez-Perez.  Excuse

10    me.

11             Do any of you know Francisco Melendez-Perez?

12             You may be seated.

13             And finally Abel Romeo-Melendez.  Do any of you

14    know Abel Romeo-Melendez?

15             Thank you.  You may be seated.

16             The case against these defendants comes into this

17    court by reason of an indictment, and before I read the

18    indictment to you, I want to clarify.  The indictment is

19    only a charge.  It's the means, or vehicle, by which the

20    Government accuses someone of a crime.  It's voted by a

21    grand jury, which generally hears only the witnesses of

22    the Government, not of the defense.  The Government's

23    witnesses are not subject to any form of cross-examination

24    in the grand jury.  So it is not evidence of guilt of any

25    kind, and you may not draw any inference of guilt from the

1  fact that the Government has charged a defendant with the

2  crime.

3          In general, the indictment charges the defendants

4  with conspiracy, sex trafficking, alien smuggling, money

5  laundering, illegal re-entry, and distribution of proceeds

6  of a prostitution business between 2006 and 2017.

7          Although it contains multiple counts, not all

8  defendants are charged in each and every count.  The

9  indictment is somewhat lengthy, but I consider it important

10 to read it to you almost in its entirety.

11         Count 1 of the indictment charges an alien

12 smuggling conspiracy, specifically that between

13 approximately 2006 and 2017 all defendants, together with

14 others, did knowingly and intentionally conspire, that

15 simply means agreed to encourage and induce one or more

16 aliens to come to, enter and reside in the United States

17 knowing and in reckless disregard of the fact that such

18 coming to entry and residence was and would be in violation

19 of law for the purpose of financial gain in violation of

20 federal law.

21         B, knowing and in reckless regard of the fact that

22 one or more aliens had come to, entered and remained in the

23 United States in violation of the law, to transport and move

24 such alien or aliens within the United States by means of

25 transportation and otherwise, in furtherance of such

1  violation of law for the purpose of financial gain in

2  violation of federal law.

3         And, C, knowingly -- knowing and in reckless

4  disregard of the fact that one or more aliens had come to,

5  entered and remained in the United States in violation of

6  law to conceal, harbor, shield from protection such alien or

7  aliens in any place, including any building and by any means

8  of transportation for the purpose of private financial gain

9  in violation of federal law.

10         Count 2 charges a conspiracy to transport minors

11  and specifically, it charges that between approximately

12  August of 2006 and April of 2014, all defendants, together

13  with others, did knowingly and intentionally conspire to

14  transport one or more individuals who had not attained the

15  age of 18 years in interstate and foreign commerce with the

16  intent that such individuals engage in prostitution,

17  contrary to federal law.

18         Count 3 charges a sex trafficking conspiracy that

19  between approximately January 2009 and July of 2017 all

20  defendants, together with others, did knowingly and

21  intentionally conspire to recruit, entice, harbor,

22  transport, provide, obtain and maintain by any means, one or

23  more persons in and affecting interstate commerce and to

24  benefit financially and by receiving anything of value from

25  participation in a venture that engaged in such acts,

1  knowing and in reckless disregard of the fact that meet,

2  one, means of force, threats -- threats of force, fraud,

3  coercion and a combination of such means would be used to

4  cause such persons to engage in one or more commercial sex

5  acts.

6              And, 2, one or more such persons had not attained

7  the age of 18 years and would be caused to engage in one or

8  more commercial sex acts, which offense would be affected by

9  force, fraud, coercion, and a combination of such means,

10  contrary to federal law.

11              Count 4, charges sex trafficking of a minor who is

12  known as Jane Doe Number 1.  It charges between

13  approximately August of 2006 and March of 2007, the

14  Defendants José Miguel Melendez-Rojas, Abel Romero-Melendez,

15  and Rosalio Melendez-Rojas, together with others, did

16  knowingly and intentionally recruit, entice, harbor,

17  transport, and provide and obtain by any means a person,

18  specifically Jane Doe Number 1, an individual whose identity

19  is known to the grand jury in and affecting interstate and

20  foreign commerce, and did benefit financially and by

21  receiving anything of value from participation in a venture

22  which engaged in such acts.  Knowing that, one, force, fraud

23  and coercion would be used to cause Jane Doe Number 1 to

24  engage in one or more commercial sex acts; and two, Jane Doe

25  1 had not attained the age of 18 years and would be caused

1   to engage in one or more commercial sex acts, which offense

2   was affected by means of force, fraud, and coercion.

3           Count 5 charges sex trafficking of Jane Doe

4   Number 2.  Specifically between approximately 2007 and June

5   of 2013, the defendants José Miguel Melendez-Rojas, José

6   Osvaldo Melendez-Rojas, and Rosalio Melendez-Rojas, together

7   with others, did knowingly and intentionally recruit,

8   entice, harbor, transport, provide, and obtain by any means

9   a person, specifically Jane Doe Number 2, an individual

10  whose identify is known by the grand jury in and affecting

11  interstate and foreign commerce, and did benefit financially

12  and by receiving anything of value from participation in a

13  venture which engaged in such acts knowing that force,

14  fraud, and coercion would be used to cause Jane Doe Number 2

15  to engage in one or more commercial sex acts, which offense

16  was affected by means of force, fraud, and coercion.

17          Count 6 charges sex trafficking of Jane Doe

18  Number 3, specifically in and between approximately April

19  of 2009 and September of 2015, Defendants José Osvaldo

20  Melendez-Rojas, and Rosalio Melendez-Rojas, together with

21  others, did knowingly and intentionally recruit, entice,

22  harbor, transport, provide, obtain and maintain by any means

23  persons, specifically Jane Doe Number 3 whose identity is

24  known to the grand jury in and affecting interstate and

25  foreign commerce and did benefit financially and by

1   receiving anything of value from participation in a venture

2   which engaged in such acts, knowing that force, threats of

3   force, fraud and coercion and a combination of such means

4   would be used to cause Jane Doe Number 3 to engage in one or

5   more commercial sex acts, which offense was affected by use

6   of force, threats of force, fraud, coercion and a

7   combination of each means.

8           Count 7 charges alien smuggling of Jane Doe

9   Number 3, specifically between approximately April 2009 and

10  September of 2015, Defendants José Osvaldo Melendez-Rojas,

11  and Rosalio Melendez-Rojas, together with others, did

12  knowingly and intentionally encourage and induce an alien,

13  specifically Jane Doe Number 3 to come, enter, and reside in

14  the United States knowing and in reckless disregard of the

15  fact that such coming to, entry and residence was and would

16  be in violation of law for the purpose of private financial

17  gain.

18          Count 8, charges sex trafficking of Jane Number 4,

19  specifically that between approximately May of 2011 and

20  February of 2012, the Defendants José Osvaldo

21  Melendez-Rojas, and Francisco Melendez-Perez, together with

22  others, did knowingly and intentionally recruit, entice,

23  harbor, transport, provide, obtain and maintain by any means

24  as person, specifically Jane Doe Number 4, in and affecting

25  interstate and foreign commerce and did benefit financially

1    and by receiving anything of value from participation in a

2    venture which engaged in such acts knowing that force,

3    threats of force, fraud and coercion and a computation of

4    such means would be used to cause Jane Doe Number 4 to

5    engage in one or more commercial sex acts, which offense was

6    affected by means of force, threats of force, fraud,

7    coercion and a combination of such means.

8            Count 9 charges alien smuggling of Jane Doe

9    Number 4 that between approximately May of 2011 and February

10   of 2012, Defendants José Osvaldo Melendez-Rojas, and

11   Francisco Melendez-Perez, together with others, did

12   knowingly and intentionally encourage and induce an alien,

13   specifically Jane Doe Number 4, to come to, enter and reside

14   in the United States knowing and in reckless disregard that

15   such coming to, entry and residence was and would be in

16   violation of law for the purpose of private financial gain.

17           Count 10 charges sex trafficking of a minor who is

18   known as Jane Doe Number 5.  It alleges between

19   approximately July 2010 and April 2014 the same four

20   defendants charged in the prior count, together with others,

21   did knowingly and intentionally recruit, entice, harbor,

22   transport, provide, obtain and maintain by any means a

23   person, specifically Jane Doe Number 5, a person whose

24   identity is known by the grand jury, in and effecting

25   interstate and foreign commerce, did benefit financially and

1   by receiving anything of value from participation in a

2   venture which engaged in such acts, knowing that, one,

3   force, threat of force, fraud, and coercion and a

4   combination of such means would be used to cause Jane Doe

5   Number 5 to engage in one or more commercial sex acts and,

6   two, Jane Doe Number 5 had not attained the age of 18 years

7   and would be caused to engage in one or more commercial sex

8   acts which events was effected by means of force, threats of

9   force, fraud, and coercion and a combination of such means.

10          Count 11 charges transportation of a minor known

11  as Jane Doe Number 5.  Between approximately July 2010 and

12  April 2014, the same four defendants charged in the prior

13  count, together with others, did knowingly and intentionally

14  transport an individual who had not attained the age of 18

15  years, specifically Jane Doe Number 5, in interstate and

16  foreign commerce with the intent that Jane Doe Number 5

17  engage in prostitution.

18          Count 12 charges alien smuggling of Jane Doe

19  Number 5, that between approximately July of 2010 and April

20  of 2014, the same four defendants charged in the prior

21  count, together with others, did knowingly and intentionally

22  encourage and induce an alien, specifically Jane Doe

23  Number 5, to come to, enter and reside in the United States

24  knowing and in reckless disregard of the fact that such

25  coming to, entry and residence was and would be in violation

1    of law for the purpose of private financial gain.

2              Count 14 charges alien smuggling of Jane Doe

3    Number 6.  Between approximately August of 2011 and December

4    of 2014, Defendants Rosalio Melendez-Rojas and Fabian

5    Reyes-Rojas -- excuse me -- Defendant Rosalio

6    Melendez-Rojas, together with others, did knowingly and

7    intentionally encourage and induce an alien, specifically

8    Jane Doe Number 6, to come to, enter and reside in the

9    United States knowing and in reckless disregard of the fact

10   that such coming to, entry and residence was and would be in

11   violation of federal law.

12             (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court.)

2          THE COURT:  We are almost at the end.

3          Count 15 charges a money laundering conspiracy:

4   That between approximately 2006 and July of 2017 Defendants

5   José Miguel Melendez-Rojas, José Osvaldo Melendez-Rojas,

6   Rosalio Melendez-Rojas, and Francisco Melendez-Perez, together

7   with others, did knowingly and intentionally conspire to

8   conduct one or more financial transactions.

9          (Pause.)

10          THE COURT:  I'm sorry.  Count 15, which alleges a

11   money laundering conspiracy:  Between approximately 2006 and

12   July of 2017, Defendants José Miguel Melendez-Rojas, José

13   Osvaldo Melendez-Rojas, Rosalio Melendez-Rojas, and Francisco

14   Melendez-Perez, together with others, did knowingly and

15   intentionally conspire to conduct one or more financial

16   transactions in and affecting interstate and foreign commerce,

17   which, in fact, involved the proceeds of one or more specified

18   unlawful activities; that is, sex trafficking and sex

19   trafficking of one or more minors, in violation of federal

20   law, and interstate prostitution, in violation of federal law,

21   knowing that the property involved in the financial

22   transactions would represent the proceeds of some form of

23   unlawful activity.  A, with the intent to promote the carrying

24   on of one or more specified unlawful activities; and B,

25   knowing that the transactions would be designed in whole and

1   in part to conceal and disguise the nature, the location, the

2   source, the ownership, and the control of the proceeds of one

3   or more specified unlawful activities, contrary to federal

4   law.

5           Count 16 charges the distribution of proceeds of a

6   prostitution business.  That between approximately 2006 and

7   July of 2017, the same four defendants charged in the last

8   count, together with others, did knowingly and intentionally

9   use and cause to be used one more facilities in interstate and

10  foreign commerce, specifically, one or more wire transfer

11  services, with the intent to distribute the proceeds of

12  unlawful activity; that is, a business enterprise involving

13  prostitution offenses, in violation of the laws of the state

14  in which they were committed and of the United States, and

15  thereafter did knowingly and intentionally perform, attempt to

16  perform, and cause to be performed an act to distribute the

17  proceeds of such unlawful activity.

18          Finally, count 18 charges illegal reentry.

19  Specifically, between approximately 2013 and July of 2017, the

20  Defendant Abel Romero-Melendez, an alien who had previously

21  been removed from the United States, did enter and was found

22  in the United States without the Attorney General or the

23  Secretary of the United States Department of Homeland Security

24  having expressly consented to such alien's applying for

25  admission.

1            Now, those are the charges.  The defendants have

2     pleaded not guilty to the charges, and their not-guilty pleas

3     raise the fact issues that will be tried in this case.

4            There are a few other items that are extremely

5     important for you to understand at this moment, right at the

6     very beginning.  The first is that the defendants are presumed

7     to be innocent; and that presumption continues throughout the

8     entire trial, unless and until the jury is convinced from the

9     evidence presented that the guilt of a defendant has been

10    established beyond a reasonable doubt.

11           The government bears the burden of proof and must

12    prove a defendant's guilt beyond a reasonable doubt.  That is,

13    it must prove beyond a reasonable doubt every essential

14    element of an offense.  A defendant is not required to prove

15    his innocence or to offer any evidence at all.  He has the

16    absolute right not to testify, and you may not draw any

17    adverse inference, should he choose to exercise that right.

18           So, my first general question to those of you in the

19    box is:  Would any of you have any difficulty for any reason

20    at all in following the general instructions that I have given

21    you thus far?  Okay.

22           Now, I have already introduced the defendants, and I

23    would like to introduce their attorneys.  José Miguel

24    Melendez-Rojas is represented by Susan Kellman.  Would you

25    please stand.

1          MS. KELLMAN:  Good morning.

2          THE COURT:  Do any of you know Ms. Kellman?  Okay.

3          José Osvaldo Melendez-Rojas is represented by

4    Mitchell Golub.

5          MR GOLUB:  Good morning.

6          THE COURT:  Do any of you know Mr. Golub?  Thank

7    you.

8          Rose Melendez-Rojas is represented by Thomas Dunn.

9          MR. DUNN:  Good morning.

10         THE COURT:  Do any of you know Mr. Dunn?  Okay.

11         Francisco Melendez-Perez is represented by Michael

12   Gold.  Do any of you know Mr. Gold?

13         And, finally, Abel Romero-Melendez is represented by

14   Michael Hueston and Jacqueline Cistaro.

15         MR. HUESTON:  Good morning.

16         THE COURT:  Do any of you know either of these

17   lawyers?  Okay.

18         The government is represented by Assistant United

19   States Attorney Erin Argo and Assistant United States Attorney

20   Tanya Hajjar and Assistant United States Attorney Gillian

21   Kassner, and they will be assisted by Special Agent Patrick

22   Jochum of Homeland Security Investigations and by Paralegal

23   Emily Miller.  Do you know any of these people?

24         Do you know anyone on the staff of the United States

25   Attorney for the Eastern District of New York?  Okay.

Jury Selection                                    30

1          Do any of you know anything about this case?

2          Have you ever heard of anything about this case?

3          Have any you have read anything about this case?

4          As of this moment in time, do you have any opinion

5    at all about this case?

6          I'm going to read a list of people and places.  You

7    may hear from some of the people.  You may hear the names.

8    You may hear of the places during the course of the trial.  If

9    you think you know any of them, just raise your hand.

10         Blanca.  Karina.  Isabel Rojas.  Ma Ana Perez-Rojas.

11   Maria Isabel Rojas-Torres.  Elizabeth Sanchez-Carreon.

12   Lizbeth Castellanos Bautista.  Guadalupe Melendez-Rojas.

13   Amelia Velasquez-Ramirez.  Nelson.  Engracia Barerra-Lopez.

14   Eleodora Bargas-Renteria.  Estephanie.  Cristina Sanchez

15   Sanchez.  Benjamin Melendez-Rojas.  Duri, D-U-R-I.  Lourdes.

16   Guacho, G-U-A-C-H-O.  Checho, C-H-E-C-H-O.  La Jarocho.

17   Chapparita.  La Flaca.  Chocolates.  Alejandro.  Mojarra.

18   Paco.  Memelas.  Delia.  Daisy.  Veronica.  Maria Rosalba.

19   Diana.  Fabiola M.  Fabiola C.  Magdaleno Melendez-Rojas.

20   El Rifle, R-I-F-L-E.  Pinocho.  Flori Flawers, F-L-A-W-E-R-S.

21   Sanchi.  Rubi.  Cristian.  Curahuesos.  Chano.  Chapurro.

22   Elver.  Maribel Melendez-Perez.  Selena Melendez-Perez.

23   Tiburon.  Bengy.  El Capitan.  Aydali Corona.  Aydali Corona

24   Romero.  Bonita.  Alicia Romero-Melendez.  Katherine.

25   Los Chechas, C-H-E-C-H-A-S.  Fabian Reyes-Rojas.  Saul

```
                      Jury Selection                      31
```

1    Ponce-Bravo.  Raul Rojas-Campos.  Papucho.

2              And I'm also going to read a list of places.  If you

3    are familiar with them, just raise your hand.  Wilcox,

4    Arizona.  Nogales, Arizona.  Tucson, Arizona.  Douglas,

5    Arizona.  Naco, Arizona.  Casa Grande, Arizona.  Sasabe,

6    Arizona.  Falfurrias, Texas.  Weslaco, Texas.

7              Corona, Queens.  Probably, no?  That's fine.  You

8    may hear about things that happened in Corona, Queens; and the

9    important thing to understand about that is that the case

10   should be decided by jurors based on the evidence as they hear

11   it during the testimony rather than based on their own

12   familiarity.  Would anyone who had their hand up have a

13   problem with that?  Okay.

14             Jackson Heights, Queens.  I'm sure there are some of

15   you.  Any of you have a problem?  Okay.

16             Oaxaca, Mexico.  Morelos, Mexico.  Nogales, Mexico.

17   Tenancingo, Mexico.  Quintana Roo, Mexico.  No one.  Okay.

18             Now, I have directed that several witnesses testify

19   at this trial using only their first name.  I have directed

20   these witnesses to so testify because of the nature of certain

21   conduct they may describe and to avoid publicity.  I have no

22   opinion at all concerning whether these witnesses will testify

23   truthfully, and you may not consider my directives to the

24   witnesses in assessing their veracity.

25             So, to determine whether you know these witnesses,

1    we will show you a picture of each as I tell you their names.

2    If you think you know any of them, raise your hand.  If you

3    don't now recognize a witness but do so during the trial, just

4    send me a note telling me that, but do not discuss your

5    recognition of the witness with your fellow jurors.

6                   (Published.)

7                   THE COURT:  The first is Diana.  Can everyone see

8    the picture?

9                   THE CLERK:  Could you please stand so you can see

10   the screen.

11                  (Published.)

12                  THE COURT:  Yes.  I think we will have to move the

13   screen to make sure everybody -- is there anyone who cannot

14   see the picture?  Okay.  If you can't see the picture, just

15   raise your hand, and we will make sure that gets fixed.  Okay.

16                  Veronica.  Can everyone see Veronica?

17                  Fabiola.  Can everyone see Fabiola?

18                  Maria.  Does anyone recognize Maria?

19                  Delia.  Can everyone see Delia?

20                  And finally Daisy.  Okay.  Anyone recognize Daisy?

21                  (Pause.)

22                  THE COURT:  We are going to try to make everything

23   easier now that the pictures have been seen.  Fill up the jury

24   box, and we have a bunch of chairs that are going to be

25   brought in.  So everyone will be seated.

1             (Prospective jurors being seated.)

2             THE COURT:  Excuse me.  Is a juror leaving?

3             PROSPECTIVE JUROR:  Restroom.

4             THE COURT:  I'm sorry?

5             PROSPECTIVE JUROR:  Men's room.

6             THE COURT:  Does anyone else need to go to the

7    restroom?  I'm going to let you go, but please remember where

8    you are sitting, and when you come back sit where you are.

9             Wait a second.  Don't talk about the case at all.

10   Okay.  And come right back because we are going to wait for

11   you.  All right.  If there is anyone else who needs to go,

12   same thing.  Come right back.

13            (Recess.)

14            THE COURT:  I know I can ask this because I already

15   asked the question.

16            Does anybody think they know any one of the staff of

17   the United States Attorney's Office?  You actually don't even

18   have to come up.  Who is that?  I'm sorry?

19            PROSPECTIVE JUROR:  I know someone up there.  We

20   were former classmates.

21            THE COURT:  Someone over here?

22            INTERN:  I'm an intern, a judicial intern.

23            THE COURT:  He is a judicial intern.  Do you know

24   each other well?

25            PROSPECTIVE JUROR:  Former acquaintance, former

1    classmates, I guess.

2              INTERN:  Not very much.

3              THE COURT:  Do you have any reason to believe that

4    would affect you in any way if you were picked as a juror.

5              PROSPECTIVE JUROR:  No.  I knew it was a question

6    so.

7              THE COURT:  Thank you.  So you can just go back to

8    your seat.

9              Ms. Ma, could we see you at sidebar with counsel,

10   please.

