# M. GOLUB PLLC

ATTORNEY AT LAW
225 BROADWAY
SUITE 1515
NEW YORK, NY 10007

MITCHELL A. GOLUB
MITCHELLGOLUBLAW@GMAIL.COM

TELEPHONE: (212) 566-2242
FACSIMILE:   (212) 693-0090

May 4, 2021

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10021

Re: United States v. Jose Osvaldo Melendez- Rojas
17 Cr. 434 (S-2) (ARR)

Dear Judge Ross,

I have been Court appointed CJA counsel for Jose Osvaldo Melendez-Rojas in the above captioned matter.  I am retiring from the practice of law.  Accordingly, I am requesting that the Court appoint new CJA counsel to represent Mr. Melendez-Rojas for sentencing as well as for any appeal or other post conviction proceedings, and that I be relieved from further  representation of him.  I have written to Mr. Melendez-Rojas and advised him of my pending retirement and that I would be making this application.  I have also spoken with him by telephone with the aid of an interpreter also advised him of the same.

Thank you for you consideration of this application.

Respectfully submitted,

_____/s/_____
Mitchell A. Golub

cc:      All counsel (via ECF)