## **Addendum to Exhibits**

Some of the attached original letters used as exhibits are in Spanish and are included behind the translated versions done by counsel.

# EXHIBIT A

Dear Madam Judge,

Although I am not going to have the pleasure of meeting you in person, I would like to extend you a cordial salute from a distance. I am the father of Jose Osvaldo Melendez Rojas. Mi nombre es Francisco Melendez Perez.

I am writing to you to inform you of the person that I know to be my son.  He is a calm person, agreeable, social, responsible, a hard worker and good father to his 13 year old daughter, who he loves and adores.

As a child, Jose was a devoted student and loved the outdoors. He worked as a sheepherder in farms in other towns, people who did this were known as shepherds, as they would rent their services of caring for farm animals. He was forced to leave school at the age of 10 years old in order to help our family financially and worked at a textile factory. Since he was a young boy and into his adolescence he was involved in sports and played baseball and soccer.

He left for the United States in order to have a better quality of life, working in a car wash and selling vegetables and on his days off, he would work in an African Market called Eddie's Place.

During his time in his town in Mexico, he worked small jobs in the local schools and government buildings, were he worked as a gardener. He was also on the parent council of his daughter's primary school, Francisco I. Madero, where he would coordinate events for the school. He arranged for the school to receive federal resources to improve the school, such as the construction of a computer room, a cafeteria, and other structures to make the school better for the children.

He would also participate in a local festival honoring the Saint of Guadalupe. Jose loved the working on farms and also worked in the planting and harvesting of corn during season.

I thank you for taking the time to read this letter.


Francisco Melendez-Perez

Señora juez

No tengo el gusto de conocerla, le mando un cordial  saludo a distancia, soy el papa de José Osvaldo Meléndez Rojas. Mi nombre es Francisco Meléndez Pérez.

Le escribo con el fin de informarle como realmente es o fue, mi hijo.

Es una persona tranquila, agradable,  sociable, responsable,  trabajador y un buen padre ya que tiene una hija de 13 años. Que el ama  y adora.

En su infancia fue un niño dedicado a sus estudios y el campo. Él se dedicaba al cuidado de unos borregos ajenos, al cual se les llama  bolleros "a las personas que se rentan a cuidar animales ajenos en los campos para que se alimenten. El dejo el estudio por falta de ingresos económicos en casa. Tuvo que trabajar a temprana edad en una fábrica textil por más de 10 años para ayudar con los gasto en casa, desde su infancia y adolescencia a él le ha gustado practicar deportes como el futbol y beisbol.

Él se fue a estados unidos para tener un mejor nivel de vida, trabajando en un auto lavado y vendiendo verduras, en sus días libres en una marqueta llamada Eddie's place Africanmarket,

En su estadía aquí en México en el municipio, el  realizaban trabajos pequeños en las escuelas de gobierno él se alquilaba como jardinero. O aseo de las mismas también, era parte del comité de padres de familia de la escuela primaria Francisco i Madero, haciendo eventos para la institución. Y bajando recursos federales para la mejoría de la misma,

Así como una sala de cómputo,  un desayunador  y  mejoramiento estructural para la escuela. El participaba en la mayordomía de la virgen de Guadalupe del municipio. Le gusta el campo el ayudaba a la siembra y recolección de cosecha de maíz cada año y se rentaba para la  pizca de maíz

Sin más ni menos me despido dándole las gracias y mandándole un cordial saludo.

# EXHIBIT B

Dear Madam Judge,

My name is Engracia Barrera Lopez, wife of Jose Osvaldo Melendez Rojas. I have known him for 18 years and have a daughter with him that is 13 years old. He has been a good father and husband and has never been aggressive with us and always treated us well, he is respectful and caring with his daughter.

He used to work in the fields and in a textile factory and enjoyed playing sports like baseball and soccer. We were separated a few years and then got back together for our daughter.

He participated in the parent council at the primary school Francisco I. Madero for 2 years where he completed projects that benefitted the school and observed him to be a hard worker.

Our daughter loves him very much, he would help her with her studies and complete her homework and was always a good father. I never had an altercation with him nor has he ever hit me or my daughter.


Engracia Barrera Lopez

Señora juez

Soy la señora Engracia Barrera López esposa de José Osvaldo Meléndez Rojas. Lo conozco desde hace 18 años, tengo una hija con el que tiene 13 años de edad ha sido un buen padre y esposo, con nosotras él nunca ha sido agresivo siempre nos ha tratado bien es respetuoso y cariñoso con su hija.

Trabajaba en el campo y en fábrica textil, siempre le gusto el deporte como el futbol y beisbol. Estuvimos separados un par de años y después nos volvimos a juntar como pareja con nuestra hija.

Participo en la escuela primaria Francisco I Madero como comité de padres de familia dos años para sacar proyectos para la escuela y no hubo ninguna queja por su participación por el desempeño de su trabajo.

