

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2014R01255

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 24, 2022

By ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Melendez-Rojas, et al.
                Criminal Docket No. 17-434 (ARR)

Dear Judge Ross:

      The government respectfully encloses a letter motion it received today from counsel for victim "Delia," which requests reconsideration of the Court's restitution order.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Tanya Hajjar
      Gillian Kassner
      Assistant U.S. Attorneys
      (718) 254-7000