11             (Continued on the next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                        Sidebar Conference                    35
```

1          (Sidebar conference.)

2          (Prospective juror enters sidebar.)

3          PROSPECTIVE JUROR:  I think the guy that's sitting

4    directly in front of me, it was in Queens, Jackson Heights,

5    because I grew up in Corona.

6          THE COURT:  Did you all hear that?

7          MS. KELLMAN:  No.

8          THE COURT:  Say it again.

9          PROSPECTIVE JUROR:  A guy sitting directly across

10   from me.  It was in Corona, Queens, in Jackson Heights, that

11   it occurs to me that I grew up in Corona, Queens.

12         THE COURT:  Do you know him?

13         PROSPECTIVE JUROR:  I like recognize him, but I

14   don't know him.

15         THE COURT:  You have seen him before but you don't

16   know him?

17         PROSPECTIVE JUROR:  Correct.

18         THE COURT:  Would that affect you in any way?

19         PROSPECTIVE JUROR:  I don't know.  I wanted to

20   highlight that.

21         THE COURT:  Well, would it affect you -- well,

22   obviously, nobody can be 100 percent certain of anything, but

23   it's important that anyone won't be affected by something that

24   shouldn't be influenced --

25         MR GOLUB:  Forgive me, Your Honor.  The last person?

1   Which gentleman are you talking about?

2              PROSPECTIVE JUROR:  Right in front of me.

3              MR GOLUB:  I'm not quite sure where you were

4   sitting.

5              That would be mine.  So talking about José Osvaldo,

6   the gentleman at the far, far end, the last table?

7              PROSPECTIVE JUROR:  He is the last one.

8              MR GOLUB:  Okay.  So it was my client.

9              THE COURT:  My question is:  Are you confident you

10  wouldn't be affected by the fact that you think you recognize

11  him?

12             PROSPECTIVE JUROR:  I mean, I guess.

13             THE COURT:  As in why?  Thank you.  Just go back to

14  your seat.

15             PROSPECTIVE JUROR:  Okay.

16             (Prospective juror exits sidebar.)

17             (End of sidebar conference.)

18             (Continued on the next page.)

19

20

21

22

23

24

25

1            (In open court.)

2            THE COURT:  I'm really addressing the questions now

3    to those who were -- the 40 of you that I have called.  So if

4    you have a yes answer to one of my questions, just remember

5    it, and when you are in the box we will ask you.  Okay.

6            Have any of you served on a jury before, be it

7    state, federal, a trial jury, or a grand jury?  If so, please

8    just raise your hand.

9            We will start with what I call the first row, which

10   is the first ten of you.  Okay.  The first one is Mr. Fox.

11   What was that?

12           PROSPECTIVE JUROR:  It was a criminal trial, county.

13   It was a number of years ago.

14           THE COURT:  What type of criminal case was it?

15           PROSPECTIVE JUROR:  Some sort of fraud, from what I

16   remember.

17           THE COURT:  Without telling us the result, did you

18   deliberate with the jury and reach a verdict?

19           PROSPECTIVE JUROR:  No.

20           THE COURT:  Okay.  Who is the next person who had

21   their hand up in row one?  We are still on row one.  Yes.

22           Mr. Islam, is that right?

23           PROSPECTIVE JUROR:  Scarponi is the name.

24           THE COURT:  I'm sorry.  Mr. Scarponi.

25           PROSPECTIVE JUROR:  Yes.  I served in a civil suit

1   about 15 years ago.

2            THE COURT:  Without telling us the result, did you

3   deliberate and reach a verdict?

4            PROSPECTIVE JUROR:  No.

5            THE COURT:  Would both of you be able to put that

6   experience entirely aside, if you were to sit as a juror in

7   this case?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Obviously, the facts are totally

10  different, the law is totally different.  If you sat in a

11  civil case, the burden of proof is even different.  I mean

12  that's a mere preponderance of the evidence.  This is beyond a

13  reasonable doubt.  No problem.

14           PROSPECTIVE JUROR:  No problem.

15           THE COURT:  Anybody in the second row?  Okay.  We

16  are going down to --

17           PROSPECTIVE JUROR:  Pondish.

18           MR. GOLD:  I think there is someone in the first row

19  still.

20           THE COURT:  I'm sorry?

21           MR. GOLD:  I think there is someone in the first

22  row.

23           MR GOLUB:  There are a few more seats.

24           THE COURT:  I called out the second row.  That's all

25  right.  I'm sorry.  Go ahead.

1           PROSPECTIVE JUROR:  I was on a civil case.

2           MR GOLUB:  Please state your name.

3           PROSPECTIVE JUROR:  Pondish, P-O-N-D-I-S-H.

4           THE COURT:  You were on a civil case?

5           PROSPECTIVE JUROR:  Civil case.  They settled.

6           THE COURT:  Any problem?

7           PROSPECTIVE JUROR:  No.

8           THE COURT:  Anyone in the second row?

9           PROSPECTIVE JUROR:  Yes.  Richard Rendell.  I served

10    on a grand jury in Suffolk County three years ago.

11          THE COURT:  Any problem?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  Totally different.  That's a mere

14    preponderance of the evidence -- not preponderance.  It's

15    probable cause, you know that.

16          Anyone else in the second row?  No one else in the

17    second row.  Let's move over to the third row over there.

18          PROSPECTIVE JUROR:  Hi.  I served on a federal case.

19          THE CLERK:  Click the microphone on, please.

20          PROSPECTIVE JUROR:  I served on a federal case about

21    18 years ago.

22          THE COURT:  A federal grand jury?

23          MR GOLUB:  Judge, can we identify her name, please?

24          THE COURT:  Yes.  This is Ms. -- is it

25    Sturkey-Watson, is that correct?

```
                        Jury Selection                     40
```

1              PROSPECTIVE JUROR:  Yes.

2              THE COURT:  You served on a federal grand jury about

3        ten years ago?

4              PROSPECTIVE JUROR:  Around eight to ten years ago,

5        yes.

6              THE COURT:  Would you have any difficulty putting

7        that experience aside?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  Anyone else in the third row?  Yes.

10       This is Mr. Gibbons?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Yes.

13             PROSPECTIVE JUROR:  I served on a criminal case.  It

14       was an armed robbery, and we deliberated.

15             THE COURT:  Would you have any difficulty putting

16       that experience aside?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  Okay.  Anyone else in the third row with

19       prior jury service?

20             Let's move down to the fourth row.

21             PROSPECTIVE JUROR:  Hi.  This is Jeff Lo.

22             THE COURT:  All right.  Mr. Lo.

23             PROSPECTIVE JUROR:  I served on a criminal case,

24       like eight years ago.

25             THE COURT:  Was that in state or federal court?

1          PROSPECTIVE JUROR:  I think it was federal court.

2          THE COURT:  Okay.  What type of case was it?

3          PROSPECTIVE JUROR:  It was like a shooting.

4          THE COURT:  A shooting?

5          PROSPECTIVE JUROR:  Yeah.

6          THE COURT:  Did you deliberate with the jury and

7   reach a verdict?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Would you have any difficulty putting

10  the experience aside?

11         PROSPECTIVE JUROR:  Actually, yes.

12         THE COURT:  You don't have to explain.  We are going

13  to excuse you.  You go back to the central jury room.

14         PROSPECTIVE JUROR:  Now?

15         THE COURT:  Yes, right now.

16         PROSPECTIVE JUROR:  Bogdan Grabowski.  I sat on a

17  civil court, and we settled.  That was about 15 years ago.

18         THE COURT:  Any difficulty?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  Okay.  Next.

21         PROSPECTIVE JUROR:  I served on a jury in

22  California.

23         THE COURT:  Is this Ms. Cambria?

24         PROSPECTIVE JUROR:  Kelleher, Steinman-Kelleher.

25         THE COURT:  I'm sorry.  Steinman-Kelleher?

```
                        Jury Selection                    42
```

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  Okay.  You served on a jury in

3    California?

4           PROSPECTIVE JUROR:  Yeah.

5           THE COURT:  Civil or criminal?

6           PROSPECTIVE JUROR:  I think it was criminal.  It was

7    so long ago.  It was 1990.

8           THE COURT:  It was resolved?

9           PROSPECTIVE JUROR:  It was resolved.

10          THE COURT:  So you didn't deliberate with a jury?

11          PROSPECTIVE JUROR:  No.

12          THE COURT:  Any problem putting that experience

13   aside?

14          PROSPECTIVE JUROR:  None.

15          THE COURT:  Anyone else?  Mr. Goldberg.

16          PROSPECTIVE JUROR:  I served on a criminal case.

17          THE COURT:  Was it state or federal court?

18          PROSPECTIVE JUROR:  Federal.

19          THE COURT:  Criminal.  You said criminal?

20          PROSPECTIVE JUROR:  Criminal.

21          THE COURT:  What type of crime was involved?

22          PROSPECTIVE JUROR:  Armed robbery.

23          THE COURT:  Did you deliberate with the jury?

24          PROSPECTIVE JUROR:  Yes.

25          THE COURT:  Any difficulty putting that aside?

Jury Selection                    43

1            PROSPECTIVE JUROR:  No.

2            THE COURT:  Anybody else remember?  No.

3            Moving right along.  You have already heard the

4    indictment and the nature of the charges in this case.  In

5    part, they are charges of sex trafficking of minors.

6            THE CLERK:  Judge, I have to replace Juror number

7    30.

8            THE COURT:  Excuse me?

9            THE CLERK:  Juror number 30 I have to replace.  Is

10   that the one you dismissed?

11           THE COURT:  Oh, we have to replace.  Yes.  Thank

12   you.

13           THE CLERK:  Juror number 30, Joshua Rosen.  Thank

14   you.

15           THE COURT:  Mr. Rosen, did you have any yes answers

16   to any of my questions thus far?

17           PROSPECTIVE JUROR:  No.

18           THE COURT:  As I was starting to indicate, in part

19   the charges in this case are of sex trafficking of minors and

20   adults.  The indictment charges that the defendants forced,

21   defrauded, or coerced minors and adults to work as prostitutes

22   and retained a share of the proceeds.

23           Obviously, I think all of us can agree that such

24   charges allege disturbing crimes.  But, as I have already

25   instructed you, the indictment is a mere charge.  It's only an

1  accusation.  It is not evidence of any kind.

2          The defendants have pleaded not guilty to that

3  indictment.  So we assume that they have the same antipathy to

4  such criminal conduct as we do.

5          Moreover, the government bears the burden of proving

6  the defendants' guilt beyond a reasonable doubt.

7          And, as jurors, your task and duty is to consider

8  all of the evidence presented and my instructions on the law,

9  put aside any feelings you may have that interfere with your

10 objectivity, and reach a fair and dispassionate determination

11 as to whether the government has met its burden of proof as to

12 each element of a crime charged against a defendant.  It is

13 imperative that any strong personal reaction you may have to

14 the nature of the charge not interfere with your ability to be

15 a fair and impartial juror.

16         So, my question is:  Is your personal reaction to

17 these charges so strong that it would interfere with your

18 ability to fairly and impartially decide, based solely on the

19 facts as you hear them during the course of the trial and the

20 law, whether or not the government has proven the elements of

21 a crime against a defendant?

22         Or, put another way:  Would your personal reaction

23 to the type of crime charged prevent you from presuming the

24 defendants' innocence or requiring the government to meet its

25 burden of a defendant's guilt by credible evidence beyond a

1   reasonable doubt?  Is there anyone who has that problem here?

2            Okay.  Wait.  Let me see.  Anybody in row one?

3            That's Ms. Kouskalis, is that you?  We will excuse

4   you.

5            Anybody else in row one?

6            Turning to row two, I see two people right off the

7   bat.  Mr. Navallo and Ms. Flores.  We excuse you.  And,

8   Ms. Galbreth, we excuse you and --

9            MR GOLUB:  Someone over here, judge.

10            THE COURT:  Oh.  That is Mr. Chen?

11            PROSPECTIVE JUROR:  Yes.  Sorry.

12            THE COURT:  We will excuse you.

13            And Mr. Rendell, we will excuse you.

14            MS. ARGO:  Your Honor, may we have a brief sidebar?

15            THE COURT:  Yes.

16            (Continued on the next page.)

17

18

19

20

21

22

23

24

25

1                    (Sidebar conference.)

2                    MS. ARGO:  Your Honor, we do have a large jury

3    pool, which is great, but we would ask that -- and our

4    experience in most other jury selections is -- if someone

5    raises their hand and says they possibly have an issue, that

6    perhaps we inquire further.

7                    THE COURT:  I would, honestly, but this is such an

8    explosive issue that I just -- I think we will be here for

9    days if we do that.  I have read jury selections where judges

10   did that, and I think it was a waste of time.

11                   If it gets bad, I will change.

12                   MS. ARGO:  The only concern, truly, that I have, I

13   think that the government shares, is that what happens is that

14   once jurors see that it's quite easy to get off of the jury --

15                   THE COURT:  That's the reality.  This is a question

16   that I don't want to take any chances with.  So let's try it.

17                   MS. ARGO:  Okay.

18                   MR GOLUB:  Can we also identify the numbers as we

19   are going along?

20                   THE COURT:  Yes.

21                   (End of sidebar conference.)

22                   (Continued on the next page.)

23

24

25

```
                        Jury Selection                  47
```

1           (In open court.)

2           MS. KELLMAN:  Judge, were the last three, 12, 18,

3    and 19, that Your Honor just excused?

4           THE COURT:  18, Ms. Galbreth; 19 is Mr. Navallo; 20

5    is Ms. Flores.

6           MS. KELLMAN:  And 12 is still?

7           THE COURT:  And 6, Ms. Kouskalis, was excused.

8           MS. KELLMAN:  Thank you, Your Honor.

9           THE COURT:  I just want you to -- I'm going to call

10   on you all; and, if your answer to that question is yes, I'm

11   going to excuse you because we don't want anyone sitting on

12   the jury who cannot be dispassionate.  I mean, as I said, the

13   defendants have pleaded not guilty.  We assume they feel

14   exactly the same way we do.

15          So my only question really is:  Do you feel so

16   strongly about the nature of those crimes that you would

17   automatically assume a defendant was guilty?  That's really

18   the question.

19          So anyone else?  Yes?  We have Mr. Samuel.  No.

20   I'm -- yes.  No.  That's Ms. Samuel.  I'm sorry.

21          What is your name?

22          PROSPECTIVE JUROR:  Eulau, E-U-L-A-U.

23          THE COURT:  Mr. Eulau, you are excused.

24          PROSPECTIVE JUROR:  Yes.

25          MR GOLUB:  That was 16, correct, Your Honor?

```
 1              THE CLERK:  Yes.
 2              THE COURT:  Yes, that's number 16.
 3              Anybody else in the first row or second row?  I'm
 4    not in the third row yet or the fourth row.  No one else in
 5    the first or second row.  Okay.
 6              Turning to the third row, Ms. Sturkey-Watson, is
 7    your hand up?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  I'm sorry.  It's the person next to you.
10              Ms. Dubrovskaya, number 22, is your hand up?
11              PROSPECTIVE JUROR:  Yes.
12              THE COURT:  We will excuse you.
13              And, Ms. Powell, your hand is up?
14              PROSPECTIVE JUROR:  Yes.
15              THE COURT:  We will excuse you.
16              And Mr. Gibbons, your hand is up.  We will excuse
17    you.
18              And Ms. Menard, your hand is up.  We will excuse
19    you.
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  You are excused.  Do you have your hand
22    up?
23              PROSPECTIVE JUROR:  Yes.
24              THE COURT:  Do you feel you cannot be a fair juror
25    in this case?
```