Nuestra hija lo quiere mucho, le enseñaba a estudiar y a realizar sus tareas siempre fue un buen padre. A mí nunca me agredió ni ofendió por lo tanto nunca me golpeo y mucho menos a nuestra hija.

# EXHIBIT C

Dear Honorable and Distinguished Judge,

By way of this letter I want to inform you on how I came to meet Mr. Osvaldo Melendez. I met Mr. Osvaldo and Mr. Miguel 10 years ago when Mr. Osvaldo enrolled his daughter at the school Francisco I. Madero. I got to know them because they were involved in the parent council at the school and I was the parent council president. Within the council, Mr. Miguel was vice president and Mr. Osvaldo was the secretary.  For me they were both serious people that helped us in anything that we needed done for the school and they were very responsible with everything we asked them do at the school. They helped us paint the schools and raise money for the schools, we also started a counseling group at the school and I observed them to be hardworking and responsible decent people. I have never heard anyone speak ill of them. I also want to let you know judge that my name is Rosalia Saldana Flores and I am a parent at the school where their children also attend and that is how I met him and we started planning things that would benefit the school and the kids could have better accommodations, and that is how I know them, as hard working and responsible every time we had a job to do. They were always willing to help us when we needed it.  Thank you for reading my letter.


Rosalia Saldana Flores

Apreciable y distinguida Senora Jueza

Por medio de esta carta quiero decirle a usted la forma en que conoci al Senor Osvaldo Melendez. El Senor Osvaldo y el Senor Miguel los conoci en la escuela primaria Francisco I. Madero hace 10 anos cuando el escribio a su nina en la escuela.

Empece a conocerlo porque yo era presidenta de comite de padres de familia y yeron ellos se integraban Tambien.

Como comite Don Miguel era vicepresidente y Don Osvaldo era secretario. Para mi persona eran personas pues serias cumplidas en la escuela nos ayudaban en lo que podian muy responsables en todo lo que se le mandaban en la escuela lo hacian nos ayudaban a pintar las escuelas a conseguir mas ayuda formamos un grupo de banda de escolta y ellos aportaban pues con lo que eran unas personas muy responsables trabajadoras decentes nunca yo escuche nada malo de ellos que le puedo decir mas senora jueza mas que lo que le acabo de contar a yo me llamo Rosalia Saldana flores y soy padre de familia de un nino de alla de la escuela por eso es que lo conoci y empezamos a planear cosas en la esculea que fueran de provecho para la escuela para k los ninos tuvieran comodidas por eso fue que los conozco como personas trabajadoras y responsables siempre que teniamos que aser un trabajo y les pediamos ayuda nos ayudaban es todo low que puedo decirle de heyos que yo los conozco como personas responsables y trabajadores se despide atentamente de usted la Senora Rosalia Saldana Flores.

# EXHIBIT D

Dear Madam Judge,


My name is Graciela Melendez Velasquez and I am 26 years old and work as a nurse.  I am the niece of Jose Osvaldo Melendez Rojas, he is a responsible person, happy and not aggressive, he is a hard worker and a best person. He has always been there for me like another father. He gives me advice and makes me feel secure, while I was still a student, I had a child from a failed marriage, in which I shamed my family, especially my father.  With his advice and guidance, I was able to finish my studies and begin my career and improved my life for myself and my daughter, he also helped solve my problems with my father.

I am a witness to what a great father he is, a good man and human being, is not an aggressive person, and loves music, dance and helping others with what he can. He also loves sports and played baseball in the municipal pantheon of the town of Tenancingo and his team also played outside of the municipality, such as in the town of Puebla and Veracruz.

Jose also played handball, soccer, practiced taekwondo and dedicated himself to the cultivation of corn, which required a lot of arm strength to carry the large bundles of corn. He was able to continue his studies as an adolescence as his family lacked financial resources and had to go work in a textile factory at a young age. He served as an usher in the festival for Saint Guadelupe which is held yearly in our municipality and assisted in the allocation of funds for the restoration of part of the church Saint Guadelupe.

He also helped improve the education of students at primary school Francisco I. Madero, where he helped raise funds for the improvement of the school and did chores such as paint rooms and collect rubbish at the school. He also worked as a gardener at the primary and preschools Jesus Gonzales Ortega.

Thank you for taking the time to read this letter.


Graciela Melendez Velazquez

Señora juez

Mi nombre es Graciela Meléndez Velázquez  tengo 26 años de edad y soy enfermera.

Soy sobrina de José Osvaldo Meléndez Rojas, él es una persona responsable, alegre no es agresivo, trabajador, en lo personal él es una buena persona, cuando lo necesito él siempre está a mi lado como un padre, me da consejos y me hace estar segura, durante la culminación de mis estudios yo tuve una hija de un matrimonio fallido, en el cual avergoncé a mis padres en especial a mi padre y el con sus palabras y consejos me supo guiar para terminar con mi carrera y salir adelante con mi hija, solucionar los problemas con mi padre.