```
                         Jury Selection                    49

   1              PROSPECTIVE JUROR:  No.
   2              THE COURT:  Okay.  We will excuse you.  Is that
   3    Mr. Hulse?
   4              PROSPECTIVE JUROR:  Yes.
   5              THE COURT:  We will excuse you.
   6              Mr. Morano?
   7              PROSPECTIVE JUROR:  Yes.
   8              THE COURT:  We will excuse you.
   9              Mr. Grabowski, we will excuse you.
  10              PROSPECTIVE JUROR:  Your Honor, I think --
  11              THE CLERK:  You skipped one, judge.
  12              THE COURT:  Oh, not Mr. Grabowski.  You are
  13    Mr. Rosen?
  14              PROSPECTIVE JUROR:  Yeah.
  15              THE CLERK:  Rosen.
  16              THE COURT:  Mr. Rosen, that's number 30.  We will
  17    excuse you.
  18              In the fourth row we have Mr. Giang, is that right?
  19    I'm sorry.  That's Ms. Giang.
  20              This is Mr. -- what is your name?
  21              PROSPECTIVE JUROR:  Grabowski.
  22              THE COURT:  Grabowski.  We will excuse you.
  23              Ms. Giang, we will excuse you.
  24              I'm sorry.  Who else had their hand up?
  25              Mr. Dhanraj, number 34, we will excuse you.
```

1            Mr. Abraham?

2            PROSPECTIVE JUROR:  Yes.

3            THE COURT:  We will excuse you.

4            Mr. Weiss, we will excuse you.

5            Mr. Sinetar, we will excuse you.  Okay.

6            Quite a number of jurors to replace.  I think we are

7    starting with number six, Dennis.

8            THE CLERK:  Juror number 6, Kevin Morris.

9            THE COURT:  Number 11.

10           THE CLERK:  Juror number 11, Joseph Vitale.

11           THE COURT:  Number 12.

12           THE CLERK:  Juror number 12, Gil Hizon.

13           THE COURT:  Number 16.

14           THE CLERK:  Juror number 16, Felipe Osorio Diaz.

15           THE COURT:  Number 18.

16           THE CLERK:  Juror number 18, Norris Nonkin.

17           THE COURT:  Number 19.

18           THE CLERK:  Juror number 19, Veronica Rodriguez.

19           THE COURT:  Number 20.

20           THE CLERK:  Juror number, 20 Francisca Yearwood.

21           THE COURT:  Number 22.

22           THE CLERK:  Juror number 22, Dominick Albino.

23           THE COURT:  Number 23.

24           THE CLERK:  Juror number 23, Kumar Patel Bharat,

25    B-H-A-R-A-T.

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Number 24.

3          THE CLERK:  Juror number 24, Piper MacLeod, MacLeod.

4          THE COURT:  Number 25.

5          THE CLERK:  Juror number 25, Shawn O'Carroll.

6          (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Continuing.)

2              THE COURT:   Number 27.

3              THE COURTROOM DEPUTY:   Juror Number 27, Cheryl Lee.

4              THE COURT:   Number 28.

5              THE COURTROOM DEPUTY:   Juror Number 28, Sharmin

6    Sultana.

7              THE COURT:   Number 29.

8              THE COURTROOM DEPUTY:   Juror Number 29, Eric Brand.

9              THE COURT:   Number 30.

10             THE COURTROOM DEPUTY:   Juror Number 30, Jessica

11   Chan.

12             THE COURT:   Number 31.

13             THE COURTROOM DEPUTY:   Number 31, Hau Mui Ho.

14             THE COURT:   Number 34.

15             THE COURTROOM DEPUTY:   Juror Number 34, Daisy

16   Salvador.

17             THE COURT:   Number 37.

18             THE COURTROOM DEPUTY:   Juror Number 37, Timothy

19   Armstrong.

20             THE COURT:   Number 38.

21             THE COURTROOM DEPUTY:   Juror Number 38, Rahman

22   Jeffers.

23             THE COURT:   Number 39.

24             THE COURTROOM DEPUTY:   Juror Number 39, Raquel

25   Grant-Lewis.

1          THE COURT:  Okay.  So if we can get a microphone to

2     Mr. Morris.  Mr. Morris is Juror Number 6.

3          Mr. Morris, did you have any "yes" answers to any of

4     my questions?

5          THE PROSPECTIVE JUROR:  No, ma'am.

6          THE COURT:  Okay.  Thank you.

7          Let's move it down to Mr. Vitale, Juror Number 11.

8          THE COURTROOM DEPUTY:  Juror Number 11.

9          THE COURT:  Did you have any "yes" answers?

10         THE PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Which question?

12         THE PROSPECTIVE JUROR:  I was on a civil case.

13         THE COURT:  You served as a juror on a civil case?

14         THE PROSPECTIVE JUROR:  And criminal.

15         THE COURT:  What type of criminal case was it?

16         THE PROSPECTIVE JUROR:  I think a murder.

17         THE COURT:  I'm sorry?

18         THE PROSPECTIVE JUROR:  Murder.

19         THE COURT:  A murder case.

20         Did you deliberate and reach a verdict in the

21    criminal case?

22         THE PROSPECTIVE JUROR:  Yes.

23         THE COURT:  And did you do the same in the civil

24    case?

25         THE PROSPECTIVE JUROR:  Yes.

1              THE COURT:  Would you have any difficulty putting
2     those experiences aside?
3              THE PROSPECTIVE JUROR:  Yeah, I have difficult.
4              THE COURT:  You would have difficulty?
5              THE PROSPECTIVE JUROR:  Yes.
6              THE COURT:  Okay.  We'll excuse you.
7              Moving it along -- just go back to the separate jury
8     room -- Mr. Hizon?
9              THE PROSPECTIVE JUROR:  Yes.  This case is
10    related -- it happens long time ago in our country in the
11    Philippines, so I know what will be the verdict.
12             THE COURT:  And do you have a lot of emotional
13    feelings --
14             THE PROSPECTIVE JUROR:  Yes.
15             THE COURT:  -- that you think would interfere with
16    your ability to sit as a juror?
17             THE PROSPECTIVE JUROR:  Yes.
18             THE COURT:  We'll excuse you.
19             We have to send it down to Mr. Osorio Diaz.
20             THE PROSPECTIVE JUROR:  Hi.  Yes.  I have "yes" to
21    two questions.
22             THE COURT:  Which ones?
23             THE PROSPECTIVE JUROR:  The one about serving in the
24    jury.  I served in a state grand jury three years ago.
25             THE COURT:  Okay.  Will you have any difficulty

1   putting that aside?

2           THE PROSPECTIVE JUROR:  No.

3           And the second one was about emotions about the

4   case.  I do have some emotions.

5           THE COURT:  Do you think you cannot sit as a juror

6   in this case?

7           THE PROSPECTIVE JUROR:  No.

8           THE COURT:  Okay.  We'll excuse you.

9           Let's send it down to Mr. Nonkin, Number 18.

10          THE PROSPECTIVE JUROR:  Nonkin, N-O-N-K-I-N, Nonkin.

11          THE COURT:  Nonkin.  I have this mixed up.

12          Ms. Rodriguez and -- okay, Mr. Nonkin.

13          THE PROSPECTIVE JUROR:  I've served on juries.  I've

14  served on a civil case -- it was settled before we

15  deliberated -- and two criminal cases, a case of robbery and

16  selling stolen goods, and a case of real estate fraud.

17          THE COURT:  Okay.  Did you deliberate --

18          THE PROSPECTIVE JUROR:  We deliberated on those two

19  cases.

20          THE COURT:  You did deliberate.

21          THE PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Would you have any difficulty putting

23  those experiences aside?

24          THE PROSPECTIVE JUROR:  No.

25          THE COURT:  Thank you.

1          Ms. Rodriguez?

2          THE PROSPECTIVE JUROR:  I didn't have any "yes"

3   answers.

4          THE COURT:  Okay.

5          And Ms. Yearwood?

6          THE PROSPECTIVE JUROR:  I think I have some strong

7   emotions.

8          THE COURT:  You don't think you could sit on this

9   case?

10          THE PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Okay.  We will excuse you.

12          Let's go to -- would you hand it down to Juror

13   Number 22, Mr. Albino?

14          THE PROSPECTIVE JUROR:  Albino.

15          THE COURT:  Albino, I'm sorry.

16          THE PROSPECTIVE JUROR:  I have no "yes" answers.

17          THE COURT:  Okay.  Thank you.

18          Mr. Patel?

19          THE PROSPECTIVE JUROR:  I have no "yes" answers.

20          THE COURT:  Okay.  Ms. MacLeod?

21          THE PROSPECTIVE JUROR:  I have a "yes" answer to

22   personal reaction.

23          THE COURT:  Okay.  We'll excuse you.

24          Mr. Carol.

25          THE PROSPECTIVE JUROR:  O'Carroll.

1              I have a "yes."

2              THE COURT:  Which one?

3              THE PROSPECTIVE JUROR:  Emotionally.

4              THE COURT:  Okay.  We'll excuse you.

5              Ms. Lee.

6              THE PROSPECTIVE JUROR:  I had a "yes" for I was on a

7    civil case.

8              THE COURT:  Okay.

9              THE PROSPECTIVE JUROR:  But it was settled.

10             THE COURT:  Any problem?

11             THE PROSPECTIVE JUROR:  No, no problem.

12             THE COURT:  Any other "yes" answers?

13             THE PROSPECTIVE JUROR:  No.

14             THE COURT:  Ms. Sultana?

15             THE PROSPECTIVE JUROR:  No.

16             THE COURT:  No problems, okay.

17             THE PROSPECTIVE JUROR:  No.

18             THE COURT:  Okay.  Mr. Brand?

19             THE PROSPECTIVE JUROR:  Yes, ma'am.  I have just my

20   personal reaction.

21             THE COURT:  Okay.  We'll excuse you.

22             Ms. Chan?

23             THE PROSPECTIVE JUROR:  Yes, I have personal emotion

24   to the question.

25             THE COURT:  Okay.  We'll excuse you.

1               Ms. Ho?

2               THE PROSPECTIVE JUROR:  Yes.  I have emotional

3    personal.

4               THE COURT:  Okay.  We'll excuse you.

5               Ms. Salvador?

6               THE PROSPECTIVE JUROR:  Just "yes" to grand jury.

7               THE COURT:  Okay.  Any difficulty putting that

8    aside?

9               THE PROSPECTIVE JUROR:  No.

10              THE COURT:  Okay.  Mr. Armstrong?

11              THE PROSPECTIVE JUROR:  Yes.

12              THE COURT:  Mr. Armstrong is 37.

13              THE PROSPECTIVE JUROR:  Personal reaction.

14              THE COURT:  Personal reaction, we'll excuse you.

15              No. 38, Mr. Jeffers?

16              THE PROSPECTIVE JUROR:  "Yes" to the civil case

17   serving.

18              THE COURT:  Okay.  Can you put that experience

19   aside?

20              THE PROSPECTIVE JUROR:  Yes.

21              THE COURT:  Okay.  Any other "yes" answers?

22              THE PROSPECTIVE JUROR:  No.

23              THE COURT:  Okay.  Ms. Grant-Lewis?

24              THE PROSPECTIVE JUROR:  I'm good.

25              THE COURT:  You're good?  No problems.  Good.

1    Great.

2              Okay.  Let's replace the jurors we lost.  We didn't

3    lose any of the first ten.  We are going right to Juror 11.

4              THE COURTROOM DEPUTY:  Juror 11, S-A-D-I-Q.  Last

5    name is M-A-S-H-R-I-Q-I.  First and last name.

6              THE COURT:  Okay.  Juror Number 12.

7              THE COURTROOM DEPUTY:  Juror Number 12, first name

8    is N-A-D-I-I-A.  Last name is S-V-I-T-L-Y-N-E-T-S.

9              THE COURT:  Okay.  Juror Number 16.

10             THE COURTROOM DEPUTY:  Juror Number 16, Richard

11   Condon.

12             THE COURT:  Juror Number 20.

13             THE COURTROOM DEPUTY:  Juror Number 20, Christine

14   Tomelden.

15             THE COURT:  Okay.  That's Juror Number 20.

16             THE COURTROOM DEPUTY:  Juror Number 20.  I'm sorry.

17   Yes.

18             THE COURT:  Juror Number 24.

19             THE COURTROOM DEPUTY:  Juror Number 24, Merilee

20   Johnson.

21             THE COURT:  Juror Number 25.

22             THE COURTROOM DEPUTY:  Juror Number 25, Jason

23   Banrey.

24             THE PROSPECTIVE JUROR:  Here.

25             THE COURT:  Juror Number 29.

1            THE COURTROOM DEPUTY:  Juror Number 29, Bibi Ali.

2            THE COURT:  Juror Number 30.

3            THE COURTROOM DEPUTY:  Juror Number 30, David

4     Nguyen.

5            THE COURT:  Juror Number 31.

6            THE COURTROOM DEPUTY:  Juror Number 31, Clare

7     Cunningham-Vasquez.

8            THE COURT:  Juror Number 37.

9            THE COURTROOM DEPUTY:  Juror Number 37, Ishvani

10    Sultan.  That's it.

11           THE COURT:  That's it.  Great.  Okay.

12           So let me start with Juror Number 11, Mr. Mashriqi;

13    is that correct?

14           THE PROSPECTIVE JUROR:  Yes.

15           THE COURT:  Did you have any "yes" answers to any of

16    my questions?

17           THE PROSPECTIVE JUROR:  Yes, yes.  Personal reason.

18           THE COURT:  Okay.  We'll excuse you.

19           THE PROSPECTIVE JUROR:  Thank you.

20           THE COURT:  Ms. -- would you pronounce that?

21           THE PROSPECTIVE JUROR:  Nguyen.

22           Yes, I have two "yes."  I am not fluent in English

23    and --

24           THE COURT:  You have a problem speaking English?

25           THE PROSPECTIVE JUROR:  Understand.

1          THE COURT:  We understand.  Go back to the central

2    jury room.

3          THE PROSPECTIVE JUROR:  Okay.

4          THE COURT:  Mr. Condon, Juror Number 16.

5          THE PROSPECTIVE JUROR:  Yeah, personal reaction.

6          THE COURT:  Ms. Tomelden, Juror Number 20.

7          THE PROSPECTIVE JUROR:  No, ma'am.

8          THE COURT:  None?

9          THE PROSPECTIVE JUROR:  None.

10         THE COURT:  Okay.  Great.

11         Let's see.  Ms. Johnson, Juror Number 24.

12         Would somebody send back a microphone?

13         MR. GOLUB:  What number?

14         MR. DUNN:  Twenty-four.

15         MR. GOLUB:  Thank you.

16         THE COURT:  Ms. Johnson, is that right?

17         THE PROSPECTIVE JUROR:  Personal reaction.

18         THE COURT:  Okay.  That's Juror Number 24.  We're

19   excusing Ms. Johnson.

20         Juror Number 25, Mr. Banrey.

21         THE PROSPECTIVE JUROR:  No.

22         THE COURT:  No problem.  Great.

23         Juror Number 29, Ms. Ali?

24         THE PROSPECTIVE JUROR:  I have three "yes":  Corona,

25   Jackson Heights, and personal.

1          THE COURT:  Personal, too.  All right.  Excused.

2          Juror Number 30.  This is Mr. Nguyen.

3          THE PROSPECTIVE JUROR:  Yes, I have personal

4   reaction.

5          THE COURT:  Personal reaction?

6          THE PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Okay.  Excused.

8          Juror Number 31, Cunningham-Vasquez.

9          THE PROSPECTIVE JUROR:  Personal reaction.

10         THE COURT:  Okay.  You're excused.

11         Thirty-seven, Ms. Sultan.

12         THE PROSPECTIVE JUROR:  Personal reaction, yes.

13         THE COURT:  Okay.  You're excused.

14         All right.  Let's replace those jurors starting with

15   11.

16         THE COURTROOM DEPUTY:  Eleven or 12?

17         THE COURT:  Eleven.

18         THE COURTROOM DEPUTY:  Juror Number 11, Catherine

19   Alvear.

20         THE COURT:  Juror Number 12.

21         THE COURTROOM DEPUTY:  Juror Number 12, Michael

22   Amparo.

23         THE COURT:  Juror Number 16.

24         THE COURTROOM DEPUTY:  Juror Number 16, Suzanne

25   Esposito.

1          THE COURT:  Juror Number 24.

2          THE COURTROOM DEPUTY:  Juror Number 24, Rebecca

3   Gibbs.

4          THE COURT:  Juror Number 29.

5          THE COURTROOM DEPUTY:  Juror Number 29, Julia Page.

6          THE COURT:  Julia Page.  Good.

7          Juror Number 30.

8          THE COURTROOM DEPUTY:  Juror Number 30, David

9   Tirado.

10          THE COURT:  Juror Number 31.

11          THE COURTROOM DEPUTY:  Juror Number 31, Tanaya

12   Hooks.

13          THE COURT:  Juror Number 37.

14          THE COURTROOM DEPUTY:  Juror Number 37 is Gloria

15   Aklipi.  That's A-K-L-I-P-I.

16          THE COURT:  Okay.  So could someone give the

17   microphone to Juror Number 11, Ms. Alvear.

18          THE PROSPECTIVE JUROR:  Yes.  I'm here.  I have it.

19          THE COURT:  Did you have any "yes" answers?

20          THE PROSPECTIVE JUROR:  Yes.  Just to location,

21   so --

22          THE COURT:  Which location was it?

23          THE PROSPECTIVE JUROR:  Jackson Heights, Queens, and

24   Corona.

25          THE COURT:  Any problem?

*Jury Selection*                                                  64

1          THE PROSPECTIVE JUROR:  No.  That's it.

2          THE COURT:  Okay.  Mr. Amparo, did you have any

3     "yes" answers?

4          THE PROSPECTIVE JUROR:  Yes.  The personal reaction.

5          THE COURT:  Okay.  We'll excuse you.

6          Mr. Esposito, Juror Number 16.

7          THE PROSPECTIVE JUROR:  Ms.

8          THE COURT:  Ms. Esposito, I'm sorry.

9          THE PROSPECTIVE JUROR:  Strong personal reaction.

10         THE COURT:  Okay.  We'll excuse you.

11         THE COURTROOM DEPUTY:  Thank you.

12         THE COURT:  Juror Number 24, Ms. Gibbs.

13         THE PROSPECTIVE JUROR:  Yes.  Strong personal

14    reaction.

15         THE COURT:  Okay.  We'll excuse you.

16         Juror Number 29, Ms. Page.

17         THE COURTROOM DEPUTY:  Excuse me one second, Judge.

18    Miss?  Second row, Number 37.  Right next to -- can I have

19    your name please?

20         THE PROSPECTIVE JUROR:  Gloria Aklipi.

21         THE COURT:  You are going to be Number 37.

22         THE COURTROOM DEPUTY:  No.  I think 37 --

23         THE PROSPECTIVE JUROR:  I was 37.

24         THE COURTROOM DEPUTY:  You were 37, right?

25         THE PROSPECTIVE JUROR:  Yeah.

```
 1              THE CLERK:  What number?

 2              THE COURTROOM DEPUTY:  No.  She's not excused.

 3              What's your name?

 4              THE PROSPECTIVE JUROR:  I'm Hooks.

 5              THE COURT:  Hooks?

 6              THE PROSPECTIVE JUROR:  Yes.

 7              THE COURTROOM DEPUTY:  Hooks is 31.

 8              THE PROSPECTIVE JUROR:  I'm sorry.

 9              THE COURT:  I'm sorry, it really is important that

10    we get you in the right seat or we never know who we are

11    talking to.