Yo soy testigo de que es un excelente padre, un excelente hombre y ser humano no es agresivo de lo contrario le encanta la música, bailar y ayudar con lo que este a su alcance.

Le encanta el deporte él jugaba beisbol en el panteón municipal del municipio de Tenancingo ya que existe un campo de beisbol  y en ocasiones su equipo competía fuera del municipio yendo al estado de puebla y Veracruz a competir.

El practicaba frontón, futbol, taekwondo, como la barra hacer fuerza en los brazos debido que aquí se dedican a la cosecha de maíz y es necesario tener una condición  en los brazos para la carga de costales llenos de mazorca.

El no pudo estudiar por falta de recursos en la familia en su adolescencia y tuvo que trabajar a su temprana edad en una fábrica textil. Fue mayordomo de la virgen de Guadalupe en el municipio y ayudo a la recaudación de fondos para la restauración de la parte principal de la iglesia del mismo en la capilla de la virgen de Guadalupe.

A  mejorar la educación de alumnos de primaria bajando recursos para la mejoría de la institución Francisco i Madero, hacia faenas en la misma desde pintar hasta juntar escombro. Se dedicaba a la jardinería de la primaria y preescolar Jesús Gonzales Ortega.

Le agradezco haber leído estas líneas.

# EXHIBIT E

Dear Judge,

My name is Liset Melendez Velasquez and I am a niece of Jose Osvaldo Melendez Rojas. I would like to say that my uncle is a good person, responsible, caring, has initiative, is empathetic and inspires confidence.

My uncle has always inspired me and encouraged me to continue my studies and I am licensed in criminal justice and hope to be a future teacher and criminalist. He was always proud of me and told me to aspire to great things.

He helped raise funds for the remodeling of the chapel Saint Guadalupe and also for the dome of the municipal church. The people in the town trusted him in the collection of the funds because he is known as an honorable person and served as the major di of the festival of the Saint Guadelupe festival and of Saint Isidro. I observed his participation as I was also there and assisted in carrying the image of the Saints.

My uncle also played sports such as baseball and soccer and coached me when I played soccer. He formed part of the committee of the preschool Jesus Gonzales Ortega and the primary school Francisco I. Madero and served as the gardener for the schools.  He always loved helping to improve the institutions.

My uncle loved working in the fields and harvested corn and taught us how to work the land.  Since he has been gone we have taken up the corn harvesting with all the lessons he taught us. My grandparents taught him to make puff pastries and loaf bread for our festivals such as the day of the dead, where the whole family uses  an oven to make bread for the festival.

My uncle is a person that is respected by his family and friends because he is a good person that is held in high esteem in different areas. I want to thank him for what he has done for me and I love him very much and hope to see again.

These are my words and hope  it can help you understand the kind of person that my uncle is. Thank you and I wish you well.


Liset Melendez Velaquez

A quien corresponda

Mi nombre es Liset Meléndez Velázquez soy sobrina de José Osvaldo Meléndez Rojas lo que puedo decir de mi tío es que es una persona amable, responsable, cariñosa, con iniciativa, empático e inspira confianza.

Mi tío siempre me inspiro y me alentó a seguir con mis estudios actualmente soy licenciada en ciencias penales y futura maestra en criminalística, él siempre se sintió orgulloso de mi y creía que yo podía aspirar a grandes cosas.

Él ayudo a recaudar fondos para la remodelación de la capilla de la virgen de Guadalupe y también para la cúpula de la iglesia del municipio, las personas confiaban en él para la recaudación ya que es una persona honrada y por ende fue mayordomo de la fiesta de la virgen de Guadalupe y de San Isidro yo soy testigo ya que yo cargaba dicha imagen.

Mi tío le gustaba hacer deporte y por ende se ejercitaba él jugaba futbol y beisbol. También me apoyaba cuando yo jugaba futbol.

Formo parte del comité del preescolar Jesús Gonzales Ortega y la primaria Francisco I Madero, es por eso que llevaba a cabo la jardinería de dichas instituciones, siempre le gusto ayudar para la mejora de las instalaciones de las mismas.

Llevábamos acabo la cosecha de maíz y calabazas, a mi tío siempre le gusto trabajar en el campo y por ende nos enseñaba a como trabajar ahora que él no se encuentra a nuestro lado nosotros llevamos a cabo el proceso del cultivo y gracias a que aprendimos sabemos cómo hacerlo.

Mis abuelos le enseñaron a elaborar pan de hojaldra y pantoxtle para nuestras festividades del día de muertos, contamos con un horno y entre él y toda la familia horneamos el pan.