12              So I excused Ms. Gibbs, I spoke with Ms. Page.  Did

13    I speak with Ms. Page?

14              THE COURTROOM DEPUTY:  No.

15              THE PROSPECTIVE JUROR:  I have no "yes" answers.

16              THE COURT:  No problems?

17              THE PROSPECTIVE JUROR:  No.

18              THE COURT:  Okay.

19              Mr. Tirado?

20              THE PROSPECTIVE JUROR:  "Yes" to personal reaction.

21              THE COURT:  Okay.  Excused.

22              Ms. Hooks?

23              THE PROSPECTIVE JUROR:  "Yes" to personal reaction.

24              THE COURT:  Excused.

25              Ms. Aklipi?
```

 1              THE PROSPECTIVE JUROR:  Yes, right here.

 2              "Yes" to personal reaction.

 3              THE COURT:  Okay.  Excused.

 4              Okay.  Let's replace those jurors.  I guess we're

 5     starting with Number 12.

 6              THE COURTROOM DEPUTY:  Juror Number 12, Tamar Samir.

 7              THE PROSPECTIVE JUROR:  Yeah.

 8              THE COURT:  Juror Number 16.

 9              THE COURTROOM DEPUTY:  Juror Number 16 Anna -- I

10     will spell the last name.  T-S-U-I.

11              THE COURT:  Juror Number 24.

12              THE COURTROOM DEPUTY:  Juror Number 24, Robert

13     Cannon.

14              THE COURT:  Juror 30.

15              THE COURTROOM DEPUTY:  Juror 30, Ezra Wan.

16              THE COURT:  Juror 31.

17              THE COURTROOM DEPUTY:  Juror Number 31, Joseph

18     Marcus.

19              THE COURT:  Juror Number 37.

20              THE COURTROOM DEPUTY:  Juror Number 37.  First name

21     is A-N-I-L-K-U-M-A-R.  Last name is D-A-R-J-I.  Second row,

22     sir.

23              THE COURT:  Okay.  That's everyone.

24              So would you please hand the microphone to Juror

25     Number 12, Ms. Samir?

1              THE PROSPECTIVE JUROR:  Yes.  I have it.

2              THE COURT:  Okay.  Any "yes" answers?

3              THE PROSPECTIVE JUROR:  "Yes" to serving on a civil

4    case that was settled.

5              THE COURT:  Any difficulty?

6              THE PROSPECTIVE JUROR:  No.  And "yes" to personal

7    reaction to this.

8              THE COURT:  Okay.  There's a difficulty there.

9    Okay.  You're excused.

10             Ms. Tsui?

11             THE PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Did you have any "yes" answers?

13             THE PROSPECTIVE JUROR:  No.  Personal reaction.

14             THE COURT:  You do have a personal reaction problem?

15             THE PROSPECTIVE JUROR:  Yes.  Yes.

16             THE COURT:  Okay.  We'll excuse you.

17             Mr. Cannon, Number 24.

18             THE PROSPECTIVE JUROR:  Yes.  Personal.

19             THE COURT:  Personal reaction, okay.

20             Mr. Wan, Number 30?

21             THE PROSPECTIVE JUROR:  Yes.  Personal reaction.

22             THE COURT:  You're excused.

23             THE PROSPECTIVE JUROR:  Thank you.

24             THE COURT:  Mr. Marcus?

25             THE PROSPECTIVE JUROR:  Yes.  Personal reaction.

1              THE COURT:  You're excused.

2              Mr. Darji?

3              THE PROSPECTIVE JUROR:  Yes.  I have some language

4      problem.

5              THE COURT:  Language difficulty?

6              THE PROSPECTIVE JUROR:  Yeah.

7              THE COURT:  We'll excuse you.  You just go back to

8      the central jury room.

9              We'll replace the jurors, so we are starting with

10     Number 12.

11             THE COURTROOM DEPUTY:  Juror Number 12, Yeon Kim

12     So -- Yeon Kim.

13             THE COURT:  Ms. Kim, okay.

14             Juror Number 16.

15             THE COURTROOM DEPUTY:  Juror Number 16, Shakeina

16     Carlton.

17             THE COURT:  Juror Number 24.

18             THE COURTROOM DEPUTY:  Juror Number 24, Annie

19     Wilson.

20             THE COURT:  Juror Number 30.

21             THE COURTROOM DEPUTY:  Juror Number 30, Mandy Li or

22     Li, I don't know.

23             THE COURT:  Juror Number 31.

24             THE COURTROOM DEPUTY:  Juror Number 31, Bernice

25     Pfluger.

1          THE COURT:  Juror Number 37.

2          THE COURTROOM DEPUTY:  Juror Number 37, Mezana

3   Moshin?

4          THE PROSPECTIVE JUROR:  Here.

5          THE COURT:  Okay.  So would you please hand the

6   microphone to Ms. Kim.

7          THE PROSPECTIVE JUROR:  Yes.  I have "yes" answer to

8   personal emotion.

9          THE COURT:  Did you have any "yes" answers?

10         THE PROSPECTIVE JUROR:  Yes.

11         THE COURT:  To which one?

12         THE PROSPECTIVE JUROR:  To personal emotion.

13         THE COURT:  Okay.  We'll excuse you.

14         Ms. Carlton?

15         THE PROSPECTIVE JUROR:  "Yes" to personal reaction.

16         THE COURT:  Okay.  You are excused.

17         Ms. Wilson is Juror Number 24.

18         THE PROSPECTIVE JUROR:  No.

19         THE COURT:  Okay.  You didn't have any "yes" answers

20   to anything?

21         THE PROSPECTIVE JUROR:  No.

22         THE COURT:  Okay.  Ms. Li, Juror Number 30.

23         THE PROSPECTIVE JUROR:  Yes.

24         THE COURT:  Ms. Lee, did you have any "yes" answers

25   to any of my questions?

1            THE PROSPECTIVE JUROR:  Yes.

2            THE COURT:  Which one?

3            THE PROSPECTIVE JUROR:  Personal reactions.

4            THE COURT:  Okay.  You are excused.

5            Ms. Pfluger?

6            THE PROSPECTIVE JUROR:  Yes.

7            THE COURT:  Did you have any "yes" answers?

8            THE PROSPECTIVE JUROR:  Yes.  I served in criminal

9    court, state.

10           THE COURT:  What type of crime was it?

11           THE PROSPECTIVE JUROR:  Drug bust.

12           THE COURT:  Did you deliberate with the jury and

13   reach a verdict?

14           THE PROSPECTIVE JUROR:  No.

15           THE COURT:  Any difficulty putting the experience

16   aside?

17           THE PROSPECTIVE JUROR:  No.

18           THE COURT:  Ms. Mohsin.

19           THE PROSPECTIVE JUROR:  Yes.

20           THE COURT:  That's number 37.

21           THE PROSPECTIVE JUROR:  Personal.

22           THE COURT:  Personal, okay.  You are excused.

23           So let's replace starting with Juror Number -- I'm

24   sorry, there's somebody else with their hand up.  Yes, that is

25   Mr. Hossain?

1          THE PROSPECTIVE JUROR:  Yes.

2          THE COURT:  We need a microphone down here.

3          THE PROSPECTIVE JUROR:  I think I came, like, couple

4   of year ago and I step out because I was self-employed, so

5   today I have a personal --

6          THE COURT:  I'm sorry.  I can't hear you.  Could you

7   repeat that?

8          THE PROSPECTIVE JUROR:  I came, like, a couple of

9   year ago, so I was self-employed, so that's why I was not into

10  here so they say you can step out.

11         THE COURTROOM DEPUTY:  He came a couple years ago

12  and --

13         THE PROSPECTIVE JUROR:  I was self-employed, so I

14  step out.

15         THE COURTROOM DEPUTY:  He was self-employed.

16         THE PROSPECTIVE JUROR:  They say you can't go for

17  it, so you can come for next time.

18         THE COURTROOM DEPUTY:  Say it again.

19         THE COURT:  Mr. Hossain, are you saying it would be

20  a hardship for you to sit on this jury?

21         THE PROSPECTIVE JUROR:  Yeah, so I have a

22  personal --

23         THE COURT:  Okay.  I'm going to address that, but

24  for now, we'll just let you go.

25         THE PROSPECTIVE JUROR:  Okay.  Thank you.

1          But let me simply explain when we get to that

2    question, it's going to be a question of significant hardship

3    because it's --

4               THE COURTROOM DEPUTY:  Did you dismiss him?

5               THE COURT:  Yes, I did dismiss him.  Let's replace

6    Mr. Hossain.

7               MS. ARGO:  Your Honor, may we have just another

8    brief sidebar?

9               THE COURT:  Yes.

10              (Sidebar.)

11              (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Sidebar*                                                                73

 1              (Sidebar conference held on the record out of the

 2      hearing of the jury.)

 3              MS. ARGO:  Your Honor, the issue is, it seems like

 4      people are just saying they have a personal reaction rather

 5      than saying they can't be fair and impartial jurors.

 6              THE COURT:  Okay.  I will emphasize that.

 7              MS. ARGO:  I think maybe if you repeat that a few

 8      times.

 9              MS. HAJJAR:  And your next question is going to

10      elicit the most -- I'm afraid that everyone we just put in

11      those first rows are going to say that they have a strong

12      personal reaction to the next question which Your Honor notes

13      five other things which elicits personal reactions in almost

14      every single person, and I'm worried that the jurors are so

15      primed to say "personal reaction."  Indeed the juror that just

16      said I have a hardship was about to say "I have a personal,"

17      because knowing that that phrase is what's going to get them

18      out and so that's our --

19              THE COURT:  Okay.  We are getting pretty close on

20      what I would consider to be the worst crimes, so --

21              MS. ARGO:  I think perhaps Your Honor would consider

22      that the question be:  "Even if you do have a personal

23      reaction" --

24              THE COURT:  I will.  I'll do that.

25              MS. ARGO:  -- "can you still put that aside and be

1   fair and impartial?"

2            THE COURT:  I will do that.  That's fine.

3            MS. ARGO:  Thank you, Your Honor.

4            (Sidebar end.)

5            (Continued on following page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                (In open court.)

2                THE COURT:  I just want you to understand, because

3     I'm going to be more specific as we go on, just saying

4     "personal reaction" doesn't really mean anything because

5     obviously we all have personal reactions, which is the way I

6     started the question.  The question is, can you put aside any

7     feelings you may have about simply the nature of a crime that

8     someone is accused of when that person has pleaded "I'm not

9     guilty" and the Government is required to prove it beyond a

10    reasonable doubt.  So just saying you find something

11    personally distasteful is not enough, and I think I started

12    there with this question, maybe you forgot it, but that's not

13    enough because it's distasteful to all of us.  It's

14    distasteful to the defendants who pleaded not guilty.  They're

15    presumed to be innocent.  Okay.

16                So do you understand that question now?

17                THE PROSPECTIVE JURORS:  Yes.

18                THE COURT:  Has this clarified it for anyone?  Okay.

19                We are replacing Mr. Hossain.

20                THE COURTROOM DEPUTY:  Juror Number 3.

21                THE COURT:  Number 3.

22                THE COURTROOM DEPUTY:  Juror Number 3, Christopher

23    Snow.

24                THE COURT:  Mr. Snow, did you have any "yes" answers

25    to any of my questions?

1              THE PROSPECTIVE JUROR:  Yes.

2              THE COURT:  Which ones?

3              THE PROSPECTIVE JUROR:  I can't put aside my

4    personal judgment.

5              THE COURT:  You can't put your personal judgments

6    aside even though you know that the defendants pleaded not

7    guilty?

8              THE PROSPECTIVE JUROR:  Yes.

9              THE COURT:  We are not saying, do you believe in

10   trafficking.

11             THE PROSPECTIVE JUROR:  I know.

12             THE COURT:  Okay.  You are excused.

13             THE COURTROOM DEPUTY:  Juror Number 3, John Young.

14             THE COURT:  Mr. Young, did you have any "yes"

15   answers to any of my questions?

16             THE PROSPECTIVE JUROR:  Yes, I do.  I have a

17   personal reaction to it.  I cannot put it aside.  I

18   understand.

19             THE COURT:  We are always going to have that

20   personal reaction because we all have that personal reaction,

21   but that's not going to be the issue.  The issue in the case

22   is that there are very specific crimes that are charged.

23             THE PROSPECTIVE JUROR:  Yeah.  My father was a

24   police officer working nights in midtown for a bunch of years.

25   I've heard a ton of stories from him, and I've seen where this

1    goes.

2            THE COURT:  Okay.  I'm not going to make you sit on

3    this jury, obviously, and we will ask a question about law

4    enforcement later, but this is a serious case, and it's an

5    important case.  It's important to the defendants; it's

6    important to the Government.  The Court just needs to have

7    jurors that can be relied on to use their intelligence and not

8    function blindly, so if you can't do that, please go back to

9    the central jury room.

10           Would you please replace Mr. Young.

11           THE COURTROOM DEPUTY:  Sure.

12           Juror Number 3, Emilia Leon.

13           THE COURT:  Ms. Leon, did you have any "yes"

14   answers?

15           THE PROSPECTIVE JUROR:  I have no problem.

16           THE COURT:  Okay.  Thank you.

17           Okay.  We must replace Juror Number 12.

18           THE COURTROOM DEPUTY:  Juror Number 12, Peter

19   Butchen.

20           THE COURT:  Mr. Butchen?

21           We will just go ahead and replace these people.

22   Number 16.

23           THE COURTROOM DEPUTY:  Sure.

24           Juror Number 16, Stephanie Mazarakis.

25           THE COURT:  Juror Number 30.

1           THE COURTROOM DEPUTY:  Juror Number 30, Najah
2    Morris.
3           THE COURT:  Juror Number 37.
4           THE COURTROOM DEPUTY:  Juror Number 37, Roberto
5    Bonelli, B-O-N-E-L-L-I.
6           THE COURT:  So we are going back to Mr. Butchen,
7    Number 12.
8           THE PROSPECTIVE JUROR:  Right.
9           THE COURT:  Okay.  Any "yes" answers to any of my
10   questions?
11          THE PROSPECTIVE JUROR:  Yes.  I don't think I can be
12   impartial in this, truthfully.  It sounds complicated, there's
13   a lot to keep straight.  I have trouble keeping stuff like
14   that all in my head.
15          THE COURT:  Let me explain something.
16          THE PROSPECTIVE JUROR:  Yeah.
17          THE COURT:  It sounded really complicated when I
18   read the indictment, but it's my job and the job of the
19   lawyers to make sure that everything is sorted out and made
20   absolutely clear before a juror is called upon to do anything.
21   Obviously, if they don't understand it, they won't be able to
22   decide it, so that's what the trial is about.  Don't worry
23   about that.  I just want to tell you all --
24          THE PROSPECTIVE JUROR:  I'm worried about it.
25          THE COURT:  -- it sounded like a very complicated

1   indictment.

2          THE PROSPECTIVE JUROR:  If my wife's not next to me,

3   I can't keep track of stuff.

4          THE COURT:  You can't keep track of stuff.  You

5   don't want to serve, I know, so we'll excuse you.

6          Ms. Mazarakis, Number 16.

7          THE PROSPECTIVE JUROR:  Yes.  Very strong opinion.

8          THE COURT:  Again, is this something that's so

9   strong that you just can't look at evidence and make a

10  decision about something?

11         THE PROSPECTIVE JUROR:  Absolutely.  I'm a school

12  teacher and I deal with the population of the adolescent teens

13  and it's --

14         THE COURT:  I'm not going to ask you to explain

15  yourself.  If you feel that you can't do it, you can't do

16  it --

17         THE PROSPECTIVE JUROR:  Thank you.

18         THE COURT:  -- so I'll excuse you.

19         Mr. Morris, are you the next one, Number 30?

20         I'm sorry, who did I miss?

21         THE COURTROOM DEPUTY:  Najah.

22         THE PROSPECTIVE JUROR:  Yes --

23         MR. GOLUB:  What number?

24         THE PROSPECTIVE JUROR:  Thirty.

25         THE COURTROOM DEPUTY:  Thirty.

*Jury Selection*                                                          80

1          THE COURT:   Number 30.

2          THE COURTROOM DEPUTY:  Najah Morris.

3          THE PROSPECTIVE JUROR:  Morris, yes.

4          I have a strong reaction to it.

5          THE COURT:  And it's the kind of strong reaction

6    that even knowing that somebody has pleaded not guilty and the

7    only question is, did the Government prove guilt beyond a

8    reasonable doubt of very specific elements of specific crimes

9    that I will explain to you, you still think you can't do it?

10         THE PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Okay.  You are excused.

12         Mr. Bonelli, Number 37, is that the next one?

13         THE COURTROOM DEPUTY:  Yes.

14         THE PROSPECTIVE JUROR:  Yes, Your Honor, I actually

15   have -- I cannot remain dispassionate on this particular

16   issue, and I think that's going to be a problem.

17         THE COURT:  Well, nobody is dispassionate about the

18   crimes that are charged.  None of us --

19         THE PROSPECTIVE JUROR:  I think it would run

20   contrary to my beliefs.  I'm an immigrant -- a legal

21   immigrant, so I have certain opinions about illegal

22   immigration.

23         THE COURT:  Okay.  You are excused.

24         Let's replace him.  Number 12.

25         THE COURTROOM DEPUTY:  Number 12, Shalayua Spencer.

1            THE COURT:  No. 16.

2            THE COURTROOM DEPUTY:  Number 16, Jasira Matos.

3            THE COURT:   Number 30.

4            THE COURTROOM DEPUTY:  Number 30, Manish Koirala.

5            THE COURT:  Number 37.

6            THE COURTROOM DEPUTY:  Number 37, Delores Swearing.

7            THE COURT:  Ms. Spencer, Number 12.

8            THE PROSPECTIVE JUROR:  Yes.  I have a "yes" answer.

9   I sat in 2012 on a federal case.

10           THE COURT:  What type of crime was it?

11           THE PROSPECTIVE JUROR:  Terrorist -- they were

12  trying to blow up JFK.

13           THE COURT:  Okay.

14           THE PROSPECTIVE JUROR:  Terrorism.

15           MR. HUESTON:  Judge, can we have a sidebar?

16           THE COURT:  Yes.

17           (Sidebar.)

18           (Continued on next page.)

19

20

21

22

23

24

25

1          (Sidebar conference held on the record out of the

2     hearing of the jury.)

3          MR. HUESTON:  Judge, there were two JFK terrorist

4     trials, I was in the second one, so I may not have

5     participated in the one that she's talking about.

6          THE COURT:  Right.

7          MR. HUESTON:  I just think we need to make an

8     inquiry about that.

9          THE COURT:  How do I --

10         MS. KELLMAN:  One was in front of Judge Dearie,

11    right?

12         MR. HUESTON:  They were both in front of Judge

13    Irizarry.

14         THE COURT:  Is there another way to distinguish

15    them?

16         MR. HUESTON:  Mine was a sole defendant.  The other

17    one had multiple defendants.

18         THE COURT:  Okay.

19         MS. ARGO:  Wouldn't she have identified you when you

20    stood up?

21         MR. HUESTON:  She may not have remembered.  It was

22    2012.

23         THE COURT:  We will find out the answer --

24         MS. KELLMAN:  What was the difference in the years?

25    One was 2012 and --

1          MR. HUESTON:  One was 2011 and the other one was

2     2012.

3          THE COURT:  Okay.  One defendant versus --

4          MR. HUESTON:  There was only one defendant in my

5     case.

6          THE COURT:  Okay.

7          (Sidebar end.)

8          (Continued on following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1             (In open court.)

2             THE COURT:  Ms. Spencer, how many defendants were in

3     that case?  Was it a bunch of defendants?

4             THE PROSPECTIVE JUROR:  Yes.  It was a few, yes.

5             THE COURT:  It was a number of defendants.  Okay.

6     That's fine.

7             Anything else?

8             THE PROSPECTIVE JUROR:  No.

9             THE COURT:  Okay.  Ms. Matos?

10            THE PROSPECTIVE JUROR:  No.

11            THE COURT:  No "yes" answers?

12            THE PROSPECTIVE JUROR:  No "yes" answers.

13            THE COURT:  Okay.

14            THE PROSPECTIVE JUROR:  Manish?

15            THE COURT:  Yes.

16            THE PROSPECTIVE JUROR:  No "yes" answers.

17            THE COURT:  Koirala?

18            THE PROSPECTIVE JUROR:  Yes, that's right.

19            No "yes" answers.

20            THE COURT:  No "yes" answers.  Wonderful.

21            Ms. Swearing?

22            THE PROSPECTIVE JUROR:  None, Your Honor.

23            THE COURT:  Okay.  We got through that.

24            All right.  I suspect with the last question, we may

25    have resolved the next question, but we'll see.

1          As you know from the indictment, in addition to the

2     charges that we have been talking about, which was sex

3     trafficking charges, there are also charges of alien

4     smuggling, money laundering, illegal entry, and distributing

5     the proceeds of prostitution.

6          Are any of you so disturbed by the nature of these

7     charges that you couldn't put that reaction aside, listen to

8     the evidence, listen to the law, and make up your mind as to

9     whether or not the Government proved the guilt of a defendant

10    with respect to a particular charge beyond a reasonable doubt?

11         Okay.  I also expect that witnesses in this case

12    will testify that they have been raped, emotionally and

13    physically beaten and abused, sexually assaulted, and forced

14    to have abortions.

15         Are any of you so uncomfortable at the prospect of

16    hearing -- just hearing such testimony -- that it would be

17    difficult for you to listen to the evidence, judge the

18    evidence fairly and impartially, and determine whether the

19    Government has met its burden of proving each element of a

20    crime charged beyond a reasonable doubt?

21         Okay.  That's Ms. Ochia.  Let's talk at sidebar.

22         (Sidebar.)

23         (Continued on next page.)

24

25

1          (Sidebar conference held on the record out of the

2    hearing of the jury.)

3          THE COURT:  That's fine.  You sit.  We'll stand

4    around you.

5          What is it?

6          THE PROSPECTIVE JUROR:  I don't think that

7    emotional -- I could sit and listen to the sexual --

8          THE COURT:  You couldn't listen to someone testify

9    to that?

10          THE PROSPECTIVE JUROR:  Not describing what has

11    occurred.  Emotionally, I --

12          THE COURT:  Well, we don't know if they're telling

13    the truth or not.

14          THE PROSPECTIVE JUROR:  But it has an impact.  I

15    think that my -- my emotions would obstruct my ability to --

16    not only to listen but to make --

17          THE COURT:  We will excuse you.

18          THE PROSPECTIVE JUROR:  -- make a sound decision.

19          THE COURT:  We'll excuse you.

20          (Sidebar end.)

21          (Continued on following page.)

22

23

24

25

1          THE COURT:  Does anyone else have a yes answer to

2     that question?

3          (Prospective jury panel indicates.)

4          THE COURT:  Okay.  I see a hand up over there.

5     That's Mr. Nonkin -- oh, I'm sorry, Ms. Rodriguez.

6          I want to emphasize here that, of course, what I

7     told you, is not good.  Now, we all have that reaction.  But

8     the job of a juror is to listen to the evidence and to see

9     who is telling the truth and who's not telling the truth.

10    And make a determination as to whether or not, given the

11    Government's burden, it's proved beyond a reasonable doubt

12    that the defendant is guilty of specific crimes, that a

13    defendant is guilty of a specific crime that has specific

14    elements.  And that's the question.

15         Would you have a problem with that?

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT:  Speak out loud.

18         PROSPECTIVE JUROR:  I work with patients --

19         THE COURT:  The mic.  Send the mic down.

20         MR. GOLUB:  Can you identify the person?

21         PROSPECTIVE JUROR:  I work with patients who deal

22    with this on a daily basis and it's already very emotionally

23    stressful.

24         THE COURT:  I understand.  Well, let's excuse you.

25         Is there anyone else in the first or second row?

1          Anyone in the third or fourth row with a yes

2    answer to the last question.

3               (No visual response from prospective jury panel.)

4               THE COURT:  Okay.

5               MR. GOLUB:  Judge, you have somebody in the first

6    one.

7               THE COURT:  Oh, I'm sorry.  Where is that?

8               PROSPECTIVE JUROR:  Over here.

9               THE COURT:  One, two, three, four -- Ms. Caselli.

10              PROSPECTIVE JUROR:  Yes.

11              THE COURT:  You had a yes answer to that question?

12              PROSPECTIVE JUROR:  Yes.  I personally been

13    through something like that.

14              THE COURT:  Okay.  We'll excuse you.

15              PROSPECTIVE JUROR:  Thank you.

16              (Juror exits the courtroom.)

17              THE COURT:  Anyone else with a yes answer?

18              (No visual response from prospective jury panel.)

19              THE COURT:  Okay.  Let's replace -- we'll start

20    with Juror Number 4.

21              THE COURTROOM DEPUTY:  Juror Number 4, Paula Moe.

22              THE COURT:  What number?

23              THE COURTROOM DEPUTY:  103.

24              THE COURT:  And juror?

25              THE COURTROOM DEPUTY:  5.

1               THE COURT:  I'm sorry?

2               THE COURTROOM DEPUTY:  5.

3               THE COURT:  5.

4               THE COURTROOM DEPUTY:  Yes.

5               THE COURT:  Thank you.  Okay.  What's the next

6     one?

7               THE COURTROOM DEPUTY:  Juror Number 5, Amanda

8     Mills.

9               And Number 19, Judge.

10              THE COURT:  Okay.

11              THE COURTROOM DEPUTY:  Number 19, no.

12              THE COURT:  19 has their hand up?

13              THE COURTROOM DEPUTY:  No, 19 was dismissed.

14              THE COURT:  Oh, 19 was dismissed.  Oh, yes, Juror

15    Number 19.

16              THE COURTROOM DEPUTY:  Juror Number 19, Dana

17    Lumetta, L-U-M-E-T-T-A.  Okay.

18              THE COURT:  Okay.  Let's start with Ms. Moe.

19              PROSPECTIVE JUROR:  I have a problem with

20    personal.

21              THE COURT:  Okay.  Do you remember what I said

22    about a personal reaction?  We have all got personal

23    reactions.  You couldn't be fair, is that what you're

24    saying?

25              PROSPECTIVE JUROR:  I can't do it.

1          THE COURT:  Okay.  You're excused.

2          (Juror exits the courtroom.)

3          Ms. Mills?

4          PROSPECTIVE JUROR:  I consult on these cases

5     professionally, so I think it's overload.

6          THE COURT:  Well, I can appreciate that you have

7     some familiarity with the issue.  The question is, would you

8     be able to, you know, and understanding that you're

9     sensitive to it, let me assume all of us are sensitive.

10         PROSPECTIVE JUROR:  Yes, yeah, I'm not so much

11    sensitivity to it as much as it's self-care.  It's not

12    overloading myself with kind of information and I do it

13    almost daily.

14         THE COURT:  Well, that doesn't necessarily mean

15    that you can't be fair.  I mean, we don't -- we assume, and

16    the defendants are innocent.

17         PROSPECTIVE JUROR:  Absolutely.

18         THE COURT:  So my question to you is:  Can you

19    presume the defendants innocent unless and until the

20    Government proves guilt beyond a reasonable doubt of very

21    specific elements and specific crimes?

22         PROSPECTIVE JUROR:  I don't think that I can do it

23    healthy -- in a healthy way.

24         THE COURT:  You don't think you could do it?

25         PROSPECTIVE JUROR:  (Shaking head negatively.)

1          THE COURT:  Okay.  We'll excuse you.

2          (Juror exits courtroom.)

3          THE COURT:  And Ms. Lumetta, Number 19?

4          PROSPECTIVE JUROR:  All nos from me, nothing.

5          THE COURT:  All nos, wonderful.

6          Okay.  And is that the last one we did?

7          THE COURTROOM DEPUTY:  Yes.

8          THE COURT:  Okay.  So let's replace 3 and 4 -- no

9    I'm sorry, 4 and 5.

10         THE COURTROOM DEPUTY:  Juror Number 4, Amanda

11   Belfi.

12         And Juror Number 5, Jennifer Daley.

13         Ms. Daley.

14         THE COURT:  Yes, I think you have to switch seats.

15         Okay.  Ms. Belfi, did you have any yes answers?

16         PROSPECTIVE JUROR:  Personal.

17         THE COURT:  Okay.  Again, we know we all have

18   personal reactions here.  There's no doubt about that, we

19   ought to have our personal reactions, but that's not a

20   juror's job.

21         So the question is really can you simply do your

22   job of listening to the evidence and making a determination

23   as to whether or not the Government proved every single

24   element of a crime beyond a reasonable doubt against a

25   specific defendant?  That's all I'm is asking.

1          PROSPECTIVE JUROR:  Probably not because I have a

2    liability.

3          THE COURT:  I'm sorry?

4          PROSPECTIVE JUROR:  I probably can't.

5          THE COURT:  You probably can or you probably

6    can't?

7          PROSPECTIVE JUROR:  Can't.

8          THE COURT:  Okay.  You're excused.

9          (Juror exits courtroom.)

10          THE COURT:  Ms. Daley?

11          PROSPECTIVE JUROR:  I'm okay.

12          THE COURT:  You're okay.

13          PROSPECTIVE JUROR: (Witness nodding head

14    affirmatively.)

15          THE COURT:  All right.  You didn't have any yes

16    answers to any of the questions?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  Thank you.

19          Let's replace Ms. Belfi.

20          THE COURTROOM DEPUTY:  Juror Number 4, Naveed

21    Iqbal.

22          (Pause in proceedings.)

23          THE COURT:  The court reporter is reminding me, I

24    can see it when you shake your head no, but he can't put it

25    down in the record.  So we have to say yes or no to things.

Jury Selection                                    93

1              Okay.  So Mr. Iqbal, did you have any yes answers

2    to any of my questions?

3              PROSPECTIVE JUROR:  Yes.  The problem is I cannot

4    understand fully.

5              THE COURT:  The English language.

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  We'll excuse you.

8              PROSPECTIVE JUROR:  Thank you.

9              (Juror exits courtroom.)

10             THE COURTROOM DEPUTY:  Juror Number 4, Susan

11   Spears.  Susan Spears, S-P-E-A-R-S.

12             THE COURT:  Is Susan Spears here?

13             THE COURTROOM DEPUTY:  Spears.

14             Should I go to the next one, Judge?

15             Go to the next one?

16             THE COURT:  Go to the next one.

17             THE COURTROOM DEPUTY:  Juror Number 4, Kevin

18   Castillion.

19             THE COURT:  Mr. Castillion, did you have any yes

20   answers to any of my questions?

21             PROSPECTIVE JUROR:  No, I did not.

22             THE COURT:  Thank you.

23             Okay.  I expect that, I'm sure you do by now, too,

24   this case will involve testimony about prostitution and that

25   witnesses will testify that they have been involved in

1    prostitution.  Would you disbelieve a person's testimony

2    simply because that person had had some involvement in some

3    way with prostitution?

4            Okay.  Do any of you believe that prostitution

5    should be legalized?

6            (Prospective jury panel indicates.)

7            THE COURT:  Have any of you --

8            MR. GOLUB:  We have raised hands.

9            THE COURT:  I'm sorry, someone has their hand up,

10   okay.  That's -- someone on the second row.  Let me see who

11   that is again.

12           MS. KELLMAN:  Number 33, Judge.

13           THE COURT:  33.

14           THE COURTROOM DEPUTY:  33.

15           THE COURT:  Thank you very much.  Ms. Sheridan.

16           PROSPECTIVE JUROR:  Yes.

17           THE COURT:  My question really is:  Will that --

18   do you believe that it should be legalized?

19           PROSPECTIVE JUROR:  I do, yes.

20           THE COURT:  Okay.  Will that belief interfere with

21   you ability to listen to the evidence with an open mind and

22   evaluate the case based on the law as I instruct it to you?

23           PROSPECTIVE JUROR:  No.

24           THE COURT:  No?

25           PROSPECTIVE JUROR:  No.

1          THE COURT:  Okay.  Have you or anyone close to you

2     ever worked with, solicited or known someone who worked in

3     prostitution?  And by worked with, I include in a position

4     such as a social worker.

5          Anyone?

6          (No visual response from prospective jury panel.)

7          THE COURT:  Okay.  Do any of you feel that the

8     laws of this country governing sexual exploitation are

9     unfair, that they're too lax or they're too strict.

10          (No visual response from prospective jury panel.)

11          THE COURT:  Okay.  Have any of you or anyone very

12     close to you ever lobbied for or against laws relating to

13     domestic violence, abortion, sexual abuse, sex trafficking,

14     prostitution, or sex crimes against minors?

15          (No visual response from prospective jury panel.)

16          THE COURT:  Anyone who has lobbied?

17          (No visual response from prospective jury panel.)

18          THE COURT:  Okay.  Have anyone -- have any of you

19     or anyone close to you ever been a complainant, a victim, a

20     witness or a defendant in an offense or proceeding involving

21     sexual abuse or sex exploitation?

22          (Prospective jury panel indicates.)

23          THE COURT:  Let's have a sidebar.

24          (Continued on the next page.)

25

 1             (The following occurred at sidebar.)

 2             THE COURT:  Okay.  This is Juror Number 29,

 3    Ms. Page.

 4             (Prospective juror approaches.)

 5             THE COURT:  Okay.  Go ahead, Ms. Page.

 6             PROSPECTIVE JUROR:  I was a victim of an abuse

 7    crime when I was a minor.

 8             THE COURT:  Okay.  Do you think that would affect

 9    you if you were to sat as a juror?

10             PROSPECTIVE JUROR:  I don't.

11             THE COURT:  Thank you.

12             (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (Sidebar ends; in open court.)

2              THE COURT:  Anyone else with a yes answer to that

3     question.

4              (No visual response from prospective jury panel.)

5              THE COURT:  Do you hold any opinion about the sex

6     industry, for example, pornography, escort services, or

7     brothels that would make it difficult for you to function as

8     an impartial juror in this case?

9              (No visual response from prospective jury panel.)

10             THE COURT:  Okay.  Have you ever known anyone who

11    you believe was falsely accused of sexual misconduct?

12             (No visual response from prospective jury panel.)

13             THE COURT:  Okay.  Have you or anyone close to you

14    ever had an interaction or involvement with United States

15    Immigration Authorities?

16             (Prospective jury panel indicates.)

17             THE COURT:  Sidebar.

18             (Continued on next page.)

19

20

21

22

23

24

25