Mi tío es una persona que cuenta con el afecto y apoyo de sus familiares y amigos porque es una persona buena, muchas personas lo estiman por todo lo que aporto en los diversos ámbitos.

Debo decirle que gracias a la persona que es yo lo quiero mucho y espero verlo pronto.

Estas son mis palabras espero puedan aportarle al conocimiento de la persona que es mi tío le envió un saludo.

# EXHIBIT F

Dear Judge,

I submit a cordial salute and at the same time would like to inform you about the person and character of Jose Osvaldo Melendez Rojas. My name is Aldair Esau Ramirez Rojas and I am 21 years old. I know Osvaldo since I was 10 years old, since then we have been friends and I consider him a person of good character; he is respectful, humble, empathetic, and responsible.

He is also a hard working person in that since the age of 11 I have seen him working in the fields cultivating corn, beans and squash, performing all aspects of the cultivation process.

He is a happy person who likes to help his community and participated in various activities for the benefit of our community, he is a religious, cultured, and athletic person.

I also saw him participate in religious functions, such as serving as a major d and performing collections, also in repairing the municipal church chapel, and state fairs. He is also very athletic and played baseball, soccer and practiced taekwondo.

Culturally, he likes to participate in yearly Mexican traditions like carnival, day of the dead. I hope that my words help you in your decision and thank you for reading my letter.

Aldair Esau Ramirez

Le envió un cordial saludo y al mismo tiempo me dirijo a usted por el motivo de platicarle acerca de la personalidad de José Osvaldo Meléndez Rojas.

Mi nombre es Aldair Esaú Ramírez rojas tengo 21 años de edad yo conozco a Osvaldo desde que tenía 10 años, desde entonces fuimos amigos y yo lo considero una persona con valores como son: el respeto, la humildad, la empatía, la responsabilidad.

También es una persona trabajadora ya que los once años que lo conozco yo lo vi trabajar en el campo cultivando maíz, frijol y calabazas, haciendo todos los procesos que conlleva el fruto de su cultivo y almacenamiento.

Es una persona alegre que le gusta ayudar a su municipio ya que participo en varias actividades para el desarrollo y bienestar de nuestra comunidad, es una persona religiosa, deportista y cultural.

En lo religioso puedo decir que participo en mayordomías y cobranzas para obras de restauración de la iglesia municipal, capillas y fiestas patronales.

En el deporte Osvaldo practico taekwondo, futbol y beisbol.

En lo cultural le gusta nuestras tradiciones mexicanas como nuestro carnaval, dia de muertos en los que apoyaba para que se llevaran a cabo.

Espero que mis palabras le sean de gran ayuda y por tal momento me despido deseándole un buen día.

# EXHIBIT G

Madam Judge,


Greetings, my name is Pedro Rojas Torres and I am Jose Osvaldo's maternal uncle. For the years that I have known him, I have observed him to he a tranquil, hard working person, who does not cause problems.  He is a gardener and works in the fields and in a textile factory and also played sports like baseball. He is a good father in that he cares and protects his daughter. I consider him to be a good person that is responsible, humble, hard working, honorable, and send him my warm regards from a distance.


Pedro Rojas Torres

Señora jueza

Mucho gusto, mi nombre es Pedro Rojas Torres, soy tío materno.

Por los años que llevo  de conocerlo  sé que es tranquilo, trabajador, no es problemático, es hogareño, trabajaba en el campo y en fábrica textil, también practicaba deporte como el beisbol. Es buen padre ya que cuida y  protege mucho a su  hija.

Considero que es una persona respetuosa, responsable, humilde, trabajador, honrado y de mi parte reciba un cordial saludo y abrazo caluroso a distancia.

# EXHIBIT H

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Inmate's Name MELENDEZ-ROJAS, JOSE OSVALDO | Register No. 83689-053 | Unit JB ORDERLY |
|---|---|---|
| Evaluation Period January 25, 2019 - Present | Work Assignment SHOWER ORDERLY | |

Bonus Justification inmate Melendez-Rojas, Jose does a full days work and has mastered his job, he doesn't make mistakes and always input on doing things better, safer and more efficient. He drives himself exceptionally well. Inmate Melendez-Rojas, Jose is very helpful on the unit. Inmate Melendez-Rojas gets outstanding evaluations every month. Inmate Melendez-Rojas, Jose does an outstanding job while assigned to unit orderly.

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4 Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
X. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
X. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3 Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
X. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3 Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
X. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
X. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
X. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)                          Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
X. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
X. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
X. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**

1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

2. Hours of Satisfactory work____147_____ .

3. Regular Pay _____$17.40_____ .

4. Bonus Recommended:__ yes;__

5. Total Pay _____$17.40_____ .

| Supervisor's Signature | Date 6·05·21 |
|---|---|
| Inmate's Signature<br>Melendez-Rojas, Jose Osvaldo | Date 6·25·21 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|