```
                      Sidebar Conference                    98
```

1              (The following occurred at sidebar.)

2              THE COURT:  Bring my list.

3              (Prospective juror approaches.)

4              THE COURT:  You are Number 1?

5              PROSPECTIVE JUROR:  Number 1, yes.

6              THE COURT:  Okay.

7              PROSPECTIVE JUROR:  Yes, Number 1.

8              THE COURT:  So everybody knows who Number 1,

9       right?

10             What happened?

11             PROSPECTIVE JUROR:  Well, my wife was an

12      immigrant.  She immigrated to this country.  Her mother

13      brought her here.

14             THE COURT:  Okay.

15             PROSPECTIVE JUROR:  And I guess when I married

16      her, we went through the process of getting her

17      nationalized.

18             THE COURT:  Right.

19             PROSPECTIVE JUROR:  So that my interaction with

20      Immigration.

21             THE COURT:  So were you satisfied with the

22      interaction?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Good.

25             PROSPECTIVE JUROR:  So I'm good.

```
                       Sidebar Conference                    99
```

1          THE COURT:  Yes.

2          (Prospective juror exits.)

3          THE COURT:  Is there anyone else with a yes answer

4    to that question?

5          (Prospective juror approaches.)

6          MR. HUESTON:  There's one more coming.

7          Two?

8          THE COURT:  She's coming.

9          So we're going to do it one at a time.  If you

10   could just sort of line up?

11         You can step up.

12         (Prospective juror approaches.)

13         THE COURT:  Good.

14         PROSPECTIVE JUROR:  Hi.

15         THE COURT:  Hi.

16         PROSPECTIVE JUROR:  One of my friends --

17         THE COURT:  I'm sorry.  If you can tell us your

18   number and your name.

19         PROSPECTIVE JUROR:  Oh, I don't know my number.  I

20   think I'm 14, so I'm off.

21         MR. GOLUB:  Yes, you are Number 14.

22         THE COURT:  Okay.  Go ahead.

23         PROSPECTIVE JUROR:  My best friend, both her

24   parents are illegal immigration from Ecuador, and they

25   practically raised me.  They're look my godparents.

1             THE COURT:  Okay.  So I take it you've had a good

2    experience --

3             PROSPECTIVE JUROR:  Yes.

4             THE COURT:  -- no problem?

5             PROSPECTIVE JUROR:  No.

6             THE COURT:  Okay.

7             PROSPECTIVE JUROR:  I just have a question for a

8    previous question.

9             THE COURT:  Okay.

10             PROSPECTIVE JUROR:  You ask if somebody was

11    related or, like, somebody we know who was engaged to me,

12    but I don't know if you meant lawful.

13             Did that --

14             THE COURT:  Oh, I haven't asked you a lawsuit

15    enforcement question yet.

16             PROSPECTIVE JUROR:  Oh, okay.  Thank you.

17             (Prospective juror exits.)

18             MR. GOLUB:  She said legal or illegal immigrants?

19             MR. GOLD:  Illegal, I think.

20             MR. GOLUB:  Illegal, but she had --

21             MR. DUNN:  I thought she said legal --

22             THE COURTROOM DEPUTY:  That's what I thought she

23    said, legal.

24             THE COURT:  What was her name?

25             THE COURTROOM DEPUTY:  Her name was Ms. Ma, Number

1  14.

2          THE COURT:  Ms. Ma, could you come back for a

3  minute?  I'm sorry.

4          MR. GOLUB:  With the background noise, it's hard

5  to hear.

6          MR. GOLD:  Yeah, I thought she --

7          (Prospective juror approaches.)

8          THE COURT:  I'm sorry.  Did you say "legal or

9  illegal"?

10          PROSPECTIVE JUROR:  Illegal.

11          THE COURT:  Illegal?

12          PROSPECTIVE JUROR:  Yeah.

13          THE COURT:  All right.  And they raised you?

14          PROSPECTIVE JUROR:  (Nodding head affirmatively.)

15          THE COURT:  Okay.

16          PROSPECTIVE JUROR:  They're like my godparents.

17          THE COURT:  And do you have any sentiments about

18  immigration, immigration authorities as a result of that?

19          PROSPECTIVE JUROR:  I mean, they've had a lot of

20  challenges.  They've been tried to become legal for 25 years

21  now, and they have not been successful, so...

22          THE COURT:  Do you think that would affect you --

23          PROSPECTIVE JUROR:  Probably.

24          THE COURT:  -- if you were to sit as a juror --

25  probably?

1          PROSPECTIVE JUROR:  (Nodding head affirmatively.)

2          THE COURT:  We'll excuse you.

3          PROSPECTIVE JUROR:  So do I leave now?

4          THE COURT:  Yes.

5          (Prospective juror exits.)

6          MR. HUESTON:  We have two more.

7          THE COURT:  Is there someone else coming?

8          THE COURTROOM DEPUTY:  Yes.

9          THE COURT:  Thank you.

10          (Prospective juror approaches.)

11          THE COURT:  This is who?

12          PROSPECTIVE JUROR:  Hi, Number 15.  I don't want

13  this --

14          THE COURT:  Ms. Bowes?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Is that right?

17          PROSPECTIVE JUROR:  Yes.

18          I'm not sure if this pertains to legal or illegal

19  immigration or immigration in general, but my husband is a

20  green card resident.

21          THE COURT:  Uh-huh.  Is there anything about his

22  interaction with the immigration authorities that you think

23  would affect you if you were to sit as a juror in this case?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  Okay.

1            (Prospective juror exits.)

2            THE COURT:  Yes.

3            MR. GOLUB:  Number 37?

4            (Prospective juror approaches.)

5            PROSPECTIVE JUROR:  Hi.  My ex-husband was

6    arrested when visited in Missouri by INS.  He had a case

7    pending.

8            THE COURT:  Okay.

9            PROSPECTIVE JUROR:  I had to go through some

10   hassles to prove that the case was pending, but all went

11   well.

12           THE COURT:  Okay.  Well, let me ask you:  Is there

13   anything about your feeling or about his experience that you

14   think would affect you if you were to sit -- let me put it

15   this way, nobody can be 100 percent sure of anything --

16           PROSPECTIVE JUROR:  Right.

17           THE COURT:  -- in this world.

18           PROSPECTIVE JUROR:  Right.

19           THE COURT:  But it's important that any juror not

20   be influenced --

21           PROSPECTIVE JUROR:  No.

22           THE COURT:  -- by something that they shouldn't be

23   influenced by?

24           PROSPECTIVE JUROR:  Right.

25           I'm going to hold the prosecutors to a high burden

1   of proof because I think it's a very tough political time

2   for immigrants, and so, yeah, I think I could be impartial

3   but you're going to have to do your job.

4           THE COURT:  Well, we do hold the prosecutors to

5   their burden of proof, but was don't hold them to a hirer

6   burden of proof in one kind of case than another kind of

7   case.

8           PROSPECTIVE JUROR:  Got it.

9           THE COURT:  The standard is beyond a reasonable

10  doubt no matter what.

11          PROSPECTIVE JUROR:  Okay.

12          THE COURT:  So if you're saying you couldn't do

13  it, tell us.  If you're saying you could do it, tell us.

14          PROSPECTIVE JUROR:  Yes, I can do it.

15          THE COURT:  You could do it?

16          PROSPECTIVE JUROR:  Yes.

17          (Prospective juror exits.)

18          THE COURT:  Okay.  Anything else?

19          MS. KELLMAN:  That was 37, Judge.

20          MR. GOLUB:  Yes, that was 33, Ms. Sheridan?

21          PROSPECTIVE JUROR:  I think that's 33.  That's

22  Ms. Sheridan.  Thank you for remembering.

23          MR. GOLUB:  It was 33, I apologize.

24          MR. GOLD:  Erin, do you want to exercise your

25  peremptory now?  We're here already.

1          THE COURT:  34 -- 33 is Sheridan.

2          (Continued on the next page.)

1              (Sidebar ends; in open court.)

2              THE COURT:  We're almost at the end here, so I

3     don't want anyone to leave the courtroom.  If we have to

4     have another bathroom break, we'll do it, but it will take

5     10 or 15 minutes and we're almost at the end.  Okay?  We

6     need to replace Ms. Ma, Number 14.

7              THE COURTROOM DEPUTY:  Okay.  Juror Number 14,

8     Vladimir Alphonse.

9              THE COURT:  Actually it's right there.

10             PROSPECTIVE JUROR:  14.

11             THE COURT:  Mr. Alphonse, did you have any yes

12    answers to any of my questions thus far?

13             PROSPECTIVE JUROR:  Yes, the personal reaction.

14             THE COURT:  Are you saying that you cannot, you

15    know, again, I can say it all over again, which is that we

16    all have personal reactions to some of the things I've been

17    saying or many of the things I have been saying and you

18    should.  The only question is can you do your job as a

19    juror?

20             PROSPECTIVE JUROR:  No, I can't.

21             THE COURT:  Okay.  Excused.

22             (Juror exits courtroom.)

23             THE COURTROOM DEPUTY:  Juror Number 14, Miguel

24    Altagarcia.

25             THE COURT:  Mr. Altagarcia, did you have any yes

1    answers to any of my questions?

2            PROSPECTIVE JUROR:  It's Altagracia.  No, I don't.

3            THE COURT:  Altagracia, which ones?

4            PROSPECTIVE JUROR:  No, none.

5            THE COURT:  No yes answers?

6            PROSPECTIVE JUROR:  No.

7            THE COURT:  Okay.

8            Do any of you believe that people who entered the

9    United States illegally are not entitled to be protected by

10   laws of the United States?

11           (No visual response from prospective jury panel.)

12           THE COURT:  Have any of you religious, moral or

13   other beliefs that will interfere with your ability to

14   render a guilty verdict or a not guilty verdict?

15           The question is simply can you listen to the

16   evidence and the law and make up your mind?

17           (No visual response from prospective jury panel.)

18           THE COURT:  Okay.  Are any of you or anyone very

19   close to you in law enforcement and by "law enforcement" I

20   mean a police officer, a federal agent like an FBI agent, a

21   agent of the Department of Homeland Security, an agent of

22   the Department of Justice, a prosecuting attorney, et

23   cetera, and we'll do this one row at a time because there

24   may be a lot.

25           First row, anyone in the first row with anyone

1   close to them in law enforcement?

2            Yes, Mr. Fox?

3            PROSPECTIVE JUROR:  I have a very close friend in

4   the Department of Justice.

5            THE COURT:  Okay.  And the thing to understand

6   about law enforcement is simply that at least in the first

7   instance, every witness who takes the witness stand is

8   entitled to the same amount or degree of believability.  And

9   the fact that somebody's in law enforcement doesn't mean

10  that you can automatically accord their testimony any more

11  believability than anyone else.

12           The jurors will listen to the testimony of all the

13  witnesses and the jurors will make up their mind as to who

14  is telling the truth.

15           Would you have difficult with that instruction?

16           PROSPECTIVE JUROR:  No.

17           THE COURT:  Okay.  Anyone else in the first row?

18           (No visual response from prospective jury panel.)

19           THE COURT:  No?

20           Anyone in the second row?

21           (Prospective jury panel indicates.)

22           THE COURT:  Okay.  Ms. Alvear?

23           PROSPECTIVE JUROR:  Yes.

24           THE COURT:  Okay.

25           PROSPECTIVE JUROR:  I do have a family member in

1    the police force, but I would have no issue.

2              THE COURT:  No problem?

3              PROSPECTIVE JUROR:  Yeah, no.

4              THE COURT:  And, Ms. Spencer, you had your hand

5    up?

6              PROSPECTIVE JUROR:  Yes.  My aunt is an

7    investigator and I was in the police academy in 2004.

8              THE COURT:  Any difficulty?

9              PROSPECTIVE JUROR:  No.

10             THE COURT:  In this case else in that row.

11             (No visual response from prospective jury panel.)

12             THE COURT:  Okay.  Let's go to the third row

13   anyone in the third row.

14             (No visual response from prospective jury panel.)

15             THE COURT:  Fourth row?  Okay.  There's -- well,

16   as long as everybody gets to answer the question.

17             PROSPECTIVE JUROR:  My ex-husband was NYPD.

18             THE COURT:  Okay.  This is Pfluger, Bernice.

19             Would you have any difficulty with my instruction?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  Okay.  Anyone else?

22   Ms. Steinman-Kelleher?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Number 35?

25             PROSPECTIVE JUROR:  35, yeah.

1          My husband's an attorney but --

2          THE COURT:  I'm going ask that question.

3          PROSPECTIVE JUROR:  Yeah.

4          THE COURT:  What type of law does he practice?

5          PROSPECTIVE JUROR:  Defense attorney.

6          THE COURT:  A defense attorney?

7          PROSPECTIVE JUROR:  Uh-huh.

8          THE COURT:  The important thing here is that a

9   juror decides this case based on the law as I instruct it to

10  them.  And not on anything they may know or believe they may

11  know as a result of their own education or the fact that

12  someone close to them is in law.

13          Would you have any difficulty doing that?

14          PROSPECTIVE JUROR:  Not at all.

15          THE COURT:  Okay.  Anybody else?

16          (No visual response from prospective jury panel.)

17          THE COURT:  Okay.  We'll do these at sidebar, too,

18  but met me go through the question with you.

19          Apart from those of you who have already answered

20  the question in another form, and there are a few of you who

21  did, have any of you ever been arrested or involved in a

22  criminal case or investigation as a complainant, a witness,

23  or a defendant?

24          Anyone in the first row?

25          (No visual response from prospective jury panel.)

1            THE COURT:  Anyone in the second row?

2            (No visual response from prospective jury panel.)

3            THE COURT:  In the third row?

4            (Prospective jury panel indicates.)

5            THE COURT:  Okay.  That is -- I'm sorry.

6    Mr. Morano --

7            PROSPECTIVE JUROR:  No.

8            THE COURT:  This is Mr. Nonkin, right?

9            PROSPECTIVE JUROR:  Yes.

10           THE COURT:  Let's talk at sidebar.

11           (Continued on the next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                      Sidebar Conference              112
```

 1             (The following occurred at sidebar.)

 2             (Prospective juror approaches.)

 3        THE COURT:  Okay.

 4        PROSPECTIVE JUROR:  I was arrested for assault.

 5        THE COURT:  Okay.

 6        PROSPECTIVE JUROR:  The charges were dismissed.

 7        THE COURT:  And the charges were dismissed?

 8        PROSPECTIVE JUROR:  Yes.

 9        THE COURT:  Is there anything about that

10   experience that you had that you think would affect you in

11   any way if you were to sit as a juror in this case?

12        PROSPECTIVE JUROR:  No.

13        THE COURT:  Okay.  Thank you.

14             (Prospective juror exits.)

15        THE COURT:  All right.  Is there anybody else who

16   answered yes to that question?

17             (Prospective jury panel indicates.)

18        THE COURT:  Wait.  We have one more.  It's going

19   to someone in the third row.

20        MR. GOLUB:  What number is this gentleman?

21             (Prospective juror approaches.)

22        PROSPECTIVE JUROR:  Yeah.  When I was a --

23        THE COURT:  I'm sorry.  Could you just --

24        PROSPECTIVE JUROR:  My name is a Jason Banrey.

25        THE COURT:  Mr. Banrey is Number 25?

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  Okay.  Go ahead.

3           PROSPECTIVE JUROR:  When I was 14, I was

4  arrested -- well, 16, arrested for suspected burglary.

5           THE COURT:  Okay.

6           PROSPECTIVE JUROR:  Not -- I wasn't convicted of

7  anything.  It was --

8           THE COURT:  It was dropped?

9           PROSPECTIVE JUROR:  Yeah.  Everything was dropped,

10 yes.

11          THE COURT:  Okay.  Is this anything about that

12 experience that you feel would affect you if you were to sit

13 as a juror in this case?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  Great.

16          PROSPECTIVE JUROR:  No.

17          THE COURT:  Thank you.

18          (Prospective juror exits.)

19          THE COURT:  Is there anybody else with a "yes"

20 answer?

21          (No visual response from prospective jury panel.)

22          THE COURT:  Okay.

23          MS. KELLMAN:  I just didn't hear him.

24          THE COURT:  Oh, I'm sorry.  He said he was

25 arrested back in a burglary, but the charges were dismissed.

Sidebar Conference                                    114

1          MS. KELLMAN:  Okay.

2          (Continued on next page.)

1              (Sidebar ends; in open court.)

2              THE COURT:  Have any of you ever had a dispute

3      with or a claim against the United States Government?

4              (No visual response from prospective jury panel.)

5              THE COURT:  Apart from the person who answered the

6      question, are any of you lawyers or do you work with

7      lawyers?

8              (Prospective jury panel indicates.)

9              THE COURT:  Okay.

10             Let's see, these are people in the fourth row --

11     oh, yes, yes, Mr. Norkin?

12             PROSPECTIVE JUROR:  Nonkin.

13             THE COURT:  Nonkin.  Sorry.

14             PROSPECTIVE JUROR:  I work with lawyers on my job.

15     I don't think it would influence me hearing the evidence.

16             THE COURTROOM DEPUTY:  I'm sorry, Judge, the

17     interpreter can't hear.

18             Could you use the microphone, please.

19             THE COURT:  Mr. Nonkin said he works with lawyers

20     in his job and he --

21             PROSPECTIVE JUROR:  I work with lawyers at my job.

22     I don't think it would influence me in hearing the evidence

23     and listening to your instruction.

24             THE COURT:  Thank you very much.

25             Anybody else?

```
                          Jury Selection                      116

 1              (Prospective jury panel indicates.)
 2              THE COURT:  Yes, maybe if we could hand -- this is
 3     going to be someone in the -- Ms. Pfluger?
 4              PROSPECTIVE JUROR:  Yes.  I work at a law firm.
 5              THE COURT:  What type of firm?
 6              PROSPECTIVE JUROR:  I think it's primarily
 7     business.
 8              THE COURT:  Business?
 9              Any difficulty?
10              PROSPECTIVE JUROR:  Not at all.
11              THE COURT:  Okay.  And somebody next to you not
12     Mr. Sang or -- Ms. Sheridan, did you have you hand up?
13              PROSPECTIVE JUROR:  No.
14              THE COURT:  Anybody else?
15              PROSPECTIVE JUROR:  I did.
16              THE COURT:  Somebody who has --
17              PROSPECTIVE JUROR:  Yeah, I work with lawyers but
18     I don't think it would affect my judgment in this case in
19     any way.  Manish.
20              THE COURT:  Number 30.
21              PROSPECTIVE JUROR:  Yes.
22              THE COURT:  Koirala.
23              PROSPECTIVE JUROR:  Yeah, Number 30.
24              THE COURT:  Yes?
25              PROSPECTIVE JUROR:  Yes, I work at a real estate
```

1    law firm.

2              THE COURT:  Okay.

3              PROSPECTIVE JUROR:  It won't affect me.

4              THE COURT:  Number 33?

5              PROSPECTIVE JUROR:  32.

6              THE COURT:  32, I'm sorry.  Mr. Sanster?

7              PROSPECTIVE JUROR:  Mr. Sangster.

8              THE COURT:  Okay.  No problem?

9              PROSPECTIVE JUROR:  No problem.

10             THE COURT:  And Ms. Salvador?

11             PROSPECTIVE JUROR:  I work at a law firm, but no

12   problems.

13             THE COURT:  Okay.  And are you a lawyer or no?

14             PROSPECTIVE JUROR:  No, financial department.

15             THE COURT:  Okay.  Anybody else?

16             (No visual response from prospective jury panel.)

17             THE COURT:  Yes?

18             (Prospective jury panel indicates.)

19             THE COURT:  (Indicating).  Yes, Mr. --

20             PROSPECTIVE JUROR:  I have multiple siblings who

21   are attorneys.

22             THE COURT:  Okay.  Mr. Goldberg?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  Number 40.

25             Any difficult y?

1          PROSPECTIVE JUROR:  No.  May I bring up something

2    somewhat unrelated to the question, Your Honor?

3          THE COURT:  You may.  Do you want do it at

4    sidebar?

5          PROSPECTIVE JUROR:  No, it's not necessary.

6          THE COURT:  Okay.

7          PROSPECTIVE JUROR:  I don't -- I have under oath

8    answered everything truthfully, but if there are not more

9    frequent bathroom breaks, I will not be a good juror.

10         THE COURT:  We're going to have a bathroom break

11   right now.  And I will give you the bathroom breaks you

12   need.  We're going to do the same thing.  Come back when

13   you're done.

14         Don't talk about the case.

15         (Recess taken.)

16         THE COURT:  Ladies and gentlemen, I do want to let

17   you know we are almost done.  And if we have to break for

18   lunch, you'd have to come back after lunch.  This way we can

19   get it done, you know.  I think I only have a couple more

20   general questions and then two or three questions of each of

21   you.

22         Did anyone not hear me?

23         THE JURY:  Yes.

24         THE COURT:  Okay.  What I said is I know it's

25   getting late and I know you're hungry, I am, too.

1            But we are almost done.  If I broke for lunch now,

2    you would have to come back in an hour and you'd be almost,

3    you know, there would be almost nothing left to do by the

4    time you got back.  So I prefer to proceed and just get it

5    done.  I think it will get done very quickly.  Is that all

6    right with you?

7            THE JURY:  Yes.

8            THE COURT:  Okay.  Is everybody out of the ladies'

9    room or men's room?

10           THE COURTROOM DEPUTY:  I don't know, you'll have

11   to come with me.  I'll check.

12           PROSPECTIVE JUROR:  Okay.

13           (Pause in proceedings.)

14           THE COURT:  I think the box is full, am I right?

15           Would you look your left and to your right.  Is

16   there anybody missing?

17           THE JURY:  No.

18           THE COURT:  Okay.  We really are right at the end.

19           Do any of you have any impediment or physical

20   ailment which you believe would interfere with your jury

21   service?  And by that, I'm referring to any impairment of

22   your hearing or your vision, and physical problem that makes

23   it difficult for you to sit, understanding we'll get up and

24   stretch and we'll have as many bathroom breaks as we need.

25   Any of you have any limitation on your ability to speak in

Jury Selection                    120

1    and read the English Language that might interfere with your

2    jury service?

3              (No visual response from prospective jury panel.)

4              THE COURT:  Are any of you fluent in the Spanish

5    language?

6              (Prospective jury panel indicates.)

7              THE COURT:  Okay.  I'm just going to talk to you

8    for a moment.  There are a number of witnesses who are going

9    to testify in Spanish with the assistance of a court

10   certified Spanish interpreter.  And it's important that all

11   of the jurors understand the testimony as it is translated

12   for you by the interpreter and not base the testimony on

13   your own interpretation or share it with fellow jurors.

14             Are any of you unable to do that who are fluent?

15             (No visual response from prospective jury panel.)

16             THE COURT:  Okay.  Of course, all persons are

17   entitled to equal treatment under the law, regardless of

18   race, national origin, ethnic background, immigration

19   status, sex, or age.

20             Would anyone have any difficulty following that

21   instruction?

22             (No visual response from prospective jury panel.)

23             THE COURT:  There's no right or wrong answer to

24   the next question, but if you think your answer is yes for

25   any reason, just raise your hand.

Jury Selection                    121

1              If you were an Assistant United States Attorney

2     representing the Government or if you were counsel

3     representing one of the defendants, do you know of any

4     reason why you would not be content to have this case tried

5     by a juror in your current frame of mind?

6              (No visual response from prospective jury panel.)

7              THE COURT:  Okay.  Now I've already told you about

8     the length of the trial, the anticipated two-week trial.  It

9     is possible that it will spill over into the third week.

10    I've also told you about the trial day --

11             THE COURTROOM DEPUTY:  I think Mr. Castillion has

12    an issue.

13             THE COURT:  I'm sorry oh, okay.  That is.

14             THE COURTROOM DEPUTY:  Juror Number 4.

15             THE COURT:  Juror Number 4.

16             THE COURTROOM DEPUTY:  Yes.

17             THE COURT:  Mr. Castillion, do you have a

18    question?

19             PROSPECTIVE JUROR:  Yes.  It was about the length

20    of the case.  It was more so just the fact that I managed to

21    get off today, but I wasn't sure if it would be, like,

22    possible for me to continue for the two weeks and/or

23    possible extension of two weeks.

24             THE COURT:  What do you do?

25             PROSPECTIVE JUROR:  I work at Target as a

1   part-time employee.

2            THE COURT:  I'm sorry.

3            PROSPECTIVE JUROR:  I work at Target as a

4   part-time employee.

5            THE COURT:  Well, let me tell you that all

6   employers give some period of time for jury service and you

7   also get paid for the jury service.  I know it's not a

8   two-day trial.  It's not a long trial.

9            So the question really is, do you think this is a

10  significant hardship for you?

11           PROSPECTIVE JUROR:  I wouldn't know if I would be

12  able to give forewarning and/or like be able to with such

13  short notice.

14           THE COURT:  I'm sorry, could you --

15           PROSPECTIVE JUROR:  I don't know if I would be

16  able to give forewarning and they would accept the first,

17  you know, in such a short amount of time.  Because I'm going

18  to have to call later.

19           THE COURTROOM DEPUTY:  His job.

20           THE COURT:  They told you to call them later in

21  the week?

22           PROSPECTIVE JUROR:  No.  I would have to call them

23  as if, like as soon as I got out of here to alert them as to

24  the extension of the length of the case.

25           THE COURT:  I'm not sure that's going to

1    constitute a significant hardship.  Particularly large

2    companies are generally --

3              PROSPECTIVE JUROR:  I understand.

4              THE COURT:  They're required by law to give you a

5    certain amount of time.  But this is -- I mean, this is not

6    like a -- you know, a four-week trial, a six-week trial

7    where hardship is really a paramount issue.

8              Anybody else?

9              Let's see, you are talking about two people.  This

10   is?

11             PROSPECTIVE JUROR:  Jason Banrey, Juror Number 25.

12             THE COURT:  Mr. Banrey.

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Okay?

15             PROSPECTIVE JUROR:  I'm a Commissioner for the

16   City of New York and the Department of Transportation

17   overseeing large -- large and small critical safety

18   projects.  Not too sure if that constitutes as a --

19             THE COURT:  I tell you what, the reality is, it

20   makes a great juror.

21             PROSPECTIVE JUROR:  No, I just wanted to say that.

22             THE COURT:  I appreciate that.

23             Everybody here has significant responsibilities in

24   their life, so --

25             PROSPECTIVE JUROR:  And I have a trip, it's

1    recreational in a couple weeks but --

2              THE COURT:  But it's not in the next two weeks or

3    two and a half weeks?

4              PROSPECTIVE JUROR:  No it's not.

5              THE COURT:  Okay.

6              PROSPECTIVE JUROR:  It's in less than three weeks.

7              THE COURT:  That shouldn't be a problem.

8              PROSPECTIVE JUROR:  Yeah.

9              THE COURT:  Okay.

10             PROSPECTIVE JUROR:  Just wanted to state that.

11             THE COURT:  And that's fine.  And somebody else,

12   Mr. Ortiz?

13             PROSPECTIVE JUROR:  So I'm a student at Hunter

14   College and right now it's midterm season and I would miss

15   all my midterms if I were to partake in this trial?

16             THE COURT:  You would miss your midterms?

17             PROSPECTIVE JUROR:  All of them.

18             THE COURT:  You're excused.

19             That's a significant hardship.

20             (Juror exits courtroom.)

21             THE COURT:  Could you please replace Mr. Ortiz.

22             THE COURTROOM DEPUTY:  Juror Number 26, Magdie

23   Edouard.

24             THE COURT:  Mr. Edouard, did you have any yes

25   answers to any of my questions?

1          PROSPECTIVE JUROR:  Yes.  I work as a teacher at a

2    small private school, children with autism, so I'm not sure

3    if I'm able to take the whole two weeks off.

4          THE COURT:  I'm hard-pressed to say -- are you the

5    only -- I assume there are a number of teachers at the

6    school there, right?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  And when people are sick, they're

9    replaced by substitutes?

10         PROSPECTIVE JUROR:  No, there are no substitute,

11   just staff that are already there.  Most of them have to

12   take shorter lunches so to stay with the students.

13         THE COURT:  I understand.

14         But I feel reasonably confident that they'll be

15   able to go on?

16         PROSPECTIVE JUROR:  Yeah.

17         THE COURT:  Okay.

18         Anyone else?

19         (No visual response from prospective jury panel.)

20         THE COURT:  Okay.  If you would hand the

21   microphone to Juror Number 1.  Mr. Miller, I have just a

22   couple questions to ask each of you individually.

23         Mr. Miller, are you employed?

24         PROSPECTIVE JUROR:  Yes.

25         THE COURT:  What do you do?

1          PROSPECTIVE JUROR:  I'm employed by the City of

2    New York.  I work for New York City Emergency Management.

3          THE COURT:  Okay.  Are you married?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Is you wife working?

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  What does she do?

8          PROSPECTIVE JUROR:  She works for Starbucks.

9          THE COURT:  Okay.  Is there anyone at home who is

10   employed other than you and your wife?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Okay.  And what are you major news

13   sources that you rely on?  Is it papers or websites or TV or

14   radio shows?

15         PROSPECTIVE JUROR:  *The New York Times*,

16   *Washington Post*, *CNN*.

17         THE COURT:  Great.  Thank you.

18         If you just hand it to Mr. Fox.

19         Mr. Fox, are you working?

20         PROSPECTIVE JUROR:  Yes, I am.

21         THE COURT:  What do you do?

22         PROSPECTIVE JUROR:  I'm a director of operations

23   for a nonprofit editorial company.

24         THE COURT:  Okay.  Are you married?

25         PROSPECTIVE JUROR:  I'm widowed.

1           THE COURT:  Okay.  Is there anyone else at home

2    who is working now?

3           PROSPECTIVE JUROR:  Two children.

4           THE COURT:  And what are they doing?

5           PROSPECTIVE JUROR:  One is an auto mechanic, the

6    other is a home health aide.

7           THE COURT:  Okay.  And can you tell us where you

8    typically get your news?

9           PROSPECTIVE JUROR:  The *Times*, the Internet, a lot

10   of television.

11          THE COURT:  Okay.

12          PROSPECTIVE JUROR:  *CNN*.

13          THE COURT:  Okay.  That's fine.

14          Thank you.  Ms. Leon.  Are you working?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  What do you do?

17          PROSPECTIVE JUROR:  I'm a home attendant with a

18   private client so I -- I work for her, but --

19          THE COURT:  Are you married?

20          PROSPECTIVE JUROR:  I just lost my fiancé.  I just

21   lost my fiancé.

22          THE COURT:  Oh, I'm so sorry.

23          PROSPECTIVE JUROR:  Thank you.

24          THE COURT:  Is there anyone else in the household

25   where you are now who is working?

1          PROSPECTIVE JUROR:  No.  I live by myself.

2          THE COURT:  Okay.  How -- where do you get your

3    news from generally?

4          PROSPECTIVE JUROR:  Just only the TV and I'm being

5    honest with you, so many more bad news than good news to

6    hear, so sometimes I just watch only sports.

7          THE COURT:  I understand.

8          PROSPECTIVE JUROR:  I'm sorry.

9          THE COURT:  It's very honest answer.

10          PROSPECTIVE JUROR:  I'm sorry.

11          THE COURT:  Okay.

12          Mr. Castillion.

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  What do you do?

15          PROSPECTIVE JUROR:  I work as a part-time employee

16    at Target.

17          THE COURT:  That's right.

18          Are you married?

19          PROSPECTIVE JUROR:  No.

20          THE COURT:  Is there anyone else at home who is

21    employed?

22          PROSPECTIVE JUROR:  Mother and my roommate.

23          THE COURT:  And what do they do?

24          PROSPECTIVE JUROR:  My mother works as a medical

25    assistant and my roommate works roommate works at

1    Footlocker.

2              THE COURT:  Okay.  Where do you get your news

3    from?

4              PROSPECTIVE JUROR:  Mostly the Internet.

5              THE COURT:  Okay.  Ms. Daley, are you employed?

6              PROSPECTIVE JUROR:  Yes, I am.

7              THE COURT:  What do you do?

8              PROSPECTIVE JUROR:  I work for Cerebral Palsy of

9    New York State, change of constructive partnership, but

10   unlimited.  I'm a pro bono coordinator.

11             THE COURT:  Okay.  Are you married?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  What -- is your husband employed?

14             PROSPECTIVE JUROR:  No.  He's self-employed.

15             THE COURT:  He's self-employed.  What type of work

16   does he do?

17             PROSPECTIVE JUROR:  Real estate.

18             THE COURT:  Okay.  Is anyone else at home working?

19             PROSPECTIVE JUROR:  Not currently.

20             THE COURT:  I'm sorry.

21             PROSPECTIVE JUROR:  Not currently.

22             THE COURT:  Not now.

23             Okay.  And where do you get your news from, if

24   anywhere?

25             PROSPECTIVE JUROR:  Multimedia, everything.

1          THE COURT:  Everything?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  The web, the newspaper?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Okay.

6          PROSPECTIVE JUROR:  All over.

7          THE COURT:  Okay.  Mr. Morris.

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  What do you do?

10         PROSPECTIVE JUROR:  I'm a cook for a nursing home

11    in Brooklyn.

12         THE COURT:  Are you married?

13         PROSPECTIVE JUROR:  No, ma'am.

14         THE COURT:  Is there anyone else --

15         PROSPECTIVE JUROR:  No, ma'am.

16         THE COURT:  -- at home who works?  Okay.

17         And where do you get your news?

18         PROSPECTIVE JUROR:  Channel 2 news.

19         THE COURT:  Let's see, Mr. Scarponi?

20         PROSPECTIVE JUROR:  Yes.  I work for the

21    Long Island Railroad.

22         THE COURT:  Okay.  Are you married?

23         PROSPECTIVE JUROR:  Yes.

24         THE COURT:  And is your wife working?

25         PROSPECTIVE JUROR:  No.

1          THE COURT:  Okay.  Has she ever worked outside the

2   home?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  Well, what did she do then?

5          PROSPECTIVE JUROR:  She worked for Hard Chair,

6   which is for like the mentally disabled.

7          THE COURT:  Okay.  Is there anyone else at home

8   now who works?

9          PROSPECTIVE JUROR:  No.

10          THE COURT:  And your news sources are what?

11          PROSPECTIVE JUROR:  The *Post* the *Times* and

12   whichever I can catch on TV.

13          THE COURT:  Okay.  Mr. Islam.

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  Are you working?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  What do you do.

18          PROSPECTIVE JUROR:  I work with a Metro North

19   railroad.

20          THE COURT:  Metro North railroad.  What do you do

21   for the railroad?

22          PROSPECTIVE JUROR:  I'm an assistant director of

23   the communication department.

24          THE COURT:  Are you married?

25          PROSPECTIVE JUROR:  Yes.

1          THE COURT:  Is your wife workings?

2          PROSPECTIVE JUROR:  Not currently.

3          THE COURT:  What did she do before?

4          PROSPECTIVE JUROR:  She was a programmer.

5          THE COURT:  Okay.  Anyone else at home who is

6    working now?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  And your news sources are?

9          PROSPECTIVE JUROR:  Mostly Internet.

10          THE COURT:  Okay.

11          Ms. Arbour?

12          PROSPECTIVE JUROR:  Hello.

13          THE COURT:  Hello.  Are you employed?

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  Okay.

16          PROSPECTIVE JUROR:  I'm an event manager.

17          THE COURT:  Okay.  Are you married?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Is your husband working?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  As?

22          PROSPECTIVE JUROR:  He's a banker.

23          THE COURT:  Okay.  And anyone else at home who is

24    working?

25          PROSPECTIVE JUROR:  No.

1          THE COURT:  Okay.  Where do you get your news

2    from?

3          PROSPECTIVE JUROR:  Internet, TV.

4          THE COURT:  Okay.

5          Mr. Rondish?

6          PROSPECTIVE JUROR:  It's Pondish, Your Honor.

7          THE COURT:  Pondish.  Oh, I'm sorry.  I even wrote

8    it right, I just read it wrong.  I apologize.

9          PROSPECTIVE JUROR:  I'm retired.

10          THE COURT:  What did you use to do?

11          PROSPECTIVE JUROR:  I was in higher education,

12    faculty administration and consultant.

13          THE COURT:  Okay.  Are you married?

14          PROSPECTIVE JUROR:  I am.

15          THE COURT:  And --

16          PROSPECTIVE JUROR:  My wife is a deputy general

17    counsel for NYCPOT.

18          THE COURT:  Okay.  And is there anyone else at

19    home who works?

20          PROSPECTIVE JUROR:  My dog is currently

21    unemployed.

22          THE COURT:  I'm so sorry to hear that.

23          Where do you get your news from?

24          PROSPECTIVE JUROR:  Oh, I'm sorry.

25          The *Post*, *Fox News*.

1              THE COURT:  Okay.

2              Ms. Alvear?

3              PROSPECTIVE JUROR:  Yes.  I am employed.  I work

4      as a part-time sales associate at Pandora jewelry.  What was

5      the next question?

6              THE COURT:  Are you married?

7              PROSPECTIVE JUROR:  I wish, but no.

8              THE COURT:  Is there anyone else at home now who

9      works?

10             PROSPECTIVE JUROR:  Yes.  Mostly my family, all

11     like my mother and father.

12             THE COURT:  What do they do?

13             PROSPECTIVE JUROR:  Sibling, sister-in-law, uncle.

14             THE COURT:  Okay.  Big family.

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Tell me what they do.

17             PROSPECTIVE JUROR:  My mother is a home aide

18     assistant.  My father works as a truck driver working for

19     Staples.

20             THE COURT:  Uh-huh.

21             PROSPECTIVE JUROR:  My brother is a security guard

22     at a building in, like, the city.

23             THE COURT:  That's okay.

24             PROSPECTIVE JUROR:  And my brother -- my other

25     brother also works with my father as his helper.  My

1   sister-in-law works at a jewelry franchise.  I forgot what

2   she does.

3           THE COURT:  Where do you get your news from?

4           PROSPECTIVE JUROR:  Usually the Internet or

5   newspaper.

6           THE COURT:  Okay.  Ms. Spencer?

7           PROSPECTIVE JUROR:  I currently work.  I'm an

8   operations supervisor at 1G.  We're a fashion company.

9           THE COURT:  Are you married?

10          PROSPECTIVE JUROR:  No.

11          (Continued on the next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            (In open court.)

2            THE COURT:  Anyone else at home who works?

3            PROSPECTIVE JUROR:  No.  I live alone.

4            THE COURT:  Where do you get your news?

5            PROSPECTIVE JUROR:  PIX-11, social media.

6            THE COURT:  Okay.  Mr. Carsin-Larrosa?

7            PROSPECTIVE JUROR:  Good afternoon, Your Honor.

8    Yes, I'm a driver for Uber, Lyft, and Via in the city.

9            THE COURT:  Are you married?

10            PROSPECTIVE JUROR:  I do.

11            THE COURT:  Is your wife -- I do?

12            PROSPECTIVE JUROR:  Your Honor, I'm married.  I

13    don't know the second question.  I'm sorry.

14            THE COURT:  Is your wife working?

15            PROSPECTIVE JUROR:  Yes.  She is an accountant.

16            THE COURT:  Okay.  Is there anyone else at home who

17    is employed?

18            PROSPECTIVE JUROR:  No.

19            THE COURT:  And where do you get your news from.

20            PROSPECTIVE JUROR:  In my phone by CNN and FOX.

21            THE COURT:  Okay.  Mr. Altagracia.

22            PROSPECTIVE JUROR:  Senior production design for a

23    small design studio.

24            THE COURT:  Uh-huh.

25            PROSPECTIVE JUROR:  Married.  My spouse works for

1   Cornell University.

2           THE COURT:  Anyone else at home working?

3           PROSPECTIVE JUROR:  No.

4           THE COURT:  Where do you get your news?

5           PROSPECTIVE JUROR:  Online and TV.

6           THE COURT:  Ms. Bowes.

7           PROSPECTIVE JUROR:  Hi.  I'm currently unemployed.

8           THE COURT:  Have you worked?

9           PROSPECTIVE JUROR:  I have.  I worked in child care

10  previously and also retail.

11          THE COURT:  Are you married?

12          PROSPECTIVE JUROR:  I am.

13          THE COURT:  Does your husband work?

14          PROSPECTIVE JUROR:  Yes.  He works in investment

15  banking.

16          THE COURT:  Okay.  Anyone else at home who is

17  working now?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  Where do you get your news?

20          PROSPECTIVE JUROR:  The Skimmer Newsletter.

21          THE COURT:  Okay.  Ms. Matos.

22          PROSPECTIVE JUROR:  Yes.  Receptionist.  Not

23  married.  No one else at home is working, and TV and internet.

24          THE COURT:  Okay.  Thank you.  Ms. Samuel.

25          PROSPECTIVE JUROR:  Retired, general psyche and

1    midwifery.  My husband is also retired.

2              THE COURT:  What did he do?

3              PROSPECTIVE JUROR:  Autobody repair.  Nobody else at

4    home.

5              THE COURT:  Where do you get your news?

6              PROSPECTIVE JUROR:  Generally, CBS, Channel 7, CNN.

7              THE COURT:  Okay.  Mr. Nonkin.

8              PROSPECTIVE JUROR:  Yes.  I am not married.  I work

9    as the administrative assistant in the New York City

10   Department of Health and Mental Hygiene.  My news sources are

11   I read The New York Times, I watch MSNBC.

12             THE COURT:  I take it there is no one else at home

13   who works.

14             PROSPECTIVE JUROR:  Correct.

15             THE COURT:  Okay.  Ms. Lumetta.

16             PROSPECTIVE JUROR:  I work as a digital marketing

17   specialist for an investment firm.  I'm married.  My husband

18   works at the United Nations, and I get my news from The Times

19   and like the major news websites.

20             THE COURT:  Okay.  Thank you.  Ms. Tomelden.

21             PROSPECTIVE JUROR:  Hi.  I'm retired a year ago.

22             THE COURT:  What did you do?

23             PROSPECTIVE JUROR:  I used to do billing in Katz

24   Media Group, a division of iHeartRadio.  I live alone.

25             THE COURT:  Where do you get your news?

1        PROSPECTIVE JUROR:  TV, FOX News, CNN, and

2   newspaper, Internet.

3        THE COURT:  Okay.  Thank you.

4        Can we send one down to Ms. Sturkey-Watson.

5        PROSPECTIVE JUROR:  Hi.  I'm a retired paralegal.

6   I'm married.  My husband works for the New York City Transit

7   Authority as a structural maintainer.  I have two daughters,

8   and they basically -- one is a home care provider, a day care

9   provider, and the other one is a medical assistant.  I get my

10  news from CNN and the Internet.

11       THE COURT:  Thank you.  Mr. Albo.

12       PROSPECTIVE JUROR:  Albino.

13       THE COURT:  Albino.

14       PROSPECTIVE JUROR:  I'm sorry.  I'm a security

15  officer for Bank of America.  I currently live with my brother

16  and my fiancee.  He is an EMT, and my girl works for

17  Walgreens.

18       THE COURT:  Where do you get your news?

19       PROSPECTIVE JUROR:  Social media.

20       THE COURT:  Mr. Patel.

21       PROSPECTIVE JUROR:  Hi.  Candy store owner, and

22  married.

23       THE COURT:  You are married?

24       PROSPECTIVE JUROR:  Yes.

25       THE COURT:  Is your wife working?

1           PROSPECTIVE JUROR:   No.   She is a housewife.

2           THE COURT:   Anyone else at home who works?

3           PROSPECTIVE JUROR:   My two kids.   One of them, he

4    works with some company welding; and my daughter is a lab

5    technician, and she works North Shore Hospital.

6           THE COURT:   Where do you get your news?

7           PROSPECTIVE JUROR:   From the people at 1010 News.

8    It's on all day in the store.

9           THE COURT:   I didn't hear.

10          PROSPECTIVE JUROR:   I get the news from the people

11   because all day have the radio running and have the news.

12          THE COURT:   You have to hold it right in front of

13   you.   Okay.

14          PROSPECTIVE JUROR:   I get my news from the people --

15          THE COURT:   From the people?

16          PROSPECTIVE JUROR:   Radio running all day and the

17   news about what happened in the city and what is that, and

18   also I like 1010 Radio.

19          THE COURT:   1010 Radio, got it.

20          Ms. Wilson.   Are you working?

21          PROSPECTIVE JUROR:   Yes.

22          THE COURT:   What do you do?

23          PROSPECTIVE JUROR:   I'm a secretary for the New York

24   City Housing Authority.

25          THE COURT:   Okay.   Are you married?

1              PROSPECTIVE JUROR:  I'm widowed.

2              THE COURT:  What did your husband do?

3              PROSPECTIVE JUROR:  He worked for the New York City

4      Transit Authority.

5              THE COURT:  Okay.  Is there anyone else at home who

6      is employed now?

7              PROSPECTIVE JUROR:  My grandson.

8              THE COURT:  What does he do?

9              PROSPECTIVE JUROR:  He is a teacher.

10             THE COURT:  Where do you get your news?

11             PROSPECTIVE JUROR:  Mainly my mother and the

12     internet.

13             THE COURT:  Okay.  Mr. Banrey.

14             PROSPECTIVE JUROR:  Full-time employed, Commissioner

15     for New York City Department of Transportation.  I'm single.

16     And I get my news through NPR, New York Times, 1010 WINS, and

17     a plethora of local and daily publications in Queens and

18     Brooklyn.

19             THE COURT:  Okay.  Thank you.  Mr. Edouard.

20             PROSPECTIVE JUROR:  I am single.  I work as a

21     teacher.  My mother works as an occupational therapist.  I get

22     my news from the internet, News 12, CNN.

23             THE COURT:  Thank you.  Ms. Lee.

24             PROSPECTIVE JUROR:  Hi I'm a -- I currently work for

25     the New York City Department for the Aging.  I'm the elder

1  coordinator.  I'm a licensed social worker.  I get my news

2  from PBS, CBS, and -- what else?  What was the other question?

3  Oh, I'm single.

4          THE COURT:  There is no one else at home who is

5  working?

6          PROSPECTIVE JUROR:  No.  I'm a caregiver also for my

7  mother, who is 90.

8          THE COURT:  Okay.

9          PROSPECTIVE JUROR:  Hi.

10          THE COURT:  Ms. Sultana.

11          PROSPECTIVE JUROR:  I'm married.  I'm a housewife.

12  I have two child.  One child, she go to the second grade, and

13  second one is three years.  My husband work is Uber driver.

14          THE COURT:  Where do you get your news from?

15          PROSPECTIVE JUROR:  Internet, TV.

16          THE COURT:  Have you ever worked outside of the

17  home?

18          PROSPECTIVE JUROR:  Yeah.

19          THE COURT:  What did you do then?  Nothing?  Can you

20  recall?

21          (Pause.)

22          THE COURT:  Is it something that you want to talk to

23  me about at sidebar?

24          PROSPECTIVE JUROR:  No.

25          (Pause.)

1            THE COURT:  Do you remember what you -- maybe you

2    misunderstood me.  Were you ever employed outside of your

3    home?  I know you are a housewife now.

4            PROSPECTIVE JUROR:  Yes, I'm a housewife.

5            THE COURT:  Yes, but before were you ever employed?

6            PROSPECTIVE JUROR:  No, I'm not working outside.

7            THE COURT:  Right, but did you ever work outside?

8            PROSPECTIVE JUROR:  No.

9            THE COURT:  Okay.  Ms. Page.

10           PROSPECTIVE JUROR:  I work at an advertising firm.

11   My husband works at the UN.  No other adults working at home.

12           THE COURT:  News?

13           PROSPECTIVE JUROR:  The Times.

14           THE COURT:  Okay.  Mr. Koirala.

15           PROSPECTIVE JUROR:  Koirala.  I work as an analyst

16   with a bank, and I'm married.  My wife, she is not working at

17   the moment.  She used to work for an IT firm.  And my news

18   sources are Wall Street Journal and New York Times.

19           THE COURT:  Okay.  Ms. Tsui.

20           PROSPECTIVE JUROR:  Yes.  I work at a law firm.  I'm

21   divorced.  I live with my sister.  She works at a

22   not-for-profit organization, and I get my news from her,

23   coworkers, you know, local news.

24           THE COURT:  Okay.  Mr. Sangster.

25           PROSPECTIVE JUROR:  Yes.  Hi.  I work at a law firm

1    as an administrative assistant.  I'm currently single, and I

2    live with my mom.  She currently doesn't work, and I get my

3    news from local news, international news, papers like The

4    Times and Daily News.

5              THE COURT:  Great.  Thank you.  Ms. Sheridan.

6              PROSPECTIVE JUROR:  Hi.  I work as a clothing

7    designer during the day, and I am an editor at night.  I have

8    two jobs.  I am a single mom, and my son is a documentary film

9    maker, and I get my news from The Times and The Washington

10   Post and The Guardian.

11             THE COURT:  Thank you.  Ms. Sultan.

12             PROSPECTIVE JUROR:  Accounts payable at a law firm.

13   My husband does inside sales.  No one else at home working,

14   and social media.

15             THE COURT:  Ms. Steinman-Kelleher.

16             PROSPECTIVE JUROR:  Currently I'm not working --

17   well, I'm a substitute teacher currently.  I was a preschool

18   teacher before.  I'm a mom and homemaker.  My husband is an

19   attorney.  I get my news from The Times, Post, PBS, CNN,

20   magazines, whatever is readable I will read.

21             THE COURT:  Are you married?

22             PROSPECTIVE JUROR:  I'm married.  My husband is an

23   attorney.

24             THE COURT:  Is an attorney?

25             PROSPECTIVE JUROR:  Yeah.

1           THE COURT:  Thank you.  Ms. Cambria.

2           PROSPECTIVE JUROR:  I'm a New York City Public

3    School teacher.  I live at home.  I'm not married.  My father

4    is an engineer.  My little brother works at Target part time.

5    He is a student.  I get my news from TV outlets and TV

6    networks and social media, I guess.

7           THE COURT:  Okay.  Thank you.  Ms. Swearing.

8           PROSPECTIVE JUROR:  Preventive medicine medical

9    technician.  My husband, retired cabinet maker.

10          THE COURT:  And your news?

11          PROSPECTIVE JUROR:  Oh, CNN.  That's it.

12          THE COURT:  CNN.  Okay.  Mr. Jeffers.

13          PROSPECTIVE JUROR:  I work at a GYN facility as a

14   sterilization technician.  Currently going through a divorce.

15   What's the other question?

16          THE COURT:  Anyone else at home who works.

17          PROSPECTIVE JUROR:  No, no.

18          THE COURT:  Where do you get your news?

19          PROSPECTIVE JUROR:  At the internet.

20          THE COURT:  Okay.  Ms. Grant-Lewis.

21          PROSPECTIVE JUROR:  I'm unemployed.  I live with my

22   mom.

23          THE COURT:  What did you do before?  Have you ever

24   worked?

25          PROSPECTIVE JUROR:  No.  But right now I'm in the

1   process of being a marine.

2           THE COURT:  A marine?

3           PROSPECTIVE JUROR:  Yeah.

4           THE COURT:  Oh, okay.

5           PROSPECTIVE JUROR:  So, yeah, I live with my mom;

6   and my mom, she works for the city.  She drives the city

7   buses, MTA.  And I get my news from social media.

8           THE COURT:  Okay.  And Goldberg.

9           PROSPECTIVE JUROR:  Sorry.  I'm a marketing

10  director, and I get my news from the Wall Street Journal and

11  PBS.  I'm single, I'm not married, and there is no one else

12  living with me.

13          THE COURT:  I guess that's everything.

14          Counsel, may I see you at sidebar?

15          (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

1           (Sidebar conference.)

2           THE COURT:  Any challenges for cause?

3           MR GOLUB:  No.

4           THE COURT:  Any follow-ups?

5           MS. KELLMAN:  Well, judge, a lot of people just said

6     they got their news from the internet, didn't give us any idea

7     of what kinds of sources.

8           THE COURT:  You really want to keep them here?

9           MS. KELLMAN:  I think we know so little about them.

10    Maybe I'm the only one that feels that way.

11          MR. GOLD:  The only thing I would ask, Your Honor,

12    is if we consider asking them about the ages of any children

13    they might have.

14          THE COURT:  No, I'm not asking about the ages of the

15    children.

16          MS. KELLMAN:  The ones that weren't working have

17    little kids.

18          THE COURT:  I'm sorry.  They are going to revolt in

19    a minute.

20          MR GOLUB:  After you excuse them then, do we take

21    lunch, and we will do these challenges this afternoon at some

22    point?

23          THE COURT:  I would rather -- I don't want to keep

24    these several hundred people here.

25          MS. KELLMAN:  How do we discuss any of this with our

1   clients?  We need an interpreter.

2            THE COURT:  You can go into another room.

3            MS. KELLMAN:  With our clients?

4            MR GOLUB:  It's very hard working with them.  I

5   think they need to go at this point.  If they have to come

6   back, they have to come back.  We need time to meet with our

7   clients.  We need to eat.  We have things to do.  It's already

8   2 o'clock it's been a long day.

9            MR. HUESTON:  The only thing I would add, if we can

10  get together and decide what our peremptories are, I think, it

11  will be more efficient.

12           THE COURT:  I know it will be more efficient.  I'm

13  just going to be asking an extra 150 people to come back after

14  lunch.

15           MS. HAJJAR:  Your Honor, one proposal could be --

16  and I don't know if this will work.  We are striking it to a

17  panel of 28, and then each of us are striking and narrowing

18  down to three alternates.  It's possible for the 40 that are

19  in the box to return after lunch.

20           THE COURT:  That's not a problem, but I think we

21  maybe ought to ask a number of -- I don't know what's going to

22  happen.

23           MS. KELLMAN:  We could ask the next ten.

24           THE COURT:  We will ask the next ten to stay.

25           MS. KELLMAN:  That should cover it.

1    (End of sidebar conference.)

2    (Continued on the next page.)

1            (In open court.)

2            THE COURT:  Ladies and gentlemen, we are now down

3    to one piece left, but I know you have been sitting here

4    forever.  So what I'm going to do is break for lunch.

5            I request the 40 of you in the box to come back, and

6    I am going to request the following to just raise your hand so

7    I know you are here, and to come back.

8            Christine Barbieri.

9            PROSPECTIVE JUROR:  Here.

10           THE COURT:  Okay.  Would you come back, please.

11           Elizabeth Mandelbaum, please come back.

12           Sandra Mohamed-Marshall.

13           PROSPECTIVE JUROR:  Here.

14           THE COURT:  Please come back.

15           Maria Fiorillo.

16           PROSPECTIVE JUROR:  Here.

17           THE COURT:  Please come back.

18           Dayanara Roman-Blanquicet, please come back.

19           Sean Hettenbach.

20           PROSPECTIVE JUROR:  Here.

21           THE COURT:  Please come back.

22           Christina Park.

23           PROSPECTIVE JUROR:  Here.

24           THE COURT:  Please come back.

25           Micheline Corney.  Oh, yes.  Thank you.  Please come

 1   back.

 2              Joseph Drescher.

 3              PROSPECTIVE JUROR:  Here.

 4              THE COURT:  Would you come back also?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  The rest of you, I thank you very much

 7   for your patience.  You are excused.  I'm not going to ask you

 8   to come back, but we will see -- you know what I'm wondering.

 9   Maybe we should finish it in my courtroom.

10              THE CLERK:  You could.  Yes.

11              Meet Dennis, the 40 of you in the box and the 11 or

12   12 of you I have asked to come back, meet Dennis in the

13   Central Jury Room in one hour, and he will bring you up to the

14   courtroom.  So we will be out of this big courtroom.  Okay.

15              Have a good lunch.

16              PROSPECTIVE JUROR:  Where is the Central Jury Room?

17              THE CLERK:  The Central Jury Room is where you came

18   from.

19              THE COURT:  The rest of you, go back to the Central

20   Jury Room and report.

21              PROSPECTIVE JUROR:  Am I coming back?  You said my

22   name, and you didn't say come back.

23              THE COURT:  Are you one of the --

24              PROSPECTIVE JUROR:  I was the last person.

25              THE CLERK:  Yes, you come back.

1          THE COURT:  Don't talk about the case.

2          (Prospective jurors exit.)

3          (Lunch recess.)

4          (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1        A F T E R N O O N   S E S S I O N

2                      --ooOoo--

3

4            THE COURT:  Okay.  We're going to get the jury.

5            (Pause in proceedings.)

6            (Prospective jurors enter the courtroom.)

7            THE COURTROOM DEPUTY:  Juror Number 1 will be

8    sitting here.  Number 1.

9            THE COURT:  Mr. Miller?  Can we have Mr. Miller?

10           THE COURTROOM DEPUTY:  He should be coming in,

11   Judge.

12           THE COURT:  Okay.

13           THE COURTROOM DEPUTY:  Mr. Miller?

14           THE COURT:  Still coming?

15           PROSPECTIVE JUROR:  6.

16           THE COURTROOM DEPUTY:  You're 6?  If you could

17   just sit right there.

18           PROSPECTIVE JUROR:  (Complies.)

19           THE COURTROOM DEPUTY:  Mr. Miller?

20           THE COURT:  Mr. Miller, yeah.

21           Mr. Fox is 2.

22           Ms. Leon is 3.

23           Mr. Castillion is 4.

24           Ms. Daily is 5.

25           THE COURTROOM DEPUTY:  Ms. Who?
```

1              THE COURT:  Ms. Daily?

2              THE COURTROOM DEPUTY:  Can everyone come inside,

3    please?

4              THE COURT:  Mr. Morris is 6.  We have that.

5              Mr. Scarponi is 7.

6              Mr. Islam is 8.

7              Ms. Arbour is 9.

8              Mr. Pondish is 10.

9              Ms. Alvear is 11.

10             Ms. Spencer is 12.

11             Carsin-Larossa is 13.

12             Mr. Altagarcia is 14.

13             Ms. Bowes is 15.

14             Ms. Matos is 16.

15             Ms. Samuel is 17.

16             Mr. Nonkin is 18.

17             Ms. La Met that is 19.

18             Ms. Tomelden is 20.

19             THE COURTROOM DEPUTY:  One second, Judge.

20             THE COURT:  Okay.

21             (Pause in proceedings.)

22             THE COURT:  Ms. Sturkey-Watson is 21.

23             Mr. Albino is Number 22.

24             Mr. Patel is Number 23.

25             Ms. Wilson is Number 24.

1              Okay.  Mr. Banrey is Number 25.

2              THE COURTROOM DEPUTY:  Number 25.

3              THE COURT:  Mr. Edward is Number 26.

4              Ms. Lee is Number 27.

5              Ms. Sultana is Number 28.

6              Ms. Page is Number 29.

7              Mr. Koirala is Number 30.

8              Ms. Pfluger is 31.

9              Mr. Sangster is 32.

10             Ms. Sheridan is 33.

11             Ms. Salvador is 34.

12             Ms. Steinman-Kelleher is 35.

13             Mr. Cambria is 36.

14             THE COURTROOM DEPUTY:  Judge, one second.

15             THE COURT:  Ms. Swearing is 37.

16             Mr. Jeffers is 38.

17             Ms. Grant-Lewis is 39.

18             And Mr. Goldberg is 40.

19             THE COURTROOM DEPUTY:  Mr. who?

20             THE COURT:  Mr. Goldberg.

21             THE COURTROOM DEPUTY:  I don't know.

22             Everyone have a seat back here, please.

23             THE COURT:  We're going to have to find

24    Mr. Goldberg.  Okay?

25             (Pause in proceedings.)

1          THE COURT:  Good.

2          Okay.  Counsel come to the sidebar.

3          (Continued on the next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (The following occurred at sidebar.)

2          THE COURT:  Okay.  Mr. Patel, Number 23, came up

3    to Dennis with a stack of papers and said he had a whole lot

4    of medical problems.

5          MS. KELLMAN:  Okay.

6          THE COURT:  I think perhaps I better question him

7    at sidebar.

8          MS. KELLMAN:  Yeah.

9          THE COURT:  Mr. Patel, can we see you, please.

10         (Prospective juror approaches.)

11         (Prospective juror approaches.)

12         PROSPECTIVE JUROR:  Hi.

13         THE COURT:  Mr. Patel, I gather you have some

14   problems.  What is that?

15         PROSPECTIVE JUROR:  Okay.  January I got some

16   problem -- symptoms in my neck.  I got an appointment coming

17   from my doctor to get it through the process.  My insurance

18   hasn't gone through.  He sent me to the doctor and they

19   haven't made any decision yet.  And I know -- and I'm not

20   sure --

21         THE COURT:  Well, are you saying that you're

22   waiting for the insurance companies --

23         PROSPECTIVE JUROR:  To tell the doctors.

24         THE COURT:  -- to inform the doctor?

25         PROSPECTIVE JUROR:  Yeah, to look at that thing.

1   So I don't know --

2           THE COURT:  How long have you been waiting?

3           PROSPECTIVE JUROR:  I had in January to -- well

4   back and forth and back and forth.

5           THE COURT:  Since January?

6           PROSPECTIVE JUROR:  That's the only thing I've

7   done.  But one doctor he required --

8           THE COURT: Okay.  One problem.

9           PROSPECTIVE JUROR:  Yeah.

10          THE COURT:  Problem Number 1, I asked that

11  question.  I asked the question if anyone had any kind of

12  physical problem that would prevent them from jury

13  service --

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  -- and you didn't answer that

16  question.

17          PROSPECTIVE JUROR:  Oh, well, I'm sorry.

18          THE COURT:  Okay.  That's one.

19          Two, if this has been pending since January, don't

20  you think you could -- I'm sure if you need to schedule

21  something with your doctor you could schedule it for right

22  after the trial?

23          PROSPECTIVE JUROR:  But what -- one time I fell

24  down because of this -- I fell down and I went to the

25  emergency and they said it was too high.  So I don't know.

1    It may be tomorrow, it might be the day after tomorrow.

2    They can call me for the schedule to do my bypass surgery or

3    I don't know.

4              THE COURT:  There's an artery there?

5              PROSPECTIVE JUROR:  Yeah.  I've got soft tissue

6    coming here.  And I got one coming here (indicating).

7              THE COURT:  Okay.

8              PROSPECTIVE JUROR:  And they make me pain.

9              THE COURT:  It's giving you pain?

10             PROSPECTIVE JUROR:   Yeah.  Sometimes like three

11   or four hours I have to sit down.  And if I continue work,

12   it starting pain.  And that's why I fell down last week.  I

13   went to the hospital.

14             I have document here.

15             THE COURT:  Why didn't you tell me?

16             PROSPECTIVE JUROR:  Well, I didn't understand what

17   you --

18             THE COURT:  You didn't understand what I was

19   saying?

20             PROSPECTIVE JUROR:  Yeah, that's the problem.

21             THE COURT:  All right.  Just stand back.

22             (Prospective juror exits.)

23             THE COURT:  I'm going to excuse him.  Okay?

24             MR. GOLD:  Yeah, absolutely.

25             THE COURT:  Okay.  I'm going to excuse you.  You

1    go back to the Central Jury Room.

2                (Prospective juror exits.)

3                (Continued on next page.)

```
                        Jury Selection                    161
```

1              (Sidebar ends; in open court.)

2              THE COURTROOM DEPUTY:  Mr. Patel, you can leave.

3    Second floor?

4              PROSPECTIVE JUROR:  Okay.  Thank you.

5              THE COURTROOM DEPUTY:  Thank you.

6              THE COURT:  23.

7              THE COURTROOM DEPUTY:  23, Judge, or 25?  23?  I

8    have it as 25.  Are you sure it's 25 or 23?

9              THE COURT:  It can't be 25.

10             MS. KELLMAN:  It's 23.

11             THE COURTROOM DEPUTY:  23.  I'm sorry.

12             Juror Number 23, Christine Barbieri.

13             THE COURT:  Ms. Barbieri.  Did you have any "yes"

14   answers to any of my questions?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Which ones?

17             PROSPECTIVE JUROR:  The personal one from before.

18             THE COURT:  I'm sorry?

19             PROSPECTIVE JUROR:  The personal one.

20             THE COURT:  The personal one?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  Are you saying that you cannot be a

23   fair and impartial juror in this case?

24             PROSPECTIVE JUROR:  Yeah, I think so.

25             THE COURT:  We'll excuse you.

```
 1              (Prospective juror exits.)

 2              THE COURTROOM DEPUTY:  Juror Number 23 Elizabeth

 3    Mandelbaum.

 4              THE COURT:  Ms. Mandelbaum, did you have any yes

 5    answers?

 6              PROSPECTIVE JUROR:  No.

 7              THE COURT:  Okay.  Are you working?

 8              PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  What do you do?

10              PROSPECTIVE JUROR:  I'm vice-president of business

11    development for a jewelry manufacturer.

12              THE COURT:  Okay.  Are you married?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  Is there anyone else in your household

15    now who is employed?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  Who?

18              PROSPECTIVE JUROR:  My stepmother.  We work

19    together.

20              THE COURT:  I'm sorry?

21              PROSPECTIVE JUROR:  She does sales.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  Uh-huh.

24              THE COURT:  How do you get your news?

25              PROSPECTIVE JUROR: *CNN*, NPR, television.
```

1          THE COURT:  Television generally?

2          PROSPECTIVE JUROR:  Uh-huh.

3          THE COURT: Okay.  Thank you very much.

4          Counsel?

5          (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidebar Conference                              164

1                (The following occurred at sidebar.)

2                THE COURT:  Okay.  Government goes first.

3                MR. GOLD:  I'm sorry.  I didn't hear what you

4        said?

5                THE COURT:  Government goes first.

6                MS. ARGO:  Number 4, Your Honor.

7                THE COURT:  Mr. Castillion.

8                MS. ARGO:  Should we do the static, perhaps?

9                THE COURTROOM DEPUTY:  I put it on.

10               MS. KELLMAN:  I didn't hear what you said, the

11       number.

12               MS. ARGO:  Four.

13               MS. KELLMAN:  Okay.

14               They did two or --

15               THE COURT:  They did just one.

16               Okay?

17               MS. KELLMAN:  Now we've got four.

18               MR. GOLUB:  All righty.  Who wants to be the

19       spokesperson?

20               MR. HUESTON:  You.

21               MR. GOLUB:  Okay.  Start here?

22               MR. DUNN:  Yeah.

23               MR. GOLUB:  Okay, Number 3.

24               Number 5.

25               MR. DUNN:  You're just doing two, right?

Sidebar Conference                165

1              MR. GOLUB:  No, she said four.

2              MS. KELLMAN:  Nine.

3              THE COURT:  Nine.

4              MR. GOLUB:  Nine, we said.

5              MR. HUESTON:  Yeah.

6              MR. GOLUB:  Number 9 and Number 10.

7              THE COURT:  Oh, you're asking me about the

8   Government?

9              THE COURTROOM DEPUTY:  Yes.

10             THE COURT:  The Government was four.

11             THE COURTROOM DEPUTY:  I'm sorry about that.

12             MS. ARGO:  18, Your Honor.

13             MR. HUESTON:  18?

14             MS. KELLMAN:  18?

15             MR. GOLUB:  15 or 18?

16             THE COURT:  18.

17             THE COURTROOM DEPUTY:  18.

18             MR. GOLUB:  Okay.  Thank you.

19             THE COURT:  You have one more now.

20             MS. ARGO:  33, Your Honor -- oh, 28.

21             THE COURTROOM DEPUTY:  Twenty-eight.

22             THE COURT:  Do the first 28.

23             MS. ARGO:  Oh I'm sorry 13.

24             MR. GOLUB:  13.

25             THE COURT:  Four in a row.

1            MR. GOLUB:  Okay.  Let's get our ducks in a row,

2    all right?

3            All right.  Is everyone in agreement with this?

4            MS. KELLMAN:  Yep.

5            Mr. Golub:  Okay.

6            MR. HUESTON:  Uh-huh.

7            MR. GOLUB:  All right.  11.

8            12.

9            MS. HAJJAR:  Your Honor --

10           MR. DUNN:  Hold on.

11           MS. HAJJAR:  Your Honor, I just want to note, that

12   all but one of the strikes have been women so far.  We're

13   not making a Batson Challenge right now, but their strikes

14   to almost all woman on the jury.

15           THE COURT:  The strikes --

16           MR. HUESTON:  Oh, all the strikes but one have

17   been women.  I just want to note that for the record.

18           MR. GOLUB:  Number 12.

19           MR. DUNN:  Could you hold on for a second?

20           MR. GOLUB:  Uh-huh.

21           MR. DUNN:  Hold on for a second.

22           (Pause in proceedings.)

23           MS. KELLMAN:  Okay.

24           MR. GOLUB:  Number 2.

25           THE COURT:  Wait just a second.

```
                     Sidebar Conference              167
```

1            THE COURTROOM DEPUTY:  Wait, please.  12 was the

2   last one.

3            MR. GOLUB:  I have Number --

4            THE COURT:  27.

5            MR. GOLUB:  And Number 25.

6            MS. ARGO:  Number 22, Your Honor.

7            THE COURTROOM DEPUTY:  22?

8            MS. ARGO:  Yes.

9            THE COURT:  For the Government, that's Government

10   five.

11            THE COURTROOM DEPUTY:  Yes.

12            THE COURT:  Or that's government four.

13            MR. HUESTON:  22.

14            MS. HAJJAR:  We're not exercising strikes as to

15   anyone but the first 28.

16            THE COURTROOM DEPUTY:  Right.  Just to the first

17   28.

18            MS. HAJJAR:  We're holding.  We're holding.

19            THE COURT:  Waiving?

20            MS. HAJJAR:  We're not striking.

21            THE COURTROOM DEPUTY:  Waiving.

22            MR. GOLUB:  Okay.  They don't want to strike

23   anybody else.

24            You've used all the challenges you want to use?

25            THE COURTROOM DEPUTY:  You've got one more.

1          THE COURT:  They can use another one if they

2   wanted to.

3          MR. GOLUB:  Well, they just said they weren't

4   going to do it.

5          THE COURT:  As to this round.

6          MS. HAJJAR:  As to this round.

7          MR. GOLUB:  We're doing two in this round here?

8          THE COURTROOM DEPUTY:  Yes, you have two left to

9   strike.

10          (Pause in proceedings.)

11          MR. GOLUB:  21 and 27.

12          MS. ARGO:  One moment, Your Honor.

13          (Pause in proceedings.)

14          THE COURTROOM DEPUTY:  I think they have another

15   round.

16          MR. GOLUB:  I think they have one more.

17          MS. ARGO:  We have one more.

18          THE COURT:  Two more.

19          MS. ARGO:  We have one more.

20          MS. KELLMAN:  One, two, three, four, five...

21          THE COURT:  You're done.

22          MS. KELLMAN:  Are you done?

23          THE COURT:  Yes.

24          MS. KELLMAN:  Okay.

25          MR. GOLUB:  Yeah, we've had ours.

1            MS. KELLMAN:  In the general sense.

2            MR. GOLUB:  Unless you want to give us extra

3    challenges, Judge.

4            THE COURT:  Are you kidding?

5            MR. GOLUB:  Multiple defendants, usually they get

6    more challenges.

7            THE COURT:  Would you like to spend another three

8    days picking a jury?

9            (Pause in proceedings.)

10           MS. ARGO:  Waiving.

11           THE COURT:  You're waiving?

12           MS. ARGO:  Yes, Your Honor.

13           THE COURT:  So my question is this:  Let's fix the

14   jury.

15           Mr. Miller is Juror Number 1.

16           MR. HUESTON:  Right.

17           THE COURT:  Mr. Morris is Juror Number 2.

18           MR. GOLUB:  Right.

19           THE COURT:  Mr. Scarpony is Juror 3.

20           Mr. Islam is Juror 4.

21           MR. GOLUB:  I'm sorry.  Number 8?

22           MS. ARGO:  I apologize, Your Honor.  Number 1 is

23   Mr. Miller.  Number 2 is Mr. Morris?

24           THE COURT:  Number 1 is Mr. Miller and Number 2 is

25   Mr. Morris, right.

1          And Number 3 is Mr. Scarpony.

2          MS. ARGO:  Okay.

3          THE COURT:  And 4 is Mr. Islam.

4          MS. ARGO:  Yes.

5          THE COURT:  Number 5 is Mr. Altagarcia.

6          THE COURTROOM DEPUTY:  Yes.

7          THE COURT:  Number 6 is Ms. Bowes.

8          Number 7 is Ms. Matos.

9          Number 8 is Ms. Samuel.

10         Number 9 is Ms. Lumetta.

11         Number 10 is Ms. Tomelden.

12         Number 11 is Ms. Mandelbaum.

13         And Number 12 is Ms. Wilson.

14         MS. KELLMAN:  Who?

15         THE COURT:  Ms. Wilson.

16         MS. KELLMAN:  Wilson?

17         THE COURT:  Yes.

18         MR. GOLUB:  Who was Number 11?  I missed that.

19         THE COURTROOM DEPUTY:  Mandelbaum.

20         THE COURT:  Ms. Mandelbaum.

21         MR. GOLUB:  Okay.

22         THE COURTROOM DEPUTY:  Number 10.

23         THE COURT:  No, no, she was struck.

24         THE COURTROOM DEPUTY:  I'm sorry?

25         THE COURT:  Juror 10 is Ms. Tomelden.

1          THE COURTROOM DEPUTY:  Okay.

2          THE COURT:  So are you we dropping Mr. Edouard and

3    Ms. Sultana and going directly -- I mean, I don't know.  If

4    both sides want these people as alternates, you're welcome

5    to keep them and then I'll drop the bottom two.  I'm --

6          MS. ARGO:  I'm fine with starting at 26,

7    Your Honor.

8          THE COURT:  Mr. Golub, are you fine with starting

9    at 26?

10          MR. GOLUB:  One second, Your Honor.

11          THE COURT:  It's Edouard and Sultana.

12          (Pause in proceedings.)

13          MS. KELLMAN:  We didn't really look at the ones

14    over 28, Judge.

15          THE COURT:  You didn't look at them?

16          MS. KELLMAN:  Just because we were going to --

17          THE COURT:  Oh, I see.

18          MS. KELLMAN:  Because we were going to challenge

19    off of 28.

20          THE COURT:  But now we have the alternates.

21          MS. KELLMAN:  Sure, sure.  Sure that's fine.

22          THE COURT:  Okay.

23          (Pause in proceedings.)

24          MS. ARGO:  The poll is 26 on down.

25          THE COURT:  I'm waiting to find out if they agree.

1    If they agree yes, or then we'll start with 25.

2              MS. ARGO:  Okay.

3              (Pause in proceedings.)

4              MS. KELLMAN:  Four alternates or six?

5              THE COURT:  We're going to have --

6              THE COURTROOM DEPUTY:  Six.

7              THE COURT:  -- six.

8              Do we keep the last two from the jury pool,

9    because alternates if you --

10             MS. KELLMAN:  Right.

11             THE COURT:  Fine.

12             If you don't --

13             MS. KELLMAN:  Okay.

14             (Pause in proceedings.)

15             MS. KELLMAN:  I think we're not consenting.

16             THE COURT:  Okay.

17             THE COURTROOM DEPUTY:  So 29 and up.

18             MS. ARGO:  29 and up.  Okay.

19             THE COURTROOM DEPUTY:  So the Government goes

20   first.

21             THE COURT:  So the Government goes first.

22             MS. ARGO:  33, Your Honor.

23             MR. GOLD:  33 or 35?

24             MS. ARGO:  33.

25             THE COURT:  33.

Sidebar Conference                    173

1              THE COURTROOM DEPUTY:  You have two.

2              MR. GOLUB:  29 and 31, Judge.

3              THE COURTROOM DEPUTY:  You have two.

4              MS. ARGO:  30.

5              THE COURTROOM DEPUTY:  30?

6              MS. ARGO:  30.

7              MS. KELLMAN:  30?

8              MS. ARGO:  Three, zero.

9              THE COURT:  Each gets three.

10             THE COURTROOM DEPUTY:  Right.  And then we've

11  got --

12             THE COURT:  Okay.

13             MR. GOLUB:  I think they have one more.

14             THE COURTROOM DEPUTY:  Yes, they have one more.

15             MS. KELLMAN:  Yeah.

16             MS. ARGO:  Yes.  32.

17             THE COURTROOM DEPUTY:  32.

18             THE COURT:  How about 31; was he struck?

19             THE COURTROOM DEPUTY:  31 was struck, yes.

20             THE COURT:  Okay.

21             MR. DUNN:  Actually, this is the last one.

22             MR. GOLD:  We have one.

23             THE COURT:  Oh, there's a last one?

24             MR. GOLUB:  Yes.

25             34.

1            THE COURTROOM DEPUTY:  That's it.

2            THE COURT:  Okay.  So Alternate Number 1 is

3     Ms. Steinman-Kelleher.

4            Alternate 2 is Ms. Cambria.

5            Alternate 3 is Ms. Swearing.

6            Alternate 4 is Mr. Jeffers.

7            Alternate 5 is Ms. Grant-Lewis.

8            And Alternate 6 is Mr. Goldberg.

9            MR. GOLUB:  Okay.  Thank you.

10           Judge, you said Number 2 is?

11           THE COURT:  Number 2 is Cambria.

12           MR. GOLUB:  Okay.  Thank you.

13           THE COURT:  Thank you.

14           When we get back, I will excuse everyone else.

15           (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

1           (Sidebar ends; in open court.)

2           THE COURT:  The following are excused:  Mr. Fox,

3     you're excused.  Thank you.

4           PROSPECTIVE JUROR:  Thank you.

5           THE COURT:  Ms. Leon is excused.

6           Mr. Castillion is excused.

7           Mr. Daley -- Ms. Daily is excused.  I'm sorry.

8           Ms. Arbour is excused.

9           Mr. Pondish is excused.

10          Ms. Alvear is excused.

11          Mr. Spencer -- or excuse me, Ms. Spencer is

12    excused.

13          Carsin-Larossa is excused.

14          Mr. Nonkin is excused.

15          Ms. Sturkey-Watson is excused.

16          Mr. Albino is excused.

17          Mr. Banrey is excused.

18          Mr. Edouard is excused.

19          Ms. Lee is excused.

20          Ms. Sultana is excused.

21          Ms. Page is excused.

22          Mr. Koirala is excused.

23          Ms. Pfluger is excused.

24          Mr. Sangster is excused.

25          Ms. Sheridan is excused.

1          Ms. Salvador is excused.

2          And those of you remaining are our jurors and our

3     alternates.

4          Those of you in the last row that we asked to

5     stay, thank you so much for your patience.  You can go back

6     down to the Central Jury Room, but we appreciate your

7     returning.  We might have asked you to be on the jury.

8          (The remaining prospective jurors exits the

9     courtroom.)

10         THE COURT:  All right.  For the jury, let me tell

11    you who you are and where you sit.  And we're actually going

12    to start the jury in the jury box.

13         So Mr. Miller, can you take the first seat?

14         Mr. Morris, if you would take the second seat in

15    the first row?

16         And Mr. Scarpony, if you would take the third

17    seat?

18         Mr. Islam, the fourth seat.

19         Mr. Altagarcia, the fifth seat.

20         Ms. Bowes, the sixth seat.

21         Ms. Matos, the first seat of the second row.

22         Ms. Samuel, the second seat in the second row.

23         Ms. Lumetta, the third seat in the second row.

24         Ms. Tomelden, the fourth seat in the second row.

25         Ms. Mandelbaum, the fifth seat in the second row.

1          And Ms. Wilson, the sixth seat in the second row.

2          That is our jury.

3          Our alternates are Ms. Steinman-Kelleher, you're

4  Alternate Number 1.  If you take the first seat in the third

5  row, please.

6          Ms. Cambria, you're Alternate Number 2.

7          Ms. Swearing, you're Alternate Number 3.

8          Mr. Jeffers, you're Alternate Number 4.

9          Ms. Grant-Lewis is Alternate Number 5.

10          And Mr. Goldberg is Alternate Number 6.

11          Just so you can get a sense of where you'll be

12  sitting when you come back.

13          And what we are going to do now is take a brief

14  break so Dennis can take you into the jury room, let you get

15  settled, take a little bit of information from you.  He will

16  then bring you back into the jury room and we will commence

17  the trial.  I will give you some preliminary instructions

18  and the lawyers will make opening statements.

19          You can just go with Dennis.  Do not talk about

20  the case.  I'll instruct you about that.

21          THE COURTROOM DEPUTY:  All rise.

22          (Jury exits the courtroom.)

23          (The following matters occurred outside the

24  presence of the jury.)

25          THE COURT:  Okay.  We're going to take enough of a

Jury Selection                                    178

1   break that Dennis can get some information and then we will

2   start.

3             (Recess taken.)

4             THE COURT:  Could you just give me the order of

5   the openings?

6             MR. GOLUB:  The order of the indictment.

7             MS. KELLMAN:  Oh, sure.

8             THE COURT:  The order of the indictment?  Okay.

9   Kellman, Golub, Dunn, and Hueston.  Unless, of course,

10  Ms. Cistaro is doing it.

11            MR. HUESTON:  I'll be doing it last.

12            THE COURT:  Okay.

13            (Matter concluded at 2:07 p.m.)

14

15                          --oo0oo--

16

17   *I (we) certify that the foregoing is a correct transcript*
     *from the record of proceedings in the above-entitled matter.*

18
         /s/ David R. Roy              2nd Day of March, 2020
19       *DAVID R. ROY*                     *Date*

20

21

22

23

24